Clerk  
U.S. District Court  
844 N. King Street  
Wilmington DE 19801

Feb. 28, 2005

FILED  
MAR - 4 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

RE: Kevin Brathwaite V. Warden Carroll  
C.A. No. 04-1542-GMS

Dear Clerk,

Please provide 19 blank U.S. Marshall service forms for me to complete and file with the Court. The DCC law library would not provide these forms to me.

Thank you.

Sincerely,  
Joseph M. Walls  
Joseph M. Walls, A.A.S.  
#107897  
Delaware Correctional Center  
1181 Padlock Road  
Smyrna, DE 19977