OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 10, 2005

TO: Joseph M. Walls
    DCC
    SBI# 107897

**RE:** *Request for U.S. Marshal's 285 Service Forms; CA 04-1542 GMS*

Dear Mr. Walls:

    A letter has been received by the Clerk's office from you requesting the above forms.

    Please be advised that these and other forms are stocked and available from the legal library of the institution where you are incarcerated.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                        Sincerely,

/btg

                        PETER T. DALLEO
                        CLERK

cc: The Honorable Gregory M. Sleet; CA 04-1542 GMS

⑥

Clerk  
U.S. District Court  
844 N. King Street  
Wilmington DE 19801

Feb. 28, 2005

RE: Kevin Brathwaite V. Warden Carroll  
C.A. No. 04-1542-GMS

Dear Clerk,

Please provide 19 blank U.S. Marshall service forms for me to complete and file with the Court. The DCC law library would not provide these forms to me.

Thank you.

Sincerely,  
Joseph M. Walls  
Joseph M. Walls, A.A.S.  
#107897  
Delaware Correctional Center  
1181 Padlock Road  
Smyrna, DE 19977