To: Peter Dalleo, Clerk

From: Kevin C. Brathwaite



3-16-05

RE: Amendment to Complaint
    CA. No. 04-01542-G.M.S.

Dear Mr. Dalleo,
   Enclosed for filing Please find: 8-copies for defendants, 1-copy for Attorney General and an original and 1-copy of the First Amended Complaint for the above case.

Also, would you please send me a Notice to obtain Marshall forms, because this institution will not give them to me without it.

Sincerely

Kevin Brath