4-1-05

To: Peter Dalleo

From: Kevin C. Brathwaite

RE: 04-1542 G.M.S.
    docket entry - First Amended Complaint

RECEIVED APR -5 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Dear Mr. Dalleo,

    Would you please let me know if the First Amended Complaint that I filed has been received. I also need to know if the letter I sent to you, requesting authorization to obtain Marshall forms was received. This facility will not allow me to have Marshall forms without authorization.

Thank you for your time and attention to this matter.

Sincerely,

[signature]

IM Kevin Brathwaite
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Peter Dalleo, Clerk
U.S. District Court
844 King St.
Wilmington, DE.
19801