June, 15th, 2005

TO: The Honorable Gregory M. Sleet

From: Kevin C. Brathwaite

RE: Conspiracy to Cause Physical harm
    Retaliation and harassment
    C.A. No. 04-1542 G.M.S.

Dear Judge Sleet,
              I am writing you this this letter to let you know that, since the defendants in the above mentioned case has been served by the U.S. Marshals office, I have been the victim of a conspiracy to cause physical harm, retaliation and harassment. The defendants in this case are the staff of the Delaware Correctional Center (D.C.C.) and the staff of the First Correctional Medical Inc, (F.C.M). For the past Twelve (12) years I have had a chronic pain situation. And for the past six years, the medical department has issued a memo to help alleviate my chronic pain. This memo has been renewed annually without fail. And since the service of the civil complaint has been executed, the staff here at (D.C.C) and the medical staff of (F.C.M) has conspired to discontinue the memo, which causes me to

experience severe pain. I have written letters in an attempt to resolve this matter through the administrative process and I have filed grievances and sick call slips. All of my efforts have been ignored. This obvious conspiracy and retaliation is causing me physical pain and mental stress. So at this time, I am requesting that the actions of these defendants be investigated and noted.

Thank you for your time and attention to this very serious matter.

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna De.
19977.

c.c.
U.S. Attorney General office
Jane Brady, Atty Gen.
Robert Bush, Esq.
A.C.L.U.
F.C.M.
File

Inm Kevin C. Brathwaite
SBI# 315294
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. POSTAGE 0.37
SMYRNA DE JUN 21 '05

The Honorable Gregory M. Sleet
U.S. District Court
844 N. King St
Wilmington De.
19801

CLERK U.S. DISTRICT CT
DISTRICT OF DELAW
2005 JUN 22 PM 3: 27

Legal Mail