June, 20th, 2005

To: Peter Dalleo

From: Kevin C. Brathwaite

RE: 04-1542 G.M.S.

FILED
JUL - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mr. Dalleo,

Would you please let me know the date that the defendants in this case was served with the Complaint?

Thank you for your time and attention to this matter.

Sincerely,

[signature]

IM Kevin C. Braithwaite
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Mr. Peter Dalleo, Clerk
U.S. District Court
844 King St.
Wilmington De.
19801