TO: U.S. District Court, Clerks office

From: Kevin C. Brathwaite

RE: Service Completed - 04-1542-G.M.S.

DATE: July, 1st, 2005

    I am writing you this letter to inquire as to the date that Service was completed upon the defendants in this case.

Thank you for your time and attention to this matter

Sincerely



FILED

JUL -7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Kevin C. Brathwaite
SBI# 315294 UNIT ____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. District Court
Office of the Clerk
844 N. King St.
Wilmington, De.
19801

U.S.M.S. X-RAY

[U.S. POSTAGE $0.37, SMYRNA DE, JUL 6 '05]