July, 21, 2005

TO: U.S. District Court, Clerks Office

From: Kevin C. Brathwaite

RE: 04-1542-GMS.

**FILED**
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk,

I have just been informed that only Ten (10) defendants out twenty six (26) have been served with this complaint. Would you please let me know if this is indeed factual.

Thank you for your time and attention to this matter.

Sincerely

[signature]

IM Kevin C. Brathwaite
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. District Court
Clerks office
844 N. King St.
Wilmington De
19801