United States District Court
District of Delaware

Kevin C. Brathwaite,
  Plaintiff

V.                                    C.A. No. 04-1542-GMS

Thomas Carroll, et. al,
  Defendants



FILED
AUG 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Plaintiff's Response to Defendants Motion to Dismiss

As a response, this Plaintiff offers the following:

1. This Plaintiff has satisfied the requirements to attempt to exhaust his administrative remedies, by filing grievances to address the issues that has violated his constitutional rights and caused him harm.

2. All of the grievances filed by the Plaintiff, were returned by the grievance officer, Defendant, Lise Merson, and refused to be accepted for ficticious reasons. See attached grievances. (Both Sides) Which proves that the grievance system at the facility is a complete farce.

3. The grievance that was filed in regards to the assault that took place on october, 9th, 2004 - grievance case #8303 was forwarded to Major Holman for a follow up. See, the top portion of the grievance. Major Holman did absolutely nothing to investigate the incident.

4. The administrators of the facility are responsible for the care and custody of all inmates. And Warden Carroll, Deputy Warden Burris and Deputy Warden

2.

Pierce were notified by this Plaintiff and two Area Lieutenants, as to the assaults that took place upon the Plaintiff. And they chose to ignore the problem.

5. After the first assault, this Plaintiff was denied medical attention, and did not get any medical attention until he attempted to hang himself and was taken to the infirmary. At which time his injuries were finally documented sixteen hours after the assault. See attached medical report.

6. The Shift Commanders and Administrators were notified by the infirmary nurse that the Plaintiffs injuries needed to be photographed and the Nurses request was ignored. The Plaintiff also filed a grievance to request that his injuries be photographed and

3.

he notified all area lieutenants. And all of his request to be photographed were ignored.

7. By refusing to acknowledge the constitutional violations claimed by the plaintiff, these administrators should be held accountable because these situations went on for the entire four and a half months that this plaintiff stayed in the infirmary.

8. These administrators were well aware of the injuries that were inflicted upon this plaintiff, and to date, this plaintiff still has been denied dental treatment.

9. These administrators told the law library clerks and paralegals that they were not to speak to or have any contact or other communication with the plaintiff.

4.

The infirmary log book that was used to document the Plaintiffs activity will confirm this fact and other Constitutional violations against this Plaintiff.

10. Specifically, in a 42. U.S.C. -1983 action, the Court should deny the defendants Motion to dismiss, if the Plaintiff's Complaints sufficiently alleges a deprivation of any rights secured under the Constitution. See, Holder v. Allentown, 987 F.2d 188, 194 (3rd Cir. 1993)

11. The Court must accept the factual allegations as true. See, Graves v. Lowery, 117 F.3d 723, 726, (3rd Cir. 1997)

12. If the Plaintiff is Pro Se, the Court must interpret their allegations liberally, and must hold their complaint to "less" stringent

5.

standards than formal pleadings drafted by lawyers"
See, Estelle v. Gamble, 429 U.S. 97, 106 (1976)
Zilch v. Lucht, 981, F.2d 694 (3rd Cir. 1992)

13. All of the defendants named in the Amended Complaint were all directly involved in the incidents that violated this Plaintiff's Constitutional rights from December, 15th, 2004 thru February, 24th, 2005.

14. All of the factual allegations made in the Complaint can be proven through tangible evidence and witness testimony if this case is allowed to proceed to trial.

6.

Wherefore, for the foregoing reasons, this Plaintiff request this court to deny the defendants Motion to dismiss.

Kevin C. Brathwaite
S.B.I. # 315294
1181 Paddock Rd
Smyrna De.
19977

7.

Certificate of Mailing

I Kevin C. Brathwaite, states that I have caused one copy of the enclosed "Response to Defendants Motion to Dismiss" to be mailed to the following party by way of the United States Postal Service.

Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 N. French St. 6th Floor
Wilmington De
19801

*Kevin C. Brathwaite*
Kevin C. Brathwaite
S.B.I #315294
1181 Paddock Rd.
Smyrna De.
19977

date July, 25th, 2005

I/M Kevin C. Brath
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

Peter Dalleo, Clerk
U.S. District Court
844 N. King St
Wilmington, DE.
19801-3570

Legal Mail