Major Holmes
For your follow... ation

**FORM #584**

**GRIEVANCE FORM** 11/10/04

Attachment 1

FACILITY: D.C.C.                    DATE: 10-9-04

GRIEVANT'S NAME: Kevin Brathwaite   SBI#: 315294

CASE#: 8303                         TIME OF INCIDENT: Approx: 9 00 AM

HOUSING UNIT: SHL Hospital

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On Oct, 9, 04 At approx. 9 00 Am Sgt. Wallace came
to my cell and told me that he was shaking
me down. when Sgt. Wallace opened my door
without using the security bar as is procedure
of protocol, I immediately detected a problem
was about to occur. So I told Sgt. Wallace
that I would like to have a Lt. present during
the shakedown as I have had problems in
the past with this officer. Sgt. Wallace told
me that he was not getting the Lt. And

ACTION REQUESTED BY GRIEVANT: That this matter be ~~thoroughly~~ investigated
and that it not be swept under the rug. And
that these officers be brought up on criminal
charges.

GRIEVANT'S SIGNATURE:                DATE: 10-11-04

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

OCT 1 8 2004

Inmate Grievance Office

he told me to strip. After I stripped and handed Sgt. Wallace my clothes. I asked him again to please call a LT. to be present during the shakedown. Sgt. Wallace, stated I'm not playin games with you. Then he sprayed me with mace and shut my door. Then he told the officer standing with him to open the food flap at my cell. The officer asked him why? He then told the officer again to open the food flap. And when the officer complied, Sgt. Wallace emptied an entire can of mace directly into my face and all over my body and throughout my cell. At no time was I being disorderly nor did I pose any threat to him or anyone else. Sgt. Wallace then called for back-up. for what reason I have no clue. when the back up arrived. Sgt. Wallace told me to wrap something around myself, because

I was completely naked. I picked up my green bath towel and wrapped it around my waist. Sgt. Wallace then told me to turn around and back up to the door to be cuffed. During this time I was choking and coughing from being sprayed with the mace. When I backed up to the door to be cuffed, Sgt. Wallace grabbed me by the arm and snatched me out of my cell. I had already been sprayed with mace for no reason, and I did not resist at anytime. When I was snatched out of the cell, Sgt. Phillips and Sgt. Stevenson jumped on me for no reason. After I was lying on the ground still naked and handcuffed, Sgt. Wallace and Sgt. Stevenson and Sgt. Phillips began to punch and kick me. While lying on the floor still naked and handcuffed, Sgt. Wallace jumped on my back with his feet and kicked me in the head. And as he got off of me, he kicked and my ey

FORM   #584

<u>GRIEVANCE FORM</u>   10/14/04

---

FACILITY: D.C.C -                                DATE: 10-11-04

GRIEVANT'S NAME: Kevin Brathwaite            SBI#: 315294

CASE#: 8302                                   TIME OF INCIDENT: Approx. 5 ᵒ⁵ P.M

HOUSING UNIT: Medical Unit

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

ON oct, 11, 04 At approximately 5 ᵒ⁵ P.M. I told
LT. Rispoli that I needed him to contact Someone
to take pictures of All of my bruises and
lacerations that I sustained As a result of
a brutal assault by Correction officers.
LT. Rispoli told Me to Lay down and Stop
Acting like a bitch. I do not Feel Safe
Around the officers that Assaulted Me
or LT. Rispoli

ACTION REQUESTED BY GRIEVANT: That this matter be investigated
AND that All of my injuries be photographed
AND that I do Not be housed Anywhere
these officers Work

GRIEVANT'S SIGNATURE:                        DATE: 10-11-04

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____ (YES)   _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

OCT 1 8 2004

Inmate Grievance Office

2ND GRIEVANCE IA FXI

PUT INTO BOX ON
1-4-05

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C._   DATE: _12-15-04_

GRIEVANT'S NAME: _Kevin Brathwaite_   SBI#: _315294_

CASE#: _10654_   TIME OF INCIDENT: _Approx: 11:50 P.M._

HOUSING UNIT: _Infirmacy_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the above time and date while being
housed in the infirmacy, cell #191 I
was asleep in my bed and some officers
opened up My the flap on my door and
sprayed me in my face with mace.
The area LT. And the Medical dept.
Was Notified.

