

# Infirmary Intake Form
## Nursing Assessment Protocol
*Use Progress Notes for Additional Documentation*

Attachment 2

**REDACTED**

Inmate Name: BRAITHWAITE, KEVIN
Number: 315294  Date Of Birth: 62
Gender: M  Facility: DCC
Allergies: NKDA

Date: 10/10/04  Time: 0010
Medications: See MAR
Medications: See MAR
Appearance: ☒ No Distress  ☐ Minimal Distress  ☐ Acute Distress

**SUBJECTIVE:** Chief Complaint: ① rib pain, attempt to "hang" self

Symptoms:
- ☐ Delayed Verbal Response  ☐ Delayed Motor Response  ☐ Bleeding / Bruising Behind Ears
- ☐ Uncoordinated Movement  ☐ Confusion  ☐ Lack of Attention  ☐ Memory Loss
- ☐ Vision Changes ____  ☐ Loss of Balance  ☐ Headaches  ☐ Drowsiness
- ☐ Pain: Where: ____  Scale 1 2 3 4 5  ☐ Decreased LOC  ☐ Seizures

**OBJECTIVE:**
Temp: ___  Pulse: 93  Resp: 18  BP: 149/98  Pulse Ox: ___  WT: ___  Finger Stick: ___

☐ Evidence of trauma
  Head: ____
  Torso: ecchymosis on back
  Extremities: ____

☐ Wounds
  Head: ∅ open
  Torso: wounds
  Extremities: noted

☐ Deformities
  Head: none
  Torso: ____
  Extremities: ____

Mark and Describe on Diagram

**Legend**
A....Abrasion
B....Bruise
C....Raccoon's Eyes
L....Laceration
R....Rash
O....Other:____

**ASSESSMENT:**
☐ Critical – Immediate Referral Local Emergency Department
☒ Stable – may house in infirmary
☐ Other: ____

Nurse's Signature and Stamp: Brenda Holwerda RN   Time: 10-10-04



# NFIRMARY/OBSERVATION PROGRESS NOTES

AME: Braithwaite, Kevin    NUMBER: 315294

| ATE | TIME | NOTES |
|---|---|---|
| /04 | 0010 | Received inmate to Infirmary. S-"Hey, Brenda, I need pictures taken of my injuries." O-Upper & lower lips c̄ noted abrasions. ® posterior back c̄ noted ecchymosis noted, ø open areas noted. VS: WNL, neuro √ WNL. A-Alt in conflict/coping skills P-Maintain Level III and monitor. ——— S Holwerda R |
| /10 | 0900 | S nonverbal O lying on fl̄r c̄ eyes closed, respirations non-labored c̄ no S/S of distress noted. A Alterations in conflict/coping skills level II P Continue c̄ plans of care ——— D Holwerda RN |
| 11/04 | 0450 | S "Would you please take a look at my injuries and write them down?" O- Sclera of left eye c̄ blood. Visible Ecchymosis noted on posterior tibia bilaterally. Area on ® tibia approximately 3cm by 5cm, ⓛ tibia 3cm by 3cm. Ecchymosis noted on upper back. Ecchymosis on left bicep measuring approximately 5cm by 5cm. I/M states upper 2 teeth are loose. States 3 lower teeth are loose. Abrasions c̄ swelling noted on both upper and lower lip. I/M states ribs are sore. A Pain P Continue c̄ plan of care ——— Ellen M ____ RN |



# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Braithweite Kevin      NUMBER: 315 294

| DATE | TIME | NOTES |
|---|---|---|
| 7/11/04 | 0615 | S "Did you include the information about my left jaw and right arm in your report" O I/M's left mandible area appears slightly swollen compared to right. Area on right upper arm has abrasion measuring approximately 6cm by 4cm. A Alteration in comfort P Continue c̄ plan of care. Medicate per MP - Ellendale RN |
| 10/11/04 | 1130 | IV z DOE BP at 0330 this AM 200/89 Now Repeat BP from 2 Nurses. Also Meds Out of Date Dr. Rodgers here & aware @ alt compliance Plan encourage compliance (illegible) |
| 10/11/04 | | pt seen + examined From over @ the SHU pt refusing to take BP meds. Now pt in infirmary & refusing to have BP taken too. I/M did allow NSG to take BP while I was present. BP= 165/101 c/o rib pain/soreness only. Heart - RRR Lungs-CTA b/L Neck - ∅ bruits   Chest - ® sided rib tenderness EXT- bruising ® LE Back - ® upper bruising, superficial lac Mouth - bottom lip swollen, bruising A/P:  1. S/P ART'ed - rib pain, bruising, swelling          2. HTN - uncontrolled, noncompliant ↑ BP med doses & freq. Motrin PRN lips encourage pt to take meds & be compliant cont to monitor |