Attachment 4

Major Holman, For your follow up 11/10/04

FORM #584

**GRIEVANCE FORM**

11/10/04

FACILITY: D.C.C.

DATE: 10-9-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#: 8303

TIME OF INCIDENT: Approx: 9:00 Am

HOUSING UNIT: ~~SHU~~ Hospital

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON oct, 9, 04 At Approx. 9:00 Am Sgt. WAllace CAme to my cell And told me that he WAS shaking me down. When Sgt. WAllace opened my door without using the security bar As is procedure of protocol, I immediately detected A problem WAS About to occur. So I told Sgt. WAllace that I would like to have A LT. present during the shakedown As I have had problems in the past with this officer. Sgt. WAllace told me that he WAS Not getting the LT. AND

ACTION REQUESTED BY GRIEVANT: That this matter be ~~[illegible]~~ investigated AND that it Not be swept under the rug. AND that these officers be brought up on criminal charges.

GRIEVANT'S SIGNATURE: [signature]

DATE: 10-11-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________________ DATE:______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

RECEIVED
OCT 18 2004
Inmate Grievance Office

he told me to strip. After I stripped and handed Sgt. Wallace my clothes. I asked him again to ~~please call a Lt.~~ to be present during the shakedown. Sgt. Wallace, stated I'm not playin games with you. Then he sprayed me with mace and shut my door. Then he told the officer standing with him to open the food flap at my cell. The officer asked him why? He then told the officer again to open the food flap. And when the officer complied, Sgt. Wallace emptied an entire can of mace directly into my face and all over my body and throughout my cell. At no time was I being disorderly nor did I pose any threat to him or anyone else. Sgt. Wallace then called for back-up. For what reason I have no clue. When the back up arrived. Sgt. Wallace told me to wrap something around myself, becase

I was completely naked. I picked up my green bath towel and wrapped it around my waist.

---

Sgt. Wallace then told me to turn around and back up to the door to be cuffed. during this time I was choking and coughing from being sprayed with the mace. when I backed up to the door to be cuffed. Sgt. Wallace grabbed me by the arm and snatched me out of my cell. I had already been sprayed with mace for no reason, and I did not resist at anytime. when I was snatched out of the cell. Sgt. Phillips and Sgt. Stevenson jumped on me for no reason. After I was lying on the ground still naked and handcuffed, Sgt. Wallace and Sgt. Stevenson and Sgt. Phillips began to punch and kick me. while lying on the floor still naked and handcuffed, Sgt. Wallace jumped on my back with his feet and kicked me in the head. And as he got off of me, he kicked

**FORM #584**

**GRIEVANCE FORM** 11/1/04

**FACILITY:** D.C.C. **DATE:** 10-11-04

**GRIEVANT'S NAME:** Kevin Brathwaite **SBI#:** 315294

**CASE#:** 8302 **TIME OF INCIDENT:** Approx: 5:00 P.M

**HOUSING UNIT:** Medical unit

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON oct, 11, 04 at approximately 5:00 p.m. I told LT. Rispoli that I needed him to contact someone to take pictures of all of my bruises and lacerations that I sustained as a result of a brutal assault by correction officers. LT. Rispoli told me to lay down and stop acting like a bitch. I do not feel safe around the officers that assaulted me or LT. Rispoli

ACTION REQUESTED BY GRIEVANT: That this matter be investigated and that all of my injuries be photographed and that I do not be housed anywhere these officers work

GRIEVANT'S SIGNATURE: [signature] DATE: 10-11-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________________ DATE:______________

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE**

cc: **INSTITUTION FILE**
**GRIEVANT**

**April '97 REV**

**RECEIVED**
OCT 1 8 2004
Inmate Grievance Office

2nd Grievance (IA) FYI XC:1/19/05 1/18/05

PUT INTO BOX ON 1-4-05

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.

DATE: 12-15-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#: 10654

TIME OF INCIDENT: Approx: 11:50 P.M.

