

# Infirmary Intake Form

**Nursing Assessment Protocol**
Use Progress Notes for Additional Documentation

**REDACTED**

Inmate Name: BRAITHWAITE, KEVIN
Number: 315294   Date Of Birth: __-62
Gender: M   Facility: DCC
Allergies: NKDA

Date: 10/10/04   Time: 0010
Medications: See MAR
Medications: See MAR
Appearance: ☒ No Distress  ☐ Minimal Distress  ☐ Acute Distress

**SUBJECTIVE:** Chief Complaint: ⓛ rib pain, attempt to "hang" self

Symptoms:
- ☐ Delayed Verbal Response  ☐ Delayed Motor Response  ☐ Bleeding / Bruising Behind Ears
- ☐ Uncoordinated Movement  ☐ Confusion  ☐ Lack of Attention  ☐ Memory Loss
- ☐ Vision Changes ____  ☐ Loss of Balance  ☐ Headaches  ☐ Drowsiness
- ☐ Pain: Where: ____  Scale 1 2 3 4 5  ☐ Decreased LOC  ☐ Seizures

**OBJECTIVE:**
Temp: ___  Pulse: 93  Resp: 18  B/P: 149/98  Pulse Ox: ___  WT: ___  Finger Stick: ___

- ☐ Evidence of trauma
  Head: ____
  Torso: ecchymosis on back
  Extremities: ____
- ☐ Wounds
  Head: ∅ open
  Torso: wounds
  Extremities: noted
- ☐ Deformities
  Head: none
  Torso: ____
  Extremities: ____

Legend
A....Abrasion
B....Bruise
C....Raccoon's Eyes
L....Laceration
R....Rash
O....Other

**ASSESSMENT:**
☐ Critical – Immediate Referral Local Emergency Department
☒ Stable – may house in infirmary
☐ Other: ____

Nurse's Signature and Stamp: Brenda Holwerda RN   Time: 10-10-04



# NFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Braithwaite, Kevin   NUMBER: 315294

| ATE | TIME | NOTES |
|---|---|---|
| /04 | 0010 | Received inmate to Infirmary. S-"Hey, Brenda, I need pictures taken of my injuries." O- Upper & lower lips c̄ noted abrasions. ® posterior back c̄ noted ecchymosis noted, ø open areas noted. V.S: WNL, neuro √ WNL. A- Alt in conflict/coping skills P- Maintain Level III and monitor. —— B. Holwerda ® |
| /10 | 0900 | S) nonverbal O) lying on flr c̄ eyes closed respirations non labored c̄ no s/s of distress noted. A) Alterations in conflict/coping skills level II P) Continue c̄ plans of care —— B.Holwerda ® |
| 11/14 | 0450 | S) "Would you please take a look at my injuries and write them down?" O- Sclera of left eye c̄ blood visible. Ecchymosis noted on posterior tibia bilaterally. Area on ® tibia approximately 3cm by 5cm. ℗ tibia 3cm by 3cm. Ecchymosis noted on upper back. Ecchymosis on left bicep measuring approximately 5cm by 5cm. I/M states upper 3 teeth are loose, states 3 lower teeth are loose. Abrasions c̄ swelling noted on both upper and lower lip. I/M states ribs are sore. A) Pain P) Continue c̄ plan of care —— Ellen M. ___ RN |



# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Braithweite Kevin   NUMBER: 315 294

| DATE | TIME | NOTES |
|---|---|---|
| 7/11/04 | 0615 | S) "Did you include the information about my left jaw and right arm in your report"<br>O) "I/M"'s left mandible area appears slightly swollen compared to right. Area on right upper arm has abrasion measuring approximately 6cm by 4cm.<br>A) Alterations in comfort<br>P) Continue c̄ plan of care. Medicate per MP-Electrols PRN |
| 10/11/04 Nz.Doe | 1130 | BP at 0338 this AM 200/89 Now Repeat BP from 2 Nurses. Also Meds out of date. Dr. Rodgers here + aware @ alt compliance. Plan: Encourage compliance. M.Damm |
| 10/11/04 | | pt. seen + examined from over @ the SHU pt refusing to take BP meds. Now pt in infirmary & refusing to have BP taken too.<br>I/M did allow NSG to take BP while I was present. BP = 165/101<br>c/o rib pain/soreness only.<br>Heart- RRR OM    Lungs- CTA b/L<br>Neck - ∅ bruits    Chest - ⓇR sided rib tenderness<br>EXT- bruising ⒹLUE<br>Back- Ⓡ upper bruising, superficial lac<br>Mouth - bottom lip swollen, bruising<br>A/P: 1. S/P Alt'ed - Rib pain, Bruising, swelling lips<br>  2. HTN - uncontrolled, noncompliant<br>△ BP med doses & freq. Motrin PRN<br>encourage pt to take meds + be compliant<br>cont to monitor |