July, 2nd, 2005

TO: Peter Dalleo, Clerk

From: Kevin C. Brathwaite

RE: 04 - 1542 - G.M.S.

FILED

AUG - 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear MR. Dalleo,

I wrote a letter to the U.S. Marshals office to inquire as to why only Ten (10) defendants were served with copies of this complaint. I explained the fact that there are twenty six (26) defendants that should have been served. It's been over two months and I have'nt received a response. Would you please let me know why the other sixteen (16) defendants were not served? I am confused. Did I forget something?

Sincerely

C.C.
File

IM/Kevin C. Braithwaite
SBH# 315294   UNIT_____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.
X-R.

Legal
Mail

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.37⁰
02 1A
000435355   AUG 06 2005
MAILED FROM ZIP CODE 19977

Peter Dalleo, Clerk
Office of the Clerk
U.S. District Court
844 N. King St
Wilmington De
                    19801