August, 3rd, 2005

TO: Peter Dalleo, Clerk

FROM: Kevin C. Brathwaite

RE: Response to defendants Motion to dismiss
04-1542-G.M.S.

FILED
AUG -8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Dalleo,

I received a letter from your office today dated, August, 2nd, 2005, with a docket sheet attached. The last entry on the docket is 7, 29, 05. I mailed a response to the defendants motion to dismiss, on July, 25th, 2005. I just need to be sure that it has been received because it was due on August, 1st, 2005, and I don't want to be penalized if your office hasn't received it.

Sincerely
Kevin B.

c.c.
File

IM/Kevin C. Brathwaite
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
U.S.M. X-RAY

Lockbox - 18

Peter Dalleo, Clerk
Office of the Clerk
U.S. District Court
844 N. King St
Wilmington De-
19801