M......... Services                                CORR....... IONAL
O......... Checklist                               M  MEDICAL

L  10/10/04
Off:              Braithwaite Kevin   ID # 815294   Cell Location  191
Rea........ ........ ...Seclusion: _____
Tim.. ..... ..... Observation/Seclusion: _____   Ordered By: _____
Dur........ .....  _____                          Date Renewed: _____
Precaution Level  II  _____
On Medications ____ Yes ____ No   Last Medication Given _____ at _____

Item........ .........appropriate Line)
YE....                                              ALLOWED    DENIED
___   ✓ Undergarments          Legal Materials: _____   _____
_✓_     Suicidal Blanket       Rationale: _____
_✓_     Mattress
___   ✓ Pillow
___   ✓ One Book
___   ✓ Smoking Materials

| CODE EXPLANATION | TIME VISUAL CHECKS MADE ON PATIENT ||| 
|---|---|---|---|
| | 12 a.m. - 8 a.m. | 8 a.m. - 4 p.m. | 4 p.m. - 12 p.m. |
| 1. .....or/wall | 12:00  10,11  JZ | 8:00  10,11  CD | 4:00  10,11 |
| 2. ..... ......... | 12:15  10,11 | 8:15  19,11  CD | 4:15  10,11 |
| | 12:30  10,11 | 8:30  19,11  CD | 4:30  10,11 |
| 4. Cursing | 12:45  10,11 | 8:45  19,11  CD | 4:45  10,11 |
| 5. Laughing | 1:00  10,11 | 9:00  19,11  CD | 5:00  10,11 |
| 6. Singing | 1:15  10,11 | 9:15  19,11  CD | 5:15  10,11  SE |
| 7. Mumbling incoherently | 1:30  10,11 | 9:30  19,11  CD | 5:30  10,11  SE |
| 8. Standing still | 1:45  10,18 | 9:45  13,14,11  CD | 5:45  10,11 |
| 9. Walking | 2:00  10,18 | 10:00  10,11  CD | 6:00  10,11 |
| 10. Lying or sitting | 2:15  10,18 | 10:15  10,11  CD | 6:15  10,11 |
| 11. Quiet | 2:30  10,18 | 10:30  10,11  CD | 6:30  10,11 |
| 12. Sleeping | 2:45  10,18 | 10:45  10,11  CD | 6:45  10,11 |
| 13. Meals served/eaten | 3:00  10,18 | 11:00  10,11  CD | 7:00  10,11 |
| 14. Fluids Served/taken | 3:15  10,18 | 11:15  10,11  CD | 7:15  10,11 |
| 15. Bath/shower | 3:30  10,18 | 11:30  10,11  CD | 7:30  10,11 |
| 16. Toilet | 3:45  10,18 | 11:45  19,11  CD | 7:45  10,11 |
| 17. Smoking | 4:00  10,18 | 12:00  19,11  CD | 8:00  10,11 |
| 18. Talking | 4:15  10,18 | 12:15  19,11  CD | 8:15  10,11 |
| 19. Standing @ door/window | 4:30  10,18 | 12:30  19,11  CD | 8:30  10,11 |
| Staff Signatures          Initials | 4:45  10,18 | 12:45  19,11  CD | 8:45  10,11 |
| James Zubah         JZ | 5:00  10,18 | 1:00  19,11  CD | 9:00  10,11 |
| Emily McIntire      EM | 5:15  10,18 | 1:15  10,11  CD | 9:15  10,11 |
| .....Dammond        CD | 5:30  10,11,13,14 | 1:30  10,11  CD | 9:30  10,11 |
| | 5:45  10,11 | 1:45  10,11  CD | 9:45  10,11 |
| Evans              SE | 6:00  10,11 | 2:00  10,11  CD | 10:00  10,11 |
| | 6:15  10,11 | 2:15  10,11  CD | 10:15  10,11 |
| Primary Therapist | 6:30  10,11 | 2:30  10,11  CD | 10:30  10,11 |
| | 6:45  10,11 | 2:45  10,11  CD | 10:45  10,11 |
| | 7:00  10,11 | 3:00  13,14,11  CD | 11:00  10,11 |
| Psychiatrist/Physician | 7:15  10,11 | 3:15  10,11  CD | 11:15  10,11 |
| | 7:30  10,11 | 3:30  10,11  CD | 11:30  10,11 |
| | 7:45  10,11  JZ | 3:45  10,11  CD | 11:45  10,11  SE |

Code and Signature are required on the above time lines per precaution level

M........ ..... ......onal Medical, Inc   Proprietary Information  Not for Redistribution