Smyrna Landing Road
**SMYRNA DE, 19977**
Phone#: 302-653-9261

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 10/18/2004 | Time: 23:00 | Confidential: No |

**Facility:** DCC Delaware Correctional Center     **Followup Required:** No

**Associated Disciplinary Report #(s):** 1013683

**Incident Location:** D/INFIRMARY

**Location Description:** Infirmary housing rm#191

**Violated Conditions:** 1.18/200.218 Possession of Dangerous Contraband
2.03/200.106 Creating a Health, Safety or Fire Hazard
2.06/200.108 Failing to Obey an Order
2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**
On the above date and time, I, Lt. Godwin - unit #12, along with: Lt. Rispoli, C/O's Adam Zimmerman - unit #25, Russell Martin - unit #26, Donna Manno - Inf., Kenneth Hedges - Inf., went to inmate Kevin Brathwaite's cell (#191) in the infirmary to retrieve all unallowable items for a phase-2 inmate. Upon reaching his cell the door flap was opened and Lt. Rispoli called to inmate Brathwaite who appeared to be sleeping and told him to get up and cuff-up. Inmate acknowledged us but was slow to respond. I looked down through the window above him and saw him pull an item wrapped in plastic wrap from beneath his mattress with his right hand and then shove his right hand down towards his groin as he rolled to one side. Inmate Brathwaite finally stood up and was cuffed by Lt. Rispoli who used two sets of handcuffs. We then entered the cell and boxed up all items and searched for any hidden contraband. Afterwards, inmate Brathwaite was stripped of his orange pants and boxers and there tucked beneath his groin was the item I had seen him pull from beneath his mattress earlier. Inmate Brathwaite was told to squat and when doing so the item fell to the floor. I picked it up and unwrapped 1- cell phone, model # CDM8500VM, serial #32903510, FCC ID #PP42X-50C; 1- battery #NTO330DPB; and 1-battery charger, model #CRN, part #2RC8500. We then exited the cell and uncuffed inmate Brathwaite through the door flap without incident. Other items confiscated during the search were: 2 - pieces of heavy gauge solid electrical wire approx. 10 inches long, 2 - bags of Swedish fish candy which are not sold in the commissary (1-opened, 1-sealed), 2 - bags of Planters sunflower seeds (1-opened, 1-sealed) which are not sold in the commissary. I then called and reported this incident to shift commander, S/LT. R. Taylor./ eor

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** cell phone, battery and battery charger, 2-pc of wire.     **Date Collected:** 10/18/2004
**Discovered By:** Lt. D. Godwin     **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
Wrote this report.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Derrick, Godwin R | N/A | Staff Lt./Lt |
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |
| Staff | Adam, Zimmerman J | N/A | Correctional Officer |
| Staff | Russell, Martin S | N/A | Correctional Officer |
| Staff | Donna, Manno | N/A | Correctional Officer |
| Staff | Kenneth, Hedges E | N/A | Correctional Officer |
| Staff | Ramon, Taylor | N/A | Staff Lt./Lt |
| Inmate | Kevin, Brathwaite C | 00315294 | N/A |

**Reporting Officer:** Godwin, Derrick R (Staff Lt./Lt)     **Entered By:** Godwin, Derrick R (Staff Lt./Lt)

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

# INCIDENT REPORT

Group#: N/A    Type: Inmate Involved    Incident Date: 10/18/2004    Time: 23:00    Confidential: No

**Approval Information**

[X] Approved  [ ] Disapproved  Date: 10/19/2004  Approved by: Scarborough, James   (Shift Commander - Large Inst.)
Comments: N/A