**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
Phone#: 302-653-9261

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| Group#: N/A | Type: Inmate Involved | Incident Date: 12/16/2004 | Time: 18:30 | Confidential: No |

Facility: DCC Delaware Correctional Center    Followup Required: No
Incident Location: D/INFIRMARY
Location Description: cell 199
Violated Conditions: 2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**
On above date and time while conducting a shakedown on I/M Brathwaite we found I/m to have three regular blankets and boxers on. I/m is a level 2 suicide watch and is not allowed to have anything but a suicide gown and suicide blanket. When asked who gave him those things he replyed, I can't remember his name. Those things were taken and he was given a suicide gown and 2 paper gowns, since we were out of the blue suicide blankets. Also in his cell were 5 pieces of bread, 1 jelly, 1 piece of cake, and just outside of his door were 2 hershey candy bar wrappers. These were removed and put in evidence bag and sent up tp Capt. I/m stated to Cpl Terray, "The only reason they took the stuff is because that bitch up there said to. I've had that shit all day long and no one else but that bitch bothered it.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: 5 slices bread, 1 jelly, 1 cake, 2 hershey bar wrappers    Date Collected: 12/16/2004
Discovered By: C/O John Rogers    Secured By: Shift Commander

Type of Force Used: [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used: N/A

**Immediate Action Taken:**
Commander notified and 122 and 404's written

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Kevin, Brathwaite C | 00315294 | N/A |
| Staff | Violet, Dunn A | N/A | Correctional Officer |
| Staff | John, Rogers W | N/A | Correctional Officer |

Reporting Officer: Dunn, Violet A (Correctional Officer)    Entered By: Dunn, Violet A (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved   Date: 12/16/2004   Approved by: Scarborough, James   (Shift Commander - Large Inst.)
Comments: N/A