August, 3rd, 2005

TO: The Honorable Gregory M. Sleet

From: Kevin C. Brathwaite

RE: 04-1542-G.M.S.

FILED
AUG 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge Sleet,

    I felt that it was very neccessary to write you this letter to express my concerns that my efforts in this matter are being sabotaged. On July, 25th, 2005 I mailed one (1) original and one (1) copy of my response to the defendants motion to dismiss, to the clerks office. I also mailed a copy to the defendants attorney. Today I received a court docket sheet from the clerks office, and the last entry on the docket was on July, 29th, 2005. The response to the defendants motion that I sent to the court was not reflected on the docket

anywhere. Which means that this facility did not send my mail out. I had an August, 1st deadline, and I am truly concerned that I will be penalized for this situation that is before me. I've had problems in the past with my mail not leaving this facility, and I need to be sure that everyone is aware of what is going on. Also, there are twenty six (26) defendants in this case and only ten (10) of them have been served by the Marshals office. I wrote the Marshals office to inquire as to why the other defendants have not been served, and I haven't gotten a response. These matters concern me because all I can depend on is the people that I give my mail to, to do the right thing and mail it out. But this is not always going to happen.

So I needed it to be known that I did everything that I was suppose to do, and if the court sees a need for me to re-mail another copy of my answer to the defendants motion to dismiss, I do have another copy with the exhibits that I attached.

Thank you for your time and attention to this very serious matter.

Sincerely

Kevin C. Brathwaite
#315294
1181 Paddock Rd.
Smyrna De.
19977

c.c.
    File
    Ophelia Waters, Esq

Certificate of Service

I Kevin C. Brathwaite, states that I have sent one handwritten copy of the enclosed letter to the following party:

Ophelia Waters, Esq
Deputy Atty Gen
820 N. French St.
Wilmington De.
19801

*Kevin C. Brathwaite*
Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna De.
19977

dated August, 3rd, 2005

I/M Kevin C. Brathwaite

SBI# 315294  UNIT_____

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE  19977



The Honorable Gregory M. Sleet
U.S. District Court
844 King St.
Wilmington De.
19801

Legal Mail

19801+3513-33 C012