August, 11, 2005

TO: Peter Dalleo, Clerk

From: Kevin C. Brathwaite

RE: 04-1542 - G.M.S.

FILED
AUG 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Dalleo,

I truly don't intend to be a constant burden. So please forgive me for this continuous correspondence to make my concerns clear. But through my past experience in dealing with these defendants, I have come to discover that they have no problem in tampering with outgoing or incoming mail. Now, I received a court docket that reflects my response to the defendants' motion to dismiss. But the docket also reflects that there were attachments, #1, #2, #3, #4 and #5. I just wanted to be sure that you received exactly what I sent. So just to be sure that there wasn't

Anything missing from the package I sent to the court, I am sending another copy of the documents, which is

1 - 7-page response
20 - grievances
1 - 3-page medical report
And 1 - certificate of service.

Once again, my rationale for resending these documents are that I do not understand what the attachments #1, #2, #3, #4 #5 could have been.

Thank you for your time and attention to this matter

Sincerely

[signature]

# Certificate of Mailing

I Kevin C. Brathwaite, states that I have caused one copy of the enclose letter to be mailed to the following party by way of the United States postal service

Ophelia M. Waters #3879
Deputy Atty Gen.
820 N. French St. 6th floor
Wilmington De.
19801

Kevin C. Brathwaite
#315294
1181 Paddock Rd.
Smyrna De.
19977

date= August, 11, 2005

