August, 22, 2005

TO: Peter Dalleo, Clerk

From: Kevin C. Brathwaite

RE: Service upon Defendants
04-1542-G.M.S

Dear MR. Dalleo,

    I sent a total of twenty six (26) Marshal forms to your office to be served upon the defendants in this case. My family has contacted the Marshals office and they were told that their office has completed service upon ten (10) defendants. It was to my understanding that all of the defendants involved in a civil matter must be served. I am very confused as to why only ten (10) defendants were served with this complaint. Would you please explain to me the reasoning.

Sincerely

C.C. Robert Bush, ESQ
    file

IM Kevin C. Brathwaite
SBI# 315294 UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Peter Dalleo, Clerk
U.S. District Court
844 N. King St
Wilmington
19801   lockbox-18

UNITED STATES POSTAGE
$ 00.370
AUG 27 2005
MAILED FROM ZIP CODE 19977