**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Kevin C. Brathwaite | COURT CASE NUMBER: 04-1542-G.M.S. |
| DEFENDANT: DR. RAMAN | TYPE OF PROCESS: Civil |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: DR. RAMAN

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1181 Paddock Rd. Smyrna De. 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna De. 19977

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 27
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NA
DATE: 5-5-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

RECEIVED NOV -2 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Date of Service: 10/3/05

Signature of U.S. Marshal or Deputy

REMARKS: Not Known

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)