# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** Kevin C. Brathwaite
**DEFENDANT:** First Correctional Medical
**COURT CASE NUMBER:** 04-1542-G.M.S
**TYPE OF PROCESS:** Civil

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** First Correctional Medical INC.

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):** P.O. Box 69370 Oro Valley, AZ. 85737

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna De. 19977

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 27
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

ATTN: Gina Wolken
First Correctional Medical INC
1181 Paddock Rd.
Smyrna De. 19977

**Signature of Attorney or other Originator requesting service on behalf of:** ☑ PLAINTIFF ☐ DEFENDANT
Kevin Brathwaite
**TELEPHONE NUMBER:** N/A
**DATE:** 5-5-04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

FILED
NOV - 8 2005
U.S. DISTRICT COURT

**REMARKS:**
11/4 business no longer @ 1575 McKee Rd., Dover, DE  (RD)

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — **FORM USM-285 (Rev. 12/15/80)**