TO: Peter Dalleo, Clerk

From: Kevin C. Brathwaite

RE: Service Upon Defendants
    CA. No. 04-1542 - G.M.S.

DATE: Nov, 10th, 2005

FILED

NOV 16 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear MR. Dalleo,
                Some of the
Marshall forms were returned
unexecuted. One in particular is
the service upon Nurse Kera. This
defendant is still an employee
of this facility and the address
on the 285 form is current.
This defendant is attempting to
avoid service. So at this time
I am requesting that an attempt
to serve this defendant be
made and the service be executed.

Thank you for your time and
attention to this matter.

                        Sincerely
                        Kevin B.

C.C. Jane Brady
     U.S. Marshals office
        File

UNITED STATES POSTAGE

PITNEY BOWES

02 1A
0004395355
MAILED FROM ZIPCODE 19977

$ 00.370°
NOV 14 2005

U.S.M.S.
X-RAY

IM Kevin C. Braithwaite

SBI# 315294 UNIT

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Peter Dalleo, Clerk
u.s. District Court
844 King St.
Wilmington De.
19801

Legal
MAIL

13A01+3513 12