JAN, 8th, 2006

TO: Peter Dalleo, Clerk

From: Kevin C. Brathwaite

RE: Service upon defendant - Nurse Kera
    CA.NO. 04-1542-G.M.S.

Dear Mr. Dalleo,

After receiving the notice that some of the defendants in this case were not served, I wrote your office and the Marshals office a letter to let you know that Nurse Kera, does still work here and that service is being attempted to be avoided. So at this time I am requesting that service upon defendant Nurse Kera be attempted once again. This defendant works in the Maximum Security Unit (M.H.U.) (M.H.U.) here at the Delaware Correctional Center.

Sincerely,

/s/ Kevin Brathwaite

C.C.-
    File



IM Kevin C. Brathwaite
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter Dalleo Clerk
Office of the Clerk
U.S. District Court
544 King St.
19801