# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Kevin Brathwaite, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1542-GMS |
| | ) | |
| Thomas Carroll, Warden, et al., | ) | Trial by Jury Demanded |
| | ) | |
|     Defendants. | ) | |

## State Defendants Nkwopara, Thomas, Stevenson, Carpenter and Wallace's Motion to Dismiss/Summary Judgment

The State Defendants, by and through undersigned counsel, hereby move this Honorable Court to enter an order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12 (b) (6) for failure to state a claim upon which relief can be granted. In support of their Motion, Defendants offer the Memorandum of Points and Authorities filed simultaneously herewith.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Ophelia M. Waters
    Ophelia M. Waters, I.D. #3879
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, Delaware 19801
    (302) 577-8400
    ophelia.waters@state.de.us
    Counsel for State Defendants

DATE: February 7, 2006

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Kevin Brathwaite, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1542-GMS |
| | ) | |
| Thomas Carroll, Warden, et al., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2006, the Motion To Dismiss filed by State Defendants Nkwopara, Thomas, Stevenson, Carpenter and Wallace in the above-captioned matter having been duly considered, and any opposition thereto, is granted; and,

IT IS ORDERED that judgment be and is hereby entered against Plaintiff and in favor of the State Defendants.

                                                                         _____
                                                                         The Honorable Gregory M. Sleet, Judge
                                                                         United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2006, I electronically filed *State Defendants Nkwopara, Thomas, Stevenson and Carpenter and Wallace's Motion to Dismiss/Summary Judgment* with the Clerk of Court using CM/ECF.  I hereby certify that on February 7, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: Kevin C. Brathwaite; SBI #315294; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us