## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 10/9/04 | 0915 | NSG | Asked by c/o to assess I/m after being pepper sprayed. Poured two cartons of milk on face. Complained of minimal Left elbow pain. Has full range of motion. Hand cuff check. Can fit finger between hand and cuff. I/m has no further complaints. — K Hargan LPN |

NAME—Last: Brathwaite, First: Kevin

Record No. 315294   Room/Bed: 17 BU8

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
❑ Continued on Reverse

C 1

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 9/9/10 late entry | 2000 | NSG | C/o's called requesting exam of I/M who was c/o testicular pain, being held in interview room – double-cuffed due to prev shoulder injury. CO's advise had been found w/ contraband earlier + had to be QRT·D. I/M states incident occurred @ ~ 930 am + was cuffed, arms behind back, causing shoulder "dislocation" (r) + "cracked ribs" l. lat. from being kicked, l. elbow pain (lat. epicondyle), loose teeth from being punched in mouth, l. eyebrow contusion from being struck. Refuses testicular exam but will take b/p v. Advised has Ct. on Wed. + is testifying against DOC staff, thus fears reprisal that his safety, req. to be moved to infirmary. O. I/M in NAD, appears in no discomfort until examined. Skin warm + dry, no ecchymosis over rib cage, clavicle, olecranon/epicondyle. Has small hematoma r. lower lip consistent c bite trauma, also left upper l.ip – much smaller c no signs of bldg. Tender over clavicle to palpation but |
| | 136/80 | 88 | no mobility, signs of fx, ecchymosis, crepitus. Tender to palp. over r. acromion, biceps, clavicle but appears to be exaggerating sx as c/o pain in areas not congruent c mech. of injury. Int. rotation - no crepitus, ↑ w/ r. rom c min ext rotation - cuffed dll - unable to conduct complete ex Teeth tender @ r. upper incisor - l. upper front tooth. Hematoma on lip (lower r.), sm. abr. upper l. lip. lungs CTA. A. trauma as above, wishes to go to infirmary - not nec. medically, but can bring up "safety" issue c DOC. P. Will give antibx motrin. Monitor condition. A Turner |

| NAME-Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|
| Braithwaite, | Kevin | | | 315294 | |

FCM-002

**INTERDISCIPLINARY PROGRESS NOTES**
☐ Continued on Reverse

C2