**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 10/09/2004 | Time: 22:25 | Confidential: No |

**Facility:** DCC Delaware Correctional Center                                   **Followup Required:** No
**Incident Location:** Bldg.18 C Tier
**Location Description:** SHU #18 CL3
**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
On the above date and approx. time Sgt. Carpenter Stephanie responded to the cell of I/m Braithwaite Kevin SBI #315294 CL3. I/m Braithwaite had a sheet tied to the light cage hanging down around his neck. Sgt. Carpenter called for the cell door to be open. When the cell door opened I/M Braithwaite lunged at Sgt. Carpenter. Sgt. Carpenter sprayed I/m Braithwaite in the face. I/m Braithwaite was then taken out of the cell and seen by medical. I/m Braithwaite was then taken back to the cell stripped out and all linens were taken out of the cell. notified area lt.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A                                                **Date Collected:** N/A
**Discovered By:** N/A                                                **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [X] CAPSTUN  [ ] NONE
**Restraints Used:** hand cuffs shackels sop's

**Immediate Action Taken:**
This report.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Stephanie, Carpenter J | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Casey, Phelps J | N/A | Correctional Officer |
| Staff | Marshall, Moore V IV | N/A | Correctional Officer |
| Staff | Victor, Gonzalez | N/A | Correctional Officer |
| Inmate | Kevin, Brathwaite C | 00315294 | N/A |
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |

**Reporting Officer:** Carpenter, Stephanie J (Co Corporal/Sgt. - Large Inst.)          **Entered By:** Carpenter, Stephanie J (Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved   **Date:** 10/10/2004   **Approved by:** Mccreanor, Michael  (Shift Commander - Large Inst.)
**Comments:** N/A

D1

**Page 1 of 1**

**Smyrna Landing Road**
**SMYRNA DE, 19977**
Phone#: 302-653-9261

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 10/09/2004 | Time: 22:25 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center      **Followup Required:** No
**Incident Location:** Bldg.18 C Tier
**Location Description:** SHU 18 CL3
**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior
**Description of Incident:**
On the above date and aprox. time I, C/O Phelps, was at CL3 holding the door pipe. Once the door was opened I/m Braithwaite Kevin lunged out of the sheet hanging from the ceiling light at Sgt.Carpenter. Sgt.Carpenter sprayed I/m Braithwaite directly in the face. I/M Braithwaite then fell down. I/M Braithwaite then was handcuffed and taken to the interview room to be seen by medical. I/m Braithwaite was then taken back to his cell stripped down and all bedding taken out. notifed area LT.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A                                                        **Date Collected:** N/A
**Discovered By:** N/A                               **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [X] CAPSTUN  [ ] NONE
**Restraints Used:** hand cuffs and shackles sop
**Immediate Action Taken:**
This report.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| ff | Casey, Phelps J | N/A | Correctional Officer |
| Staff | Oulda, Carpenter L | N/A | Facility Office Clerk |
| Staff | Marshall, Moore V IV | N/A | Correctional Officer |
| Staff | Victor, Gonzalez | N/A | Correctional Officer |
| Inmate | Kevin, Brathwaite C | 00315294 | N/A |

**Reporting Officer:** Phelps, Casey J (Correctional Officer)      **Entered By:** Phelps, Casey J (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 10/10/2004  **Approved by:** Mccreanor, Michael  (Shift Commander - Large Inst.)
**Comments:** N/A

D2

1016356

Smyrna Landing Road
**SMYRNA DE, 19977**
Phone#: 302-653-9261

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 10/09/2004 | Time: 22:25 | Confidential: No |

**Facility:** DCC Delaware Correctional Center    **Followup Required:** No
**Incident Location:** Bldg.18 C Tier
**Location Description:** lower 3
**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
On the above date and time, I c/o Marshall Moore responded to C lower-3, with SGT. Stephanie Carpenter and c/o Casey Phelps. I/m Kevin Brathwaite lunged out of the sheet he was hangging from the ceiling light at Sgt. Carpenter, when the door was opened. SGT. Carpenter sprayed i/m Brathwaite in the face at this time. I/m Brathwaite was then cuffed and seen by medical. Medical determined i/m Brathwaite was o.k and he was stripped and secured in his cell.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A    **Date Collected:** N/A
**Discovered By:** N/A    **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL [ ] CHEMICAL [ ] STUN [ ] OTHER [X] CAPSTUN [ ] NONE
**Restraints Used:** cuffs

**Immediate Action Taken:**
I/m capstuned, restrained.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Marshall, Moore V IV | N/A | Correctional Officer |
| Staff | Stephanie, Carpenter J | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Casey, Phelps J | N/A | Correctional Officer |
| Inmate | Kevin, Brathwaite C | 00315294 | N/A |
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |
| Staff | Holly, Fume | N/A | Contractors - Medical |

**Reporting Officer:** Moore, Marshall V IV (Correctional Officer)    **Entered By:** Moore, Marshall V IV (Correctional Officer)

### Approval Information

[X] Approved [ ] Disapproved  **Date:** 10/10/2004  **Approved by:** Mccreanor, Michael (Shift Commander - Large Inst.)
**Comments:** N/A

D3

**Page 1 of 1**