IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN BRATHWAITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1542 (GMS) |
| | ) | |
| THOMAS CARROLL, BETTY BURRIS, DAVID PIERCE, DAVID K. HOLMAN, ANTHONY J. RENDINA, CATHY MALAY, WILLIAM YODER, LARRY SAVAGE, MARCELLO RISPOLI, ROBERT WALLACE, DAVID PHILLIPS, MATT STEVENSON, STEPHANIE CARPENTER, BARBI THOMAS, EDWIN NKWOPARA, LISE MERSON, FIRST CORRECTIONAL MEDICAL, NURSE KERA, MAJOR CUNNINGHAM, LIEUTENANT GODWIN, SERGEANT LOVETT, V. DUNN, DON OVERMEYER, BOB HARRIS, DR. RAMAN, and AMY WHITTLE, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, on December 22, 2004, the plaintiff filed a complaint against the above-captioned defendants;

WHEREAS, on May 12, 2005, the court received the plaintiff's completed United States Marshal ("USM") Forms 285;

WHEREAS, on May 12, 2005, the Clerk of Court forwarded the completed Forms 285, as well as copies of the complaint to the USM for service upon the above-captioned defendants; and

WHEREAS, on November 2, 2005, USM Forms 285 were returned unexecuted as to Amy Whittle ("Whittle"), Bob Harris ("Harris"), Dr. Raman ("Dr. Raman"), Nurse Kera ("Kera"),

William Yoder ("Yoder"), David Phillips ("Phillips"), Sergeant Lovett ("Lovett"); and

WHEREAS, on November 8, 2005, the USM Form 285 was returned unexecuted as to First Correctional Medical ("FCM");

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why he hasn't served Whittle, Harris, Dr. Raman, Kera, Yoder, Phillips, Lovett, and FCM.

2. If the plaintiff fails to show cause, in writing, within thirty (30) days, his case against Whittle, Harris, Dr. Raman, Kera, Yoder, Phillips, Lovett, and FCM shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

Dated: March 20, 2006

_____
UNITED STATES DISTRICT JUDGE