IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Kevin C. Brathwaite
    Plaintiff

V.                                              C.A. No. 04-1542-G.M.S

Thomas Carroll, et.al
    defendants

## Motion for Appointment of Counsel

Comes now, the Plaintiff, Kevin C. Brathwaite, Pro'se. And moves this honorable Court for appointment of Counsel to represent Plaintiff.

To support this motion, this Plaintiff states the following:

1. Plaintiff is incarcerated.

2. Plaintiff is unskilled in the law.

3. The Plaintiff is locked in his cell twenty four (24) hours

per day.

4. The administration at the Delaware Correctional Center where the plaintiff is held limits the access that this plaintiff has to the courts and law library.

5. The plaintiff is having difficulty completing service upon all of the defendants due to the deceptions of the facility administration.

6. Appointment of counsel would serve the best interests of justice in this case.

Wherefore, this plaintiff prays that this honorable Court appoint counsel to represent him.

DATE 3-24-06

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna De. 19977

Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the attached Motion for appointment of Counsel to be mailed to the following party, by way of U.S. Postal Service.

Ophelia M. Waters
Dep Atty Gen
820 N. French St. 6th Floor
Wilmington De.
19801

I/M Kevin C. Brathwaite
SBI# 315294  UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 MAR 2006
$00.390
MAR 29 2006
MAILED FROM ZIPCODE 19977

Peter Dalleo, US/Mrs
Office of the Clerk
U.S. District Court   Lock box - 18
844 N. King St
Wilmington DE-
          19801

Legal Mail