IN THE United States District Court
District of Delaware

Kevin C. Brathwaite
Plaintiff

V.                                    CA. # 04-1542-G.M.S.

Thomas Carroll, et. al
defendants

FILED
MAR 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Response to Court order

On March, 21st this Plaintiff received an order from the court, directing him to explain why he hasn't served, defendants, Whittle, Harris, Dr. Raman, Nurse Kera, Sgt's Phillips, Lovett and F.C.M.

On or about May, 12th, 2005 this Plaintiff sent Marshal (U.S.M) forms 285 to the court to have all of the defendants served. And at that time the clerks office forwarded the 285 forms and copies of the complaint to the Marshals office.

On July, 1st, 2005 the healthcare provider F.C.M was relieved of their duties and C.M.S. took over the healthcare services at the Delaware Correctional Center. So by the time the Marshals office attempted to serve the defendants they were no longer at D.C.C. But Nurse Kera, Sgt. Phillips, and Dr. Raman stayed on to work for C.M.S. So therefore the Marshals were given false information as to these defendants. But since January, 19th, 2006 all of the defendants that remained, has left.

So at this time, this plaintiff request that the case against defendants, Whittle, Harris, Dr. Raman, Nurse Kera, Yoder, Phillips, Lovett, and F.C.M. be dismissed without prejudice. And that the case against all other defendants proceed.

Date, 26, 2006

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE. 19977

Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the enclosed Response to court order to be mailed to the following party, by way of U.S. Postal Service.

Ophelia Waters, Esq.
Atty Gen office
820 N. French St
Wilmington DE.

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
19977

IM Kevin C. Brathwaite
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Peter Dalleo, Clerk
Office of the Clerk
U.S. District Court
844 N. King St., Lockbox - 18
Wilmington, De.
19801