IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN BRATHWAITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1542 (GMS) |
| | ) | |
| THOMAS CARROLL, BETTY BURRIS, | ) | |
| DAVID PIERCE, DAVID K. HOLMAN, | ) | |
| ANTHONY J. RENDINA, CATHY | ) | |
| MALAY, WILLIAM YODER, LARRY | ) | |
| SAVAGE, MARCELLO RISPOLI, | ) | |
| ROBERT WALLACE, DAVID PHILLIPS, | ) | |
| MATT STEVENSON, STEPHANIE | ) | |
| CARPENTER, BARBI THOMAS, EDWIN | ) | |
| NKWOPARA, LISE MERSON, FIRST | ) | |
| CORRECTIONAL MEDICAL, NURSE | ) | |
| KERA, MAJOR CUNNINGHAM, | ) | |
| LIEUTENANT GODWIN, SERGEANT | ) | |
| LOVETT, V. DUNN, DON OVERMEYER, | ) | |
| BOB HARRIS, DR. RAMAN, and AMY | ) | |
| WHITTLE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on December 22, 2004, the plaintiff filed a complaint against the above-captioned defendants;

WHEREAS, on May 12, 2005, the court received the plaintiff's completed United States Marshal ("USM") Forms 285;

WHEREAS, on May 12, 2005, the Clerk of Court forwarded the completed Forms 285, as well as copies of the complaint to the USM for service upon the above-captioned defendants;

WHEREAS, on May 25, 2005, Waivers of Service with executed USM Forms 285 were filed as to Anthony J. Rendina ("Rendina"), Larry Savage ("Savage"), and Cathy Malay ("Malay"), with

an answer to the complaint due on July 18, 2005;

WHEREAS, on May 27, 2005, a Waiver of Service with executed USM Forms 285 was filed as to Lise Merson ("Merson"), with an answer to the complaint due on July 19, 2005;

WHEREAS, on June 1, 2005, a Waiver of Service with executed USM Forms 285 was filed as to Marcello Rispoli ("Rispoli"), with an answer to the complaint due on July 25, 2005;

WHEREAS, on November 8, 2005, an executed USM Form 285 was returned as to David K. Holman ("Holman"), with an answer to the complaint due on November 25, 2005; and

WHEREAS, as of the date of this Order, the court's docket reflects no answer or other responsive pleading filed by Rendina, Savage, Malay, Merson, Rispoli, or Holman;

IT IS HEREBY ORDERED that:

1. Rendina, Savage, Malay, Merson, Rispoli, and Holman shall answer or otherwise respond to the complaint within five (5) days of the date of this Order.

Dated: April __7__ , 2006

UNITED STATES DISTRICT JUDGE