**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# DISCIPLINARY REPORT

1013422

IWF 191

| Disciplinary Type: Class1 | | Housing Unit: Bldg 18 | | IR#: 1016317 | |
|---|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00315294 | Brathwaite, Kevin C | DCC | Bldg.17 B Tier | 10/09/2004 | 09:00 |

**Violations:** 1.02/200.201 Assault, 1.06/200.203 Disorderly or Threatening Behavior, 1.18/200.218 Possession of Dangerous Contraband, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order, 2.13/200. Possession of Non-Dangerous Contraband, /200.110 Possession of Unauthorized Clothing

**Witnesses:** 1. Nkowpara, Edwin    2. Philips, David    3. Stevenson, Matt

### Description of Alleged Violation(s)

On Oct 9, 2004 At 0900 Hours Sgt Wallace And C/O Nkowpara Were Conducting A Strip Search Of I/M Brathwaite. I/M Brathwaite Was Ordered By Sgt Wallace To Completely Strip Down, To Which He Took Off His Shirt And Shorts But As He Got To His Underwear A Razor Fell Out Of What Appeared To Be A Pocket In The Front Of The Underwear. I/M Brathwaite Gave The Razor To Sgt Wallace And Sgt Wallace Ordered I/M Brathwaite To Take Off His Underwear. I/M Brathwaite Refused And Stated That He Wasn'T Getting Naked For Sgt Wallace To Look At His Ass. Sgt Wallace Again Ordered I/M Brathwaite To Take Off His Underwear, I/M Again Refused. Sgt Wallace Then Ordered I/M Brathwaite To Get Dress That He Would Need To Go See The Area Lt About Refusing To Strip. I/M Brathewaite Then Charged The Cell Door And Put His Arm In It So That C/O Nkowpara And Sgt Wallace Could Not Close It. As Sgt Wallace Tried To Push I/M Brathwaites Arm Back Into The Cell, Then I/M Brathwaite Draw Back His Fist And Then Throw A Punch At Sgt Wallace. Sgt Wallace Then Sprayed I/M Brathwaite With Pepper Foam. I/M Brathwaite Then Backed Away From The Door And Was Secure. Back-Up Was Called, While Waiting For The Back-Up I/M Brathwaite Took Something Out Of The Pocket In The Underwear And Put It In His Mouth And Appeared To Swallow It. When Back-Up Arrived I/M Brathwaite Stated He Would Come Out And Not Give Anymore Problems. The Cell Door Was Then Opened And Sgt Philips Started To Handcuff I/M Brathwaite, As Sgt Phillips Placed The First Cuff On I/M Brathwaite And He Turned In An Attempt To Strike Sgt Philips. I/M Brathwaite Was Taken To The Floor Where He Was Handcuffed And Shackled. I/M Brathwaite Was Then Taken To Shu 20 And Secured In A Cage By Sgt Philips And Sgt Stevenson. Lt Yoder Was Notified Of The Incident Details. Sgt Wallace Returned To Bldg 17 And Completed The Shakedown, During The Shakedown The Underwear I/M Brathwaite Had On Were Checked And Found To Have A Pocket In The Front No Other Contraband Was Found

**Reporting Officer:** Wallace, Robert J (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

**Immediate action taken by:** Wallace, Robert J -CO Corporal/Sgt. - Large Inst.

Inmate Pepper Foamed, Back-Up Called, Contraband Secured, Area Lt Notified Of Incident And Accomplished All Appropriate Paperwork

### Offender Disposition Details

| Disposition: N/A | Date: N/A | Time: N/A | Cell secured? No |
|---|---|---|---|

**Reason:** N/A

**Disposition Of Evidence:** Secured By Sgt Wallace Bagged And 537 Completed And All Forwarded To The Shift Commander

### Approval Information

**Approved:** ☒    **Disapproved:** ☐    **Approved By:** Reynolds, Kirk (Shift Commander - Large Inst.)

**Comments:** Inmate Was Seen By Medical Then Placed In Shu Isolation.

### Shift Supervisor Details

**Date Received:** 10-9-04    **Time:** 1500    **Received From:** Lt Yoder

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Reynolds, Kirk (Shift Commander - Large Inst.)