DR # 1013422

Date: 10/9/04

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## NOTICE OF DISCIPLINARY HEARING – FOR MINOR/MAJOR OFFENSE

To: Inmate: BRATHWAITE, Kevin   SBI#: 00 315294   Housing Unit: 18CL5

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122).

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.

   How do you plead?   ☐ Guilty   ☒ Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand.
   b. Loss of one or more privileges for a period of time **of more than 24 hours but less than 15 days**.

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period **of more than 15 days but less than 60 days**.
   b. Confinement to assigned quarters for a period of time not to exceed 30 days.
   c. Isolation confinement for a period of time not to exceed 15 days.
   d. Loss of good time for a period of time not to exceed 30 days. (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the rights in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested?   ☐ Yes   ☒ No   Name of Counsel: _____

7. Confront accuser?   ☒ Yes   ☐ No

8. Witness requested?   ☐ Yes   ☒ No   Name of Witness: _____

I certify that on 10/9/04 at 1130 hrs,
           (Date)        (Time)

I served upon the above inmate this notice of Disciplinary Hearing for Minor/Major Offense and the Disciplinary Report is attached hereto.

_____
(Employee's Signature & Title)

I have received copies of 122 & 127 and understand my rights as Form #127 has been read to me.

For Refuse to Sign
(Inmate's Signature)

Page 1

Form 127: May 30, 2003   DACS