04/10/2006 13:43   13026596687   LEGAL SERVICES   PAGE 07/24

Appendix K1

# DELAWARE CORRECTIONAL CENTER

**TO:** Inmate **Brathwaite, Kevin**   SBI# **00315294**

**FROM:** **S/Lt. Reynolds, Kirk**

**DATE:** **10/10/2004**

**SUBJECT:** Administrative Transfer

The undersigned believes that you warrant confinement to a more restrictive setting based upon Information presented. Consequently, pending review, you are hereby temporarily, administratively Transferred to:

☐ Protective Custody

■ Pre-Hearing Detention

■ Higher Security

| Offense No. | Offense Title |
|---|---|
| 200.108 | Failing to Obey and Order |
| 200.203 | Disorderly and Threatening Behavior |
| 200.201 | Assault |

_____
Signature of Shift Commander

Attach Supporting Documents/Forms i.e.: 404, 537, I/M statement, etc.

Copy to:   Security Superintendent (original)
           Institutional Investigator
           Classification
           MDT Chairperson
           Transfer Office
           Temporary Housing Counselor
           Classified Housing Counselor
           File

Form #: 228-B (Rev 11/97)