**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/26/2004

## DISCIPLINARY HEARING DECISION

| | | | |
|---|---|---|---|
| Inmate: Brathwaite, Kevin C | | SBI#: 00815294 | Type: Class 1 |
| Institution: DCC Delaware Correctional Center | | Hearing Date: 10/20/2004 | Time: 13:22 |

Inmate Present: Yes     Reason(If No): N/A

Violation: /200.110 Possession of Unauthorized Clothing, 1.02/200.201 Assault, 1.06/200.203 Disorderly or Threatening Behavior, 1.18/200.218 Possession of Dangerous Contraband, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

Inmate PLEA: Not Guilty

Inmate Statement: I never tried to assault anyone, when he came to my cell I told him I was shaving my head. He said strip for shakedown. I sid with it present never had bar in door. Never tried to touch him He was looking for trouble.

Witness Name: Nkowpara, Edwin  C/O
Testimony: N/A

Witness Name: Philips, David  Sgt
Testimony: N/A

Witness Name: Stevenson, Matt  Sgt
Testimony: N/A

Decision: Guilty

Rational: Per reports and witness statement inmate found guilty of all charges excepte 2000.218 PDC. Inmate didn't wish to confront accuser  15 days ISO

Sanctions: N/A

**HEARING OFFICER'S SIGNATURE**
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [X] DO     [ ] DO NOT INTEND TO APPEAL

**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal            [ ] Appeal has been denied by Commissioner or Designate
[ ] Sanctions have been modified               [ ] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement | | 15 | |

*Sent Report Copy + Appeal to Anthony Rendina 10/26/04*

Page 1 of 1