| DR# 1013422 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | Date: 04/11/2006 |
|---|---|---|

Inmate: Brathwaite, Kevin C                                    SBI#: 00315294    Type: Class 1

Institution: DCC Delaware Correctional Center         Hearing Date: 10/20/2004    Time: 13:22

# MEMORANDUM

To    : Brathwaite, Kevin C

From : Chief, Bureau of Prisons

RE    : APPEAL DECISION

1. **Isolated Confinement**

   | Your appeal | [ ] Accepted | [X] Denied |
   | The decision of hearing | [X] Affirmed | [ ] Reversed   [ ] Remanded for further proceedings |
   | The sanction imposed by hearing officer will | [X] Remain as imposed by the Hearing Officer | [ ] Reduced |

   The basis of this decision is as follows:
   Despite your claims, the record shows that you did receive a preliminary hearing, you were given at least 24 hours notice before the disciplinary hearing, and you were allowed to make a statement. Your allegations of lies and conspiracy are not supported and your appeal does not contain any substantial information that would warrant any change in the Hearing Officer's decision.

   This report has been reviewed by Rendina, Anthony J

   Date Reviewed