IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Kevin Brathwaite, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1542-GMS |
| | ) | |
| Thomas Carroll, Warden, et al., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF CATHERINE MALAY

I, Catherine Malay, having been duly sworn according to the law do hereby depose and say the following:

1. I have been employed by the Department of Correction since December of 2001. Currently I am the Administrative Specialist I, for the Legal Services Administrator at the Delaware Correctional Center(DCC). I have held this position since September of 2004.

2. My official duty with regard to the Hearing Office in 2004 was to perform data entry. I did not have decision making power in the Hearing Office processes.

3. The Hearing Office staff submitted their daily Disciplinary Hearing documentation to my office. Upon receipt of the documents I would date stamp the hearing paperwork and check the documentation to determine if the inmate was requesting an appeal. If the inmate checked the area for appeal, I would place the documents in a tickler file for 72 hours. If the inmate failed to file the required Appeal document within the 72 hours I would wait for an additional 3 to 5 days allowing time for the institutional mail system to deliver the paperwork. If I received the appeal paperwork

the Hearing Officer's decision into the computer system.

4. The Hearing Officers began performing the data entry function on March 2005.

5. I make the foregoing statements based upon my personal knowledge and information and experience as the Administrative Assistant I to the Legal Services Administrator.

*Catherine Malay*
Catherine Malay

SWORN TO AND SUBSCRIBED before me this, 12 day of April, 2006.

*[signature]*
Notary

Case 1:04-cv-01542-GMS    Document 68-12    Filed 04/12/2006    Page 2 of 2