DR # 10 | 3422

Date: 10/20/04

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING APPEAL FORM

Inmate: Kevin Brathwaite       SBI#: 00 3 / 5294

### RE: DISCIPLINARY HEARING

You have the right to appeal the decision of the Hearing Officer to the Commissioner of the Department of Correction, or his designee. Execution of any sanction imposed by the Hearing Officer shall be automatically stayed for seventy-two (72) hours immediately following the hearing **UNLESS YOU INDICATE ON THIS FORM THAT YOU DO NOT WANT** to appeal. If you do not file an appeal within seventy-two (72) hours, or if you indicate on this form that you do not want to appeal, the sanction shall be carried out immediately.

[X] Yes, I do want to appeal.     [ ] No, I do not want to appeal.

I want the decision of the Hearing Officer to be:

[X] Reversed, and/or     [ ] Remanded for further proceedings.

My reasons for making this appeal are: I am not guilty. No 24 hr. notice before hearing.

Appeal description: First I would like to bring to your attention, the fact that I was denied my right to a preliminary hearing. I was also denied my right to give a statement full. After this incident took place C/O Turner and C/O Lombardi came to me and told me that they both knew that what took place was wrong and that they not going to lie for these 3-sgt's. When the hearing officer came to m___

Date: 10-21-04     Inmate Signature: [signature]

To file this appeal, mail it to the DCC Hearing Office.

* The 72 hour time limit will run only while you are incarcerated.

Form 126 – 5/30/03   DACS      ( Exhibit - C )

To do my hearing I told him that I wanted to call c/o Turner and c/o Lombardi as witness to this incident. Now when the hearing officer questioned these two officers, they both changed their stories. They said that they were both shaking down someone elses cell. Now lets be reasonable, if there was an emergency, and Sgt. Wallace had to call for back up, then why didn't c/o Turner and c/o Lombardi stop what they were doing and come to the aide of Sgt. Wallace. And if there was such an emergency, then how did Sgt. Stevenson and Sgt. Phillips make it to bldg #17 all the way from bldg #20, before c/o Turner and c/o Lombardi could make it to my cell, from the cell right next door to mine. Simple, because it didn't happen the way that these officers said it, and rather than lie, these two would rather say that they didn't see it happen. Which is still a lie. I never wanted to assault nor did I assault anyone. Also pay attention to Sgt. Wallace's report, how Sgt. Stevenson and Sgt. Phillips be a witness report if they had just showed up. If you

At these 3-officers statements you can clearly see that they all just sat at a table together and had a meeting of the minds and came up with the exact same statement almost verbatum. All I ask is that you <u>investigate this matter thoroughly</u>

See, attached statement, and medical report. The medical report of my injuries clearly contradict the statements of these officers. And my statement is supported by these same medical reports.

Also: If Sgt. Wallace claims that I put something in my mouth and swallowed it, then why didn't he tell the medical staff. All Lies

Also: <u>Please contact Lt. Salas. He knows what really took place, and he will not lie for anyone.</u>

Note: I have no prior institutional v... Not even a fight in almost nin... This matter needs to be inve...

ON OCT. 9th, 04 AT APPROX. 9:00 A.M. while being housed in the security housing unit (S.H.U.), Bldg #17 cell-B-U-8. Sgt. Wallace came to my door and opened my cell door. When I noticed that Sgt. Wallace had opened my cell door without using the security bar on the door as is procedure of protocol in the security housing unit (S.H.U.) I knew that something was not right. Sgt. Wallace then told me that he wanted to search my cell. At the time Sgt. Wallace came to my cell I was shaving my head, and I had my razor on the food tray shelf. Sgt. Wallace then took my razor off the food tray shelf and put it the outside of the door. Sgt. W___ then told me to strip. I took off my clothes and handed them to S___ ___. Sgt. Wallace then told me to ___ around to be handcuffed, so ___ ___ search my cell. I had previous ___ with Sgt. Wallace, so I told ___ ___ that I wanted a Lieutenant present while he searched ___ ___. Sgt. Wallace told me that he ___ ___ calling the Lieutenant. I ___ ___ again that I wanted the Lieutenant

to be present. Sgt. Wallace the said, "I ain't playin no fuckin game with you" and he sprayed me in my face with mace and slammed my cell shut. Sgt. Wallace then told C/o Lombardi to open up the food flap. C/o Lombardi asked him, why? Sgt. Wallace told C/o Lombardi again to open the food flap at my cell. C/o Lombardi complied. When the food flap at my cell was opened, Sgt. Wallace proceeded to spray me in my face and all over my body with mace. At no time did I ever pose a threat to anyone, and the use of force was totally unnecessary. Sgt. Wallace emptied his can of mace into my cell. He closed the flap and called his buddies, Sgt. ___ and Sgt. Phillips. When they came back to my cell door I was completely naked and my eyes and skin were burning from being sprayed with the mace. They opened my cell door again. Sgt. Wallace told me to wrap something around me because I was still naked. I grabbed my green bath towel

CF6

Wallace then told me to turn around and back up to the door to be handcuffed. I complied. When I turned around with my back to the door, and placed my hands behind me to be handcuffed, Sgt. Wallace, Sgt. Stevenson, and Sgt. Phillips grabbed me, and snatch me out of my cell and threw me on the ground on my stomach and handcuffed me behind my back. At no time did I ever resist or struggle. Sgt. Wallace, Sgt. Stevenson, and Sgt. Phillips then proceeded to kick, punch, and stomp on me while I was handcuffed behind my back laying on the floor. This as took place while other officers looked in disbelief. They couldn't even understand why this was happening to me. Wallace, Sgt. Stevenson and Phillips then picked me up off the floor and walked me to bldg #20 and put me in a cell. Then Nurse Kera came to the cell with Sgt. Stevenson and Sgt. Nurse Kera proceeded to pour cartons of milk over my head and face to get the mace out

eyes. I told Nurse Kera that [I had] been assaulted and I was in need of medical treatment. I also told Nurse Kera, that I wanted her to document all of my injuries. Nurse Kera then looked at my arm and said you'll be alright just don't move around. Once again I asked Nurse Kera to document all of my injuries. She refused. I then told Nurse Kera to call mental health because I was going to kill myself. Nurse Kera, said, I don't care go ahead. Lieutenant Yoder came to the cage, and I told him that I had just been assaulted by officers, and Lieutenant Yoder said you look o.k. to me. I was taken to bldg #18 and put in hole, and I was told that I['d] be there for 15 days. I k[new] the[ir] intentions were to keep [me in the] hole until all of my injuries w[ere] no longer visible. When I realized [that] I would'nt get any help on the [first] shift. I waited until the [shift] changed and I asked to sp[eak to] the Lieutenant. It was obvious the first shift had passed on

5 of

that I was not to be seen. When I realized that no one was going to help me, I ~~tied~~ tied my sheet onto the light fixture and attempted to hang myself. When the officers in bldg-15 saw me hanging from the ceiling, Sgt. Carpenter stood outside my door with approx. six other officers. She then open my door, and instead of ordering the officers to come to my aide, she sprayed me in my face with mace. I was then seen by Nurse Holly, and Nurse Holly told Lieutenant Rispoli to take all of my sheets and matress. Once again I was in my cell completely naked. ?? later I was sent to the infirmary and placed on suicide watch. ?? reached the infirmary, Nurse Ha Holwerda, documented all of injuries I had sustained dur assault. The next day, Nurse came to my cell and docume.   My injuries again. My injuries con of, a swollen eye, swollen j??    wo busted and lacerated lips, thr? teeth on the bottom, two loose on top, bruises on my arms

front shoulders bruised, swollen head [...] bruised shoulders top and back, cut under left eye, and scraped and bru[ised ...]. The next day, Monday, Oct. 11, 04 I [was] seen by dr. Rogers. ~~The~~ As a result of this entire incident, I filed a grievance and wrote letters to Warden Car[roll] and Deputy Warden Burris. I also filed a medical grievance in regards to Nurse Kera neglecting her duties and attempting to cover up the actions of these officers.

It is also to be noted: That the officers that witnessed the assault were c/o Turner, c/o Lombardi and c/o B[os]ton. See their reports. At no time [was I] the aggressor and at no time d[id I eve]r physically resist.

It is also to be noted: That Nurse Brenda Holwerda and Nurse E[...] the shift commander and told [...] all of my injuries needed to be [...]phed. Also, LT. Snipes was notified, Burton was notified, LT. Endre[...] notified, LT. Scarb[orough] was no[tified], Capt. Merson[...] was notified. Also filed a grievance [r]equest all of my injuries be photogr[aphed, n]o one ever came to photograph [...]



# Infirmary Intake Form

## Nursing Assessment Protocol
Use Progress Notes for Additional Documentation

Inmate Name: BRAITHWAITE, KEVIN
Number: 315294  Date Of Birth: 9-27-62
Gender: M  Facility: DCC
Allergies: NKDA

Date: 10/10/04  Time: 0010
Medications: See MAR
Medications: See MAR
Appearance: ☒ No Distress  ☐ Minimal Distress  ☐ Acute Distress

**SUBJECTIVE:** Chief Complaint: ④ rib pain, attempt to "hang" self

Symptoms:
- ☐ Delayed Verbal Response   ☐ Delayed Motor Response   ☐ Bleeding / Bruising Behind Ears
- ☐ Uncoordinated Movement    ☐ Confusion                ☐ Lack of Attention     ☐ Memory Loss
- ☐ Vision Changes            ☐ Loss of Balance          ☐ Headaches             ☐ Drowsiness
- ☐ Pain: Where: ____  Scale 1 2 3 4 5   ☐ Decreased LOC   ☐ Seizures

**OBJECTIVE:**
Temp: ___  Pulse: 93  Resp: 18  B/P: 149/98  Pulse Ox: ___  WT: ___  Finger Stick: ___

☐ Evidence of trauma
  Head: ___
  Torso: ecchymosis on back
  Extremities: ___

Mark and Describe on Diagram

Legend:
A....Abrasion
B....Bruise
C....Raccoon's Eyes
L....Laceration
R....Rash
O....Other

☐ Wounds
  Head: ∅ open
  Torso: wounds
  Extremities: noted

☐ Deformities
  Head: none
  Torso: ___
  Extremities: ___

**ASSESSMENT:**
  ☐ Critical – Immediate Referral Local Emergency Department
  ☒ Stable – may house in infirmary
  ☐ Other: ___

Nurse's Signature and Stamp: Brenda Holwerda RN   Time: 10-10-04

First Correctional Medical, Inc. – Proprietary Information. Sept 2001/Revised 9/02



## NFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Braithwaite, Kevin    NUMBER: 315294

| DATE | TIME | NOTES |
|---|---|---|
| 9/04 | 0010 | Received inmate to Infirmary. S- "Hey, Brenda, I need pictures taken of my injuries." O- Upper & lower lips c̄ noted abrasions. ® posterior back c̄ noted ecchymosis noted, ø open areas noted. V.S.: WNL, neuro WNL. A- Alt in conflict / coping skills P- Maintain Level III and monitor. ——— B Holwerda R |
| /10 | 0900 | S nonverbal O lying on flr c̄ eyes closed respirations non labored c̄ no s/s of distress noted. A Alterations in conflict / coping skills level II P continue c̄ plans of care ——— D Holwerda RN |
| 11/04 | 0450 | S "Would you please take a look @ my injuries and write them down?" O- Sclera of left eye c̄ blood visible. Ecchymosis noted on posterior tibia bilaterally. Area on ® tibia approximately 3cm by 5cm Ⓛ tibia 3cm by 3cms. Ecchymosis noted on upper back. Ecchymosis on left bicep measuring approximately 5cm by 5cm. I/M states upper 3 teeth are loose, states 3 lower teeth are loose. Abrasions c̄ swelling noted on both upper and lower lip. I/M states ribs are sore. A Pain P Continue c̄ plan of care ——— Ellen M Hale RN |



# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Braithweite Kevin  NUMBER: 315294

| DATE | TIME | NOTES |
|---|---|---|
| 10/11/04 | 0615 | (S) "Did you include the information about my left jaw and right arm in your report"  (O) "M" o left mandible area appears slightly swollen compared to right. Area on right upper arm has abrasion measuring approximately 6cm by 4cm.  (A) Alteration in comfort  (P) Continue c plan of care. Medicate per MD - Elle Turle RN |
| 10/11/04 | Nz Doc 1130 | BP at 0330 this AM 200/89 Now Repeat BP from 2 Nurses. Also Meds Out of Date. Dr. Rodgers here + aware (D) alt compliance ↓ cur encourage compliance M Dennsh |
| 10/11/04 | | pt. seen + examined from over @ the SHU pt refusing to take BP meds. Now pt in infirmary + refusing to have BP taken too.  I/M did allow NSG to take BP while I was present. BP = 165/101  c/o rib pain/soreness only.  Heart - RRR NOM    Lungs - CTA b/L  Neck - ∅ bruits    Chest - (L) sided rib [...]  EXT - bruising (D)UE  Back - (R) upper bruising, superficial lac [...]  Mouth - bottom lip swollen, bruising  A/P: 1. S/P ART'ed - Rib pain, Bruising, swelling  2. HTN - uncontrolled, noncomplia[nt]  Δ BP med doses & freq, Motrin PRN  encourage pt to take meds + be compliant  cont to monitor |