

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
LEGAL SERVICES ADMINISTRATOR
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6687

**MEMORANDUM**

To:     Kevin C. Brathwaite, SBI# 315294

From:   Cathy Malay, Administrative Specialist I     *Cathy Malay*

Date:   December 6, 2004

Re:     Your letter dated Dec. 5, 2004

---

In response to your letter dated Dec. 5, 2004, your appeal on DR# 1013422 was denied by Mr. Rendina. Your sanction is to be upheld. I am enclosing a copy of his final decision for your records.


Enclosure: Hearing Decision
CM/cm
File

(Exhibit - D)