DR# 1013422

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
Phone No. 302-653-9261

Date: 12/06/2004

| | |
|---|---|
| Inmate : Brathwaite, Kevin C | SBI#: 00315294   Type: Class 1 |
| Institution: DCC Delaware Correctional Center | Hearing Date: 10/20/2004   Time: 13:22 |

## MEMORANDUM

To : Brathwaite, Kevin C

From : Chief, Bureau of Prisons

RE : APPEAL DECISION

1. **Isolated Confinement**

   Your appeal                              [ ] Accepted    [X] Denied

   The decision of hearing            [X] Affirmed    [ ] Reversed    [ ] Remanded for further proceedings

   The sanction imposed by hearing officer will  [X] Remain as imposed by the Hearing Officer  [ ] Reduced

   The basis of this decision is as follows :
   Despite your claims, the record shows that you did receive a preliminary hearing, you were given at least 24 hours notice before the disciplinary hearing, and you were allowed to make a statement. Your allegations of lies and conspiracy are not supported and your appeal does not contain any substantial information that would warrant any change in the Hearing Officer's decision.

Reviewing Officer: _____         Offender: _____
Rendina, Anthony J                                                          Brathwaite, Kevin C
(L5/Director Special Programs)

(Exhibit-E)

Page 1 of 1