| DR# 1015502 | DCC Delaware Correctional Center Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | Date: 10/05/2005 |
|---|---|---|
| Inmate : Brathwaite, Kevin C | SBI#: 00315294 | Type: Class 1 |
| Institution: DCC Delaware Correctional Center | Hearing Date: 01/25/2005 | Time: 11:20 |

# MEMORANDUM

To : Brathwaite, Kevin C

From : Chief, Bureau of Prisons

RE : APPEAL DECISION

1. **Confinement to Quarter**

   Your appeal                        [ ] Accepted    [X] Denied

   The decision of hearing            [X] Affirmed    [ ] Reversed    [ ] Remanded for further proceedings

   The sanction imposed by hearing officer will   [X] Remain as imposed by the Hearing Officer   [ ] Reduced

   The basis of this decision is as follows :
   The reports suport the guilt. The reports of the hearing process support and show service of prelim. by Lt Heverin. You present no evidence to support a change. {SLD}

   ~~This report has been reviewed by Rendina, Anthony J~~

   Date Reviewed 10/05/2005

(Exhibit - F)