| DR# 1015568 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | Date: 09/27/2005 |
|---|---|---|

17

| Inmate : Brathwaite, Kevin C | SBI#: 00315294 | Type: Class 1 |
|---|---|---|
| Institution: DCC Delaware Correctional Center | Hearing Date: 01/25/2005 | Time: 11:20 |

## MEMORANDUM

To   : Brathwaite, Kevin C

From : Chief, Bureau of Prisons

RE   : APPEAL DECISION

1. **Loss of All Privileges**

   Your appeal                [ ]   Accepted        [X]   Denied

   The decision of hearing    [X]   Affirmed        [ ]   Reversed    [ ]   Remanded for further proceedings

   The sanction imposed by hearing officer will    [X]   Remain as imposed by the Hearing Officer   [ ]   Reduced

   The basis of this decision is as follows :
   The reports suport the guilt. You admit to refusal .Medical is responsible at intervals to continue to provide treatment and update refusals accordingly. You present no evidence to warrant a change. SLD}

This report has been reviewed by Rendina, Anthony J.

Date Reviewed 09/27/2005

(Exhibit - G)

Page 1 of 1