| | | |
|---|---|---|
| DR# 1015502 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | Date: 10/12/2005 |

Inmate : Brathwaite, Kevin C   SBI#: 00315294   Type: Class 1

Institution: DCC  Delaware Correctional Center   Hearing Date: 01/25/2005   Time: 11:20

# MEMORANDUM

To : Brathwaite, Kevin C

From : Chief, Bureau of Prisons

RE : APPEAL DECISION

1. **Confinement to Quarter**

   Your appeal                                    [ ]   Accepted      [X]   Denied

   The decision of hearing             [X]   Affirmed      [ ]   Reversed      [ ]   Remanded for further proceedings

   The sanction imposed by hearing officer will   [X]   Remain as imposed by the Hearing Officer   [ ]   Reduced

The basis of this decision is as follows :
The reports suport the guilt. The reports of the hearing process support and show although not in door log you did have service of prelim. by Lt Heverin. You present no evidence to support a change. {SLD}

Date Reviewed **10/05/2005**

(Exhibit - H)