| | | |
|---|---|---|
| DR# 1015361 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | Date: 10/12/2005 |

BL8

Inmate : Brathwaite, Kevin C    SBI#: 00315294    Type: Class 1

Institution: DCC Delaware Correctional Center    Hearing Date: 02/09/2005    Time: 13:37

## MEMORANDUM

To    : Brathwaite, Kevin C
From : Chief, Bureau of Prisons
RE    : APPEAL DECISION

1. **Isolated Confinement**

   Your appeal                                    [ ]   Accepted    [X]   Denied

   The decision of hearing                 [X]   Affirmed    [ ]   Reversed    [ ]   Remanded for further proceedings

   The sanction imposed by hearing officer will   [X]   Remain as imposed by the Hearing Officer   [ ]   Reduced

   The basis of this decision is as follows :
   The rreports support the guilt. Your appeal contain only admission of the violation and nothing stating your not guilty. You present no information to warrant a change. {SLD}

Date Reviewed **10/12/2005**

(Exhibit - I)