| DR# 1015727 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | Date: 10/11/2005 |
|---|---|---|
| Inmate : Brathwaite, Kevin C | | SBI#: 00315294   Type: Class 1 |
| Institution: DCC Delaware Correctional Center | | Hearing Date: 03/22/2005   Time: 15:00 |

# MEMORANDUM

To : Brathwaite, Kevin C

From : Chief, Bureau of Prisons

RE : APPEAL DECISION

1. **Loss of All Privileges**

   Your appeal                         [ ]  Accepted     [X]  Denied

   The decision of hearing             [X]  Affirmed     [ ]  Reversed   [ ]  Remanded for further proceedings

   The sanction imposed by hearing officer will  [X]  Remain as imposed by the Hearing Officer  [ ]  Reduced

   The basis of this decision is as follows :
   The reports support the guilt. Your appeal contains nothing to show not guilty., You just adress the fact you were not seen doing it. You provide no evidence to suport a change. {SLD}

Date Reviewed **10/11/2005**

(Exhibit - J)