ACTION REQUESTED BY GRIEVANT: _That this Matter be
investigated by An outside Agency._

GRIEVANT'S SIGNATURE: _____   DATE: _12-19-04_

WAS AN INFORMAL RESOLUTION ACCEPTED?   _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
DEC 29 2004
Inmate Grievance Office

RECEIVED
JAN 0 5 2005
Inmate Grievance Office

2nd Grievance

Put in into Box
on 1-4-05

**FORM #584**

1/18/05

**GRIEVANCE FORM**

FACILITY: _D.C.C_    DATE: _12-17-04_

GRIEVANT'S NAME: _Kevin Brathwaite_    SBI#: _315294_

CASE#: _10652_    TIME OF INCIDENT: _6³⁰ P.M   10:10 P.M_

HOUSING UNIT: _Inficmacy_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the Above date At Approx 6:20 P.m., My cell WAS Searched
And I WAS strip searched, Which is the daily routine.
Then At Approx. 10:10 P.m. LT. Godwin CAme to My cell with
Approx five other officers And stripped me And searched my
cell AgAin. LT. Godwin started Asking me questions regarding
An AssAult that took place AgAinst me, Which is suppose
to be under internAl AffAirs investigAtion. I took this
Second cell seArch And line of questioning AS AN
Act of victim intimidAtion And harassment.
I Asked c/o Manno for a grievANce, And LT. Godwin ordered
her Not to give me A grievance form. c/o DuNN gave same order

ACTION REQUESTED BY GRIEVANT: _That this victim intimidAtion_
_And harassment be stopped And that this_
_MAtter be investigated by And outside_
_Agency._

GRIEVANT'S SIGNATURE: _____    DATE: _12-19-04_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
JAN 0 5 2005
Inmate Grievance Office

RECEIVED
DEC 2 9 2004
Inmate Grievance Office

2nd Grievance

Put into Box
On 1-4-05

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                    DATE: 12-17-04

GRIEVANT'S NAME: Kevin Brathwaite        SBI#: 315294

CASE#: 10653                TIME OF INCIDENT: 10:00 P.M.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the Above date And time While being
housed in the infirmary in cell #191. I
got up to use the toilet And I Noticed An
officer peering At me through the outside
window with A dark color baseball cap
pulled down over his head. His intense stare
led me to believe that he was Attempting to
intimidate me. I was later told that
this officer was sent by LT. Godwin

ACTION REQUESTED BY GRIEVANT: that this form of victim
intimidation be stopped And that this
Matter be investigated by An outside
Agency

GRIEVANT'S SIGNATURE:                    DATE: 12-19-04

WAS AN INFORMAL RESOLUTION ACCEPTED?        (YES)        (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:                    DATE:

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED DEC 29 2004 Inmate Grievance Office

RECEIVED

JAN 0 5 2005

April '97 REV

Inmate Grievance Office

2ⁿᵈ Grievance

**FORM #584**

**GRIEVANCE FORM**

Put into Box on
1-4-05

FACILITY: D.C.C.                    DATE: 12-21-04

GRIEVANT'S NAME: Kevin Brathwaite    SBI#: 315294

CASE#: 10651              TIME OF INCIDENT: 4-12 Shift

HOUSING UNIT: INFIRMARY

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the above date on the 4-12 shift, C/o
overmeyer and C/o Dunn and a third
officer came to my cell for a shakedown.
While C/o overmeyer was handcuffing me,
he was handling my hands and arms
with extreme aggression and this was absolutely
uncalled for. C/o Dunn told C/o overmeyer
to take away my Boxers, Tee-shirt and
blanket. These items were passed out due
to the excessive coldness in the temperatures
and mine was the only ones confiscated.

ACTION REQUESTED BY GRIEVANT: That these acts of
intimidation and retaliation be stopped
and that this matter be investigated
by an outside agency.

GRIEVANT'S SIGNATURE:                    DATE: 12-21-04

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO_____

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED DEC 2 9 2004 Inmate Grievance Office

April '97 REV

RECEIVED

JAN 0 5 2005

Inmate Grievance Office

PLACED iN box
ON 12-28-04

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                    DATE: 12-21-04

GRIEVANT'S NAME: Kevin Brathwaite SBI#: 315294

CASE#: 10650                    TIME OF INCIDENT: 4-12 Shift

HOUSING UNIT: INfirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

ON the Above date on the 4-12 Shift, c/o
overmeyer, c/o Dunn And A third officer came
to my cell For a shakedown. While c/o overmeyer
was handcuffing me, he was handling my hands
And Arms with extreme Aggression, And this
was absolutely uncalled for. c/o Dunn told c/o
overmeyer to take my boxers, T-shirt And blanket.
These items were passed out due to the excessive
Coldness in the temperatures, And mine
was the only ones Confiscated.

ACTION REQUESTED BY GRIEVANT:
That these Acts of intimidation And
retaliation be stopped And that this
matter be investigated by An
outside Agency.

GRIEVANT'S SIGNATURE: _____ DATE: 12-21-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
JAN 0 5 2005
Inmate Grievance Office

RECEIVED
DEC 2 9 2004
Inmate Grievance Office

*This grievance was put in the box on 12-26-04*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.

DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#: 10057

TIME OF INCIDENT: Approx: 6:40 PM.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date and time, while being housed in the infirmary cell #191, Lt. Godwin, Lt. Willey and C/O Overmeyer came to my cell again for a second cell search within an hour and a half. This time they confiscated the legal work that I was working on, and my blanket that was authorized by Dr. Rahman. This retaliation and intimidation is being covered up, because this second cell search and confiscation of my blanket and legal work was never logged in the log book as is the procedure of protocol

ACTION REQUESTED BY GRIEVANT: That this intimidation and retaliation be stopped, and that this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: _____    DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
DEC 2 9 2004
Inmate Grievance Office

April '97 REV

RECEIVED
JAN 0 5 2005
Inmate Grievance Office

*This grievance was put in the box on 12-26-04*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: *D.C.C.*

DATE: *12-24-04*

GRIEVANT'S NAME: *Kevin Brathwaite*

SBI#: *315294*

CASE#: *10650*

TIME OF INCIDENT: *Approx 6:40 P.M*

HOUSING UNIT: *Infirmary*

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

*On the above date and time, while being housed in the infirmary. Lt. Godwin and C/O overmeyer confiscated the legal material that I had just received from the law library only an hour prior to this confiscation. In doing so, these officers denied me access to the courts. These officers continue to retaliate and harass me for being a victim of an assault by their Buddies.*

ACTION REQUESTED BY GRIEVANT: *That these officers refrain from denying me access to the courts and that these acts of retaliation against me be investigated by an outside agency*

GRIEVANT'S SIGNATURE: *[signature]*

DATE: *12-25-04*

WAS AN INFORMAL RESOLUTION ACCEPTED?  _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____  DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMM.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
JAN 0 5 2005
Inmate Grievance Office

RECEIVED
DEC 2 9 2004
Inmate Grievance Office

This grievance was put in the box on 12-28-04

**FORM #584**

**GRIEVANCE FORM**

9/1/8/05

FACILITY: _D.C.C._    DATE: _12-24-04_

GRIEVANT'S NAME: _Kevin Brathwaite_    SBI#: _315294_

CASE#: _106619_    TIME OF INCIDENT: _7:00 P.M._

HOUSING UNIT: _Infirmary_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the Above time And date I Asked Sgt. Lovett And c/o overmeyer to please give me Some grievance Forms because I was Attempting to exhaust my right to Address my problems through the Correct procedures. Sgt. Lovett And c/o overmeyer refused to give me Any grievance Forms And denied me my right to due process.

ACTION REQUESTED BY GRIEVANT: _That these officers be encouraged to follow the laws of the Constitution And that due process be followed According to Policy And Procedure._

GRIEVANT'S SIGNATURE: _[signature]_    DATE: _12-25-04_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COM...

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
DEC 2 9 2004
Inmate Grievance Office

RECEIVED
JAN 0 5 2005
Inmate Grievance Office

*This grievance was put in the box on 12-25-04*

**FORM #584**

*1/18/05*

**GRIEVANCE FORM**

FACILITY: D.C.C.                    DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite    SBI#: 315294

CASE#: 10648                         TIME OF INCIDENT: ~Approx~ 5:09 P.M.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the above date and time, while being housed
in the infirmary, cell #91 C/o overmeyer conducted
a cell search and confiscated my shower shoes
off of my feet. I've been in possession of these
same shower shoes since oct, 10th 04 when I came
to the infirmary, and c/o overmeyer has searched
my cell at least five times per week since I've
been here and my shower shoes have never been
an issue. Since I was assaulted by his buddies
on dec, 15th 04, c/o overmeyer has been retaliating
against me, and using other intimidation tactics.

ACTION REQUESTED BY GRIEVANT:

That this retaliation and intimidation be
stopped and that this matter be investigated
by an outside agency.

GRIEVANT'S SIGNATURE: _____    DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO...

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
DEC 2 9 2004
Inmate Grievance Office

RECEIVED
JAN 0 5 2005
Inmate Grievance Office

his grievance was put in
the box on 12-25-04

FORM  #584

**GRIEVANCE FORM**

FACILITY: D.C.C.                              DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite     SBI#: 315294

CASE#:                                    TIME OF INCIDENT: Dec, 16th, 04 — Present

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On Dec, 15th 04 I was the victim of an assault
by officers in the infirmary. Since this assault
has taken place, I have been the target of
harassment, retaliation and intimidation. Due to
these acts of aggression towards me, I have
filed numerous grievances and written letters
to the administratives offices of this facility,
and these acts of aggression towards me still
persist.

ACTION REQUESTED BY GRIEVANT: That these matters be
investigated by an outside Agency.

GRIEVANT'S SIGNATURE: _____     DATE: 12-24-04

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)     _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

*This grievance was put in the box on 12-25-04*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                    DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite   SBI#: 315294

CASE#:                              TIME OF INCIDENT: Approx 5:09 P.M.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the above date and time, while being housed in the infirmary, cell #91 C/O Overmeyer conducted a cell search and confiscated my shower shoes off of my feet. I've been in possession of these same shower shoes since Oct, 10th, 04 when I came to the infirmary, and C/O Overmeyer has searched my cell at least five times per week since I've been here and my shower shoes have never been an issue. Since I was assaulted by his buddies on Dec, 15th, 04, C/O Overmeyer has been retaliating against me and using other intimidation tactics.

ACTION REQUESTED BY GRIEVANT:

That this retaliation and intimidation be stopped and that this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: _____   DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED?   _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO⸱⸱⸱⸱⸱⸱

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

*This grievance was put in the box on 12-25-04*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: *D.C.C*          DATE: *12-24-04*

GRIEVANT'S NAME: *Kevin Brathwaite*   SBI#: *315294*

CASE#: _____      TIME OF INCIDENT: *7:00 P.M.*

HOUSING UNIT: *Infirmary*

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

*On the above time and date I asked Sgt. Lovett and C/O Overmeyer to please give me some grievance forms because I was attempting to exhaust my right to address my problems through the correct procedures. Sgt. Lovett and C/O Overmeyer refused to give me any grievance forms and denied me my right to due process.*

ACTION REQUESTED BY GRIEVANT: *That these officers be encouraged to follow the laws of the Constitution and that due process be followed according to policy and procedure.*

GRIEVANT'S SIGNATURE: *[signature]*     DATE: *12-25-04*

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____      DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO_____

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

This grievance was put in the box on 12-26-04

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D. C. C.                                    DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite    SBI#: 315294

CASE#: 10655                                    TIME OF INCIDENT: Oct, 9th, 04 — Present

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I've been in the infirmary since Oct, 10, 04.
And it has just been brought to my attention
by the property officer, that she never took
possession of any of my property from the S.H.U.
All of my property and very important
paperwork, receipts, diplomas, certificates
Jewelry, radio, Clothes and other items
have not even been inventoried. LT.
Yoder and Sgt. Wallace were responsible
for my property when I left the S.H.U.

ACTION REQUESTED BY GRIEVANT: That I receive an
inventory sheet of all my property
And that all my paperwork be sent
to me.

GRIEVANT'S SIGNATURE:                                    DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**

JAN 0 4 2005

**Inmate Grievance Office**

*This grievance was put in the box on 12-26-04*

FORM #584

**GRIEVANCE FORM**

FACILITY: _D.C.C._     DATE: _12-24-04_

GRIEVANT'S NAME: _Kevin Brathwaite_ SBI#: _315294_

CASE#: _____     TIME OF INCIDENT: _Approx: 6:40 P.m_

HOUSING UNIT: _Infirmary_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the Above date and time, while being housed in the infirmary. LT. Godwin And c/o overmeyer confiscated the legal Material that I had just received from the law library only An hour prior to this confiscation. In doing so, these officers denied me Access to the courts. These officers continue to retaliate And harass me for being A victim of An Assault by their Boddies.

ACTION REQUESTED BY GRIEVANT: _That these officers refrain from denying me Access to the courts And that these Acts of retaliation Against me be investigated by An outside Agency_

GRIEVANT'S SIGNATURE: _[signature]_     DATE: _12-25-04_

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO........

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

*This grievance was put in the box on 12-26-04*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C._          DATE: _12-24-04_

GRIEVANT'S NAME: _Kevin Brathwaite_     SBI#: _315294_

CASE#: _____          TIME OF INCIDENT: _Appr ox : 6:40 Pm._

HOUSING UNIT: _Infirmary_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the Above date and time, while being housed in the infirmary cell #191, LT. Godwin, LT. Willey and c/o Overmeyer came to My cell again for a second cell search within an hour and a half. This time They confiscated the legal work that I was working on, and My blanket that was authorized by Dr. Rahman. This is retaliation and intimidation is being covered up, Because this second cell search and confiscation of My blanket and legal work was never loggdin the log book as is the procedure of Protocol

ACTION REQUESTED BY GRIEVANT: That this intimidation and retaliation be Stopped, and that this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: _____     DATE: _12-25-04_

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____      DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

This grievance was put in
the box on 12-26-04

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C._    DATE: _12-24-04_

GRIEVANT'S NAME: _Kevin Brathwaite_    SBI#: _315294_

CASE#: _10646_    TIME OF INCIDENT: _Dec, 16, 04 — Present_

HOUSING UNIT: _Infirmary_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On Dec, 15th 04 I was the victim of an assault
by officers in the infirmary. Since this assault
has taken place, I have been the target of
harassment, retaliation and intimidation. Due to
these acts of aggression towards me, I have
filed numerous grievances and written letters
to the administratives offices of this facility,
and these acts of aggression towards me still
persist.

ACTION REQUESTED BY GRIEVANT: _That these matters be_
_investigated by an outside agency._

GRIEVANT'S SIGNATURE: _____    DATE: _12-24-04_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO⋯

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
JAN 0 5 2005
Inmate Grievance Office

RECEIVED
DEC 2 9 2004
Inmate Grievance Office

*This grievance was put in the box on 12-26-04*

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _D.C.C._                  DATE: _12-25-04_

GRIEVANT'S NAME: _Kevin Brathwaite_ SBI#: _315294_

CASE#: _____    TIME OF INCIDENT: _Approx. 7:10 P.M_

HOUSING UNIT: _INFIRMARY_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the above date and time while being house in th[e] infirmary cell #91. c/o Overmeyer, c/o Rogers and a third officer came to my cell for a shakedown. During the search I ask c/o Overmeyer why he did not log in th[e] log book, that fact that him and Lt. Godwin searched m[y] cell twice on their shift the day before. c/o Overmeyer stated that he did not have to. This officer did not follow procedure by logging the second cell search because he was clearly trying to cover-up this blatant retaliation, harassment and intimidation.

ACTION REQUESTED BY GRIEVANT: _That c/o Overmeyer no longer be allowed to have contact with me and that this matter be investigated by an outside agency._

GRIEVANT'S SIGNATURE: _____    DATE: _12-25-04_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO[MMITTEE]

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

2nd Grievance

**FORM #584**

**GRIEVANCE FORM**

*put into box on 1-4-05*

FACILITY: D.C.C.                    DATE: 1-1-05

GRIEVANT'S NAME: Kevin Brathwaite   SBI#: 315294

CASE#: 10647                         TIME OF INCIDENT: @G# — present

HOUSING UNIT: Infirmary   P/observation 185

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Over the past three (3) months I have
been shaken down and had my cell searched
3-4 times per seven (7) days per week.
These shake downs are taking place
every single day on every shift.
This is clearly retaliation and
harrassment.

ACTION REQUESTED BY GRIEVANT: That this Harassment
and retaliation be stopped

GRIEVANT'S SIGNATURE: _____   DATE: 1-1-05

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
DEC 2 9 2004
Inmate Grievance Office

April '97 REV

RECEIVED
JAN 0 5 2005
Inmate Grievance Office