HOUSING UNIT: INFIRMACY

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above time and date while being housed in the infirmary, cell #191 I was asleep in my bed and some officers opened up ~~my~~ the flap on my door and sprayed me in my face with mace. The area LT. and the Medical dept. was notified.

ACTION REQUESTED BY GRIEVANT: That this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: [signature]

DATE: 12-19-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:________________ DATE:____________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

RECEIVED DEC 29 2004 Inmate Grievance Office

RECEIVED JAN 05 2005 Inmate Grievance Office

2nd Grievance

Put in to Box on 1-4-05

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C

DATE: 12-17-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#: 10652

TIME OF INCIDENT: 6:20 P.M 10:10 P.M

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date at approx 6:20 P.M., my cell was searched and I was strip searched, which is the daily routine. Then at approx. 10:10 P.M. LT. Godwin came to my cell with approx five other officers and stripped me and searched my cell again. LT. Godwin started asking me questions regarding an assault that took place against me, which is suppose to be under internal affairs investigation. I took this second cell search and line of questioning as an act of victim intimidation and harassment. I asked C/O Manno for a grievance, and LT. Godwin ordered her not to give me a grievance form. C/O Dunn gave same order

ACTION REQUESTED BY GRIEVANT: That this victim intimidation and harassment be stopped and that this matter be investigated by and outside agency.

GRIEVANT'S SIGNATURE: [signature] DATE: 12-19-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:__________ DATE:__________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
GRIEVANT

RECEIVED
DEC 2 9 2004
Inmate Grievance Office

RECEIVED
JAN 0 5 2005
Inmate Grievance Office

April '97 REV

2nd Grievance

Put into Box on 1-4-05

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.

DATE: 12-17-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#: 10653

TIME OF INCIDENT: 10:00 P.M.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date and time while being housed in the infirmary in cell #191. I got up to use the toilet and I noticed an officer peering at me through the outside window with a dark color baseball cap pulled down over his head. His intense stare led me to believe that he was attempting to intimidate me. I was later told that this officer was sent by LT. Godwin

ACTION REQUESTED BY GRIEVANT: That this form of victim intimidation be stopped and that this matter be investigated by an outside agency

GRIEVANT'S SIGNATURE: [signature]

DATE: 12-19-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_______________ DATE:_______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

RECEIVED DEC 29 2004 Inmate Grievance Office

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

RECEIVED JAN 05 2005 Inmate Grievance Office

2nd Grievance

FORM #584

Put into Box on 1-4-05

GRIEVANCE FORM

FACILITY: D.C.C. DATE: 12-21-04

GRIEVANT'S NAME: Kevin Brathwaite SBI#: 315294

CASE#: 10651 TIME OF INCIDENT: 4-12 Shift

HOUSING UNIT: INFIRMARY

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date on the 4-12 Shift, c/o overmeyer ~~and~~ c/o Dunn and a third officer came to my cell for a shakedown. While c/o overmeyer was handcuffing me, he was handling my hands and arms with extreme aggression and this was absolutely uncalled for. c/o Dunn told c/o overmeyer to take away my Boxers, Tee-shirt and blanket. These items were passed out due to the excessive coldness in the temperatures and mine was the only ones confiscated.

ACTION REQUESTED BY GRIEVANT: That these acts of intimidation and retaliation be stopped and that this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: [signature] DATE: 12-21-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ____________ DATE: ____________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
GRIEVANT

RECEIVED DEC 2 9 2004 Inmate Grievance Office

April '97 REV

RECEIVED JAN 0 5 2005 Inmate Grievance Office

Placed in box on 12-22 04

FORM #584

GRIEVANCE FORM

1/18/05

FACILITY: D.C.C. DATE: 12-21-04

GRIEVANT'S NAME: Kevin Brathwaite SBI#: 315294

CASE#: 10650 TIME OF INCIDENT: 4-12 Shift

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date on the 4-12 shift, c/o overmeyer, c/o Dunn and a third officer came to my cell for a shakedown. While c/o overmeyer was handcuffing me, he was handling my hands and arms with extreme aggression, and this was absolutely uncalled for. c/o Dunn told c/o overmeyer to take my boxers, T-shirt and blanket. These items were passed out due to the excessive coldness in the temperatures, and mine was the only ones confiscated.

ACTION REQUESTED BY GRIEVANT:

That these acts of intimidation and retaliation be stopped and that this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: [signature] DATE: 12-21-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_______________ DATE:_______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
GRIEVANT

RECEIVED DEC 29 2004 Inmate Grievance Office

April '97 REV

RECEIVED JAN 05 2005 Inmate Grievance Office

This grievance was put in the box on 12-26-04

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.

DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#: 10657

TIME OF INCIDENT: Approx: 6:40 P.m.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date and time, while being housed in the infirmary cell #191, Lt. Godwin, Lt. Willey and c/o Overmeyer came to my cell again for a second cell search within an hour and a half. This time they confiscated the legal work that I was working on, and my blanket that was authorized by Dr. Rahman. This retaliation and intimidation is being covered up, because this second cell search and confiscation of my blaket and legal work was never logged in the log book as is the procedure of Protocol

ACTION REQUESTED BY GRIEVANT: That this intimidation and retaliation be stopped, and that this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: [signature] DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____________ DATE:_____________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

RECEIVED
DEC 29 2004
Inmate Grievance Office

RECEIVED
JAN 05 2005
Inmate Grievance Office

this grievance was put in the box on 12-26-04

**FORM #584**

**GRIEVANCE FORM**

1/18/05

FACILITY: D.C.C. DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite SBI#: 315294

CASE#: 10656 TIME OF INCIDENT: Approx. 6:40 P.M

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

on the Above date and time, while being housed in the infirmary. LT. Godwin And C/o Overmeyer confiscated the legal Material that I had just received from the law library only an hour prior to this confiscation. In doing so, these officers denied me access to the courts. These officers continue to retaliate And harass me for being a victim of an assault by their Buddies.

ACTION REQUESTED BY GRIEVANT: That these officers refrain from denying me access to the courts and that these acts of retaliation against me be investigated by an outside agency

GRIEVANT'S SIGNATURE: [signature] DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________________ DATE:________________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO[MMITTEE]

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

RECEIVED
JAN 05 2005
Inmate Grievance Office

RECEIVED
DEC 29 2004
Inmate Grievance Office

This grievance was put in the box on 12-25-04

**FORM #584**

**GRIEVANCE FORM**

1/18/05

FACILITY: D.C.C. DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite SBI#: 315294

CASE#: 10619 TIME OF INCIDENT: 7:00 P.M.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above time and date I asked Sgt. Lovett and C/O Overmeyer to please give me some grievance forms because I was attempting to exhaust my right to address my problems through the correct procedures. Sgt. Lovett and C/O Overmeyer refused to give me any grievance forms and denied me my right to due process.

ACTION REQUESTED BY GRIEVANT: That these officers be encouraged to follow the laws of the Constitution and that due process be followed according to Policy and Procedure.

GRIEVANT'S SIGNATURE: [signature] DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________________ DATE:______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO[MMITTEE]

cc: INSTITUTION FILE
GRIEVANT

RECEIVED DEC 2 9 2004 Inmate Grievance Office

April '97 REV

RECEIVED JAN 0 5 2005 Inmate Grievance Office

This grievance was put in the box on 12-25-04

FORM #584

GRIEVANCE FORM

1/18/05

FACILITY: D.C.C.

DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#: 10648

TIME OF INCIDENT: Approx 5:09 P.M.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date and time, while being housed in the infirmary, cell #191 C/O Overmeyer conducted a cell search and confiscated my shower shoes off of my feet. I've been in possession of these same shower shoes since oct, 10th 04 when I came to the infirmary, and C/O Overmeyer has searched my cell at least five times per week since I've been here and my shower shoes have never been an issue. Since I was assaulted by his buddies on dec, 15th, 04, C/O Overmeyer has been retaliating against me and using other intimidation tactics.

ACTION REQUESTED BY GRIEVANT:

That this retaliation and intimidation be stopped and that this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: [signature]

DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_______________ DATE:_______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO[MMITTEE]

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

RECEIVED
DEC 29 2004
Inmate Grievance Office

RECEIVED
JAN 05 2005
Inmate Grievance Office

this grievance was put in the box on 12-25-04

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.  DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite  SBI#: 315294

CASE#: ____  TIME OF INCIDENT: Dec, 16th, 04 — Present

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Dec, 15th, 04 I was the victim of an assault by officers in the infirmary. Since this assault has taken place, I have been the target of harassment, retaliation and intimidation. Due to these acts of aggression towards me, I have filed numerous grievances and written letters to the administratives offices of this facility, and these acts of aggression towards me still persist.

ACTION REQUESTED BY GRIEVANT: That these matters be investigated by an outside agency.

GRIEVANT'S SIGNATURE: [signature]  DATE: 12-24-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ____________  DATE: ____________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO[illegible]

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

This grievance was put in the box on 12-25-04

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.

DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#:

TIME OF INCIDENT: Approx 5:09 P.M.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date and time, while being housed in the infirmary, cell #191 C/O Overmeyer conducted a cell search and confiscated my shower shoes off of my feet. I've been in possession of these same shower shoes since Oct, 10th 04 when I came to the infirmary, and C/O Overmeyer has searched my cell at least five times per week since I've been here and my shower shoes have never been an issue. Since I was assaulted by his buddies on Dec, 15th, 04, C/O Overmeyer has been retaliating against me and using other intimidation tactics.

ACTION REQUESTED BY GRIEVANT:

That this retaliation and intimidation be stopped and that this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: [signature]

DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________________ DATE:______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO[illegible]

cc: INSTITUTION FILE
GRIEVANT

This grievance was put in the box on 12-25-04

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite SBI#: 315294

CASE#: TIME OF INCIDENT: 7:00 P.M.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above time and date I asked Sgt. Lovett and c/o overmeyer to please give me some grievance forms because I was attempting to exhaust my right to address my problems through the correct procedures. Sgt. Lovett and c/o overmeyer refused to give me any grievance forms and denied me my right to due process.

ACTION REQUESTED BY GRIEVANT: That these officers be encouraged to follow the laws of the Constitution and that due process be followed according to Policy and Procedure.

GRIEVANT'S SIGNATURE: [signature] DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _______________ DATE: _______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

This grievance was put
in the box on 12-26-04

FORM #584

GRIEVANCE FORM

1/18/05

FACILITY: D.C.C. DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite SBI#: 315294

CASE#: 10655 TIME OF INCIDENT: OCT. 9th, 04 — Present

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I've been in the infirmary since oct, 10, 04. And it has just been brought to my attention by the property officer, that she never took possession of any of my property from the S.H.U. All of my property and very important paperwork, receipts, diplomas, certificates jewelry, radio, clothes and other items have not even been inventoried. LT. Yoder and SGT. Wallace were responsible for my property when I left the S.H.U.

ACTION REQUESTED BY GRIEVANT: That I receive an inventory sheet of all my property and that all my paperwork be sent to me.

GRIEVANT'S SIGNATURE: [signature] DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:________________ DATE:______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
GRIEVANT

RECEIVED
JAN 04 2005
Inmate Grievance Office

April '97 REV

This grievance was put in the box on 12-26-04

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.  DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite  SBI#: 315294

CASE#:  TIME OF INCIDENT: Approx: 6:40 P.M

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date and time, while being housed in the infirmary. Lt. Godwin and c/o overmeyer confiscated the legal material that I had just received from the law library only an hour prior to this confiscation. In doing so, these officers denied me access to the courts. These officers continue to retaliate and harass me for being a victim of an assault by their buddies.

ACTION REQUESTED BY GRIEVANT: That these officers refrain from denying me access to the courts and that these acts of retaliation against me be investigated by an outside agency

GRIEVANT'S SIGNATURE: [signature]  DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_______________ DATE:_______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO[illegible]

cc: INSTITUTION FILE
GRIEVANT

This grievance was put in the box on 12-26-04

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.

DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#:

TIME OF INCIDENT: Approx: 6:40 P.M.

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date and time, while being housed in the infirmary cell #191, LT. Godwin, LT. Willey and c/o Overmeyer came to my cell again for a second cell search within an hour and a half. This time they confiscated the legal work that I was working on, and my blanket that was authorized by DR. Rahman. This retaliation and intimidation is being covered up, Because this second cell search and confiscation of my blaket and legal work was never logged in the log book as is the procedure of Protocol

ACTION REQUESTED BY GRIEVANT: That this intimidation and retaliation be stopped, and that this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: [signature]

DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________________ DATE:______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

This grievance was put in the box on 12-25-04

**FORM #584**

**GRIEVANCE FORM**

[signature] 1/18/05

FACILITY: D.C.C.

DATE: 12-24-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#: 10646

TIME OF INCIDENT: Dec. 16th, 04 — Present

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On Dec, 15th, 04 I was the victim of an assault by officers in the infirmary. Since this assault has taken place, I have been the target of harassment, retaliation and intimidation. Due to these acts of aggression towards me, I have filed numerous grievances and written letters to the administratives offices of this facility, and these acts of aggression towards me still persist.

ACTION REQUESTED BY GRIEVANT: That these matters be investigated by an outside agency.

GRIEVANT'S SIGNATURE: [signature] DATE: 12-24-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:________________ DATE:______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE CO[MMITTEE]

cc: INSTITUTION FILE
GRIEVANT

RECEIVED
DEC 29 2004
Inmate Grievance Office

RECEIVED
JAN 05 2005
Inmate Grievance Office

April '97 REV

This grievance was put in the box on 12-26-04

FORM #584

GRIEVANCE FORM

FACILITY: D.C.C.

DATE: 12-25-04

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#:

TIME OF INCIDENT: Approx: 7:10 P.M

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date and time while being house in the infirmary cell 4/91. C/O Overmeyer, C/O Rogers and a third officer came to my cell for a shakedown. During the search I ask C/O Overmeyer why he did not log in the log book, that fact that him and Lt. Godwin searched my cell twice on their shift the day before. C/O Overmeyer stated that he did not have to. This officer did not follow procedure by logging the second cell search because he was clearly trying to cover-up this blatant retaliation, harassment and intimidation.

ACTION REQUESTED BY GRIEVANT: That C/O Overmeyer no longer be allowed to have contact with me and that this matter be investigated by an outside agency.

GRIEVANT'S SIGNATURE: [signature]

DATE: 12-25-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_______________ DATE:_______________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

2nd Grievance

Put into Box on 1-4-05

**FORM #584**

**GRIEVANCE FORM**

1/10/05

FACILITY: D.C.C.

DATE: 1-1-05

GRIEVANT'S NAME: Kevin Brathwaite

SBI#: 315294

CASE#: 10647

TIME OF INCIDENT: ~~Oct~~ — present

HOUSING UNIT: Infirmary

P/observation 185

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Over the past three (3) months I have been shaken down and had my cell searched 3-4 ~~for~~ times per day seven (7) days per week. These shake downs are taking ~~pla~~ place every single day on every shift. This is clearly retaliation and harrassment.

ACTION REQUESTED BY GRIEVANT: That this Harassment and retaliation be stopped

GRIEVANT'S SIGNATURE: [signature]

DATE: 1-1-05

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:______________________ DATE:________________

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

**cc: INSTITUTION FILE**
**GRIEVANT**

RECEIVED
DEC 2 9 2004
Inmate Grievance Office

**April '97 REV**

RECEIVED
JAN 0 5 2005
Inmate Grievance Office