| DR# 1016834 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | Date: 09/19/2005 |
|---|---|---|

| Inmate: Brathwaite, Kevin C | SBI#: 00315294 | Type: Class 1 |
|---|---|---|
| Institution: DCC Delaware Correctional Center | Hearing Date: 05/09/2005 | Time: 12:58 |

## MEMORANDUM

To : Brathwaite, Kevin C

From : Chief, Bureau of Prisons

RE : APPEAL DECISION

1. Confinement to Quarter

   Your appeal  [ ] Accepted  [X] Denied

   The decision of hearing  [X] Affirmed  [ ] Reversed  [ ] Remanded for further proceedings

   The sanction imposed by hearing officer will  [X] Remain as imposed by the Hearing Officer  [ ] Reduced

   The basis of this decision is as follows :
   The reports support the guilt. In your appeal you admit to inappropiate dress and excuse it by saying you had been doing it. The reports supports that when asked to give tray you refused and asked for LT> to be called. You provide nothing to warrant a change. SLD}

This report has been reviewed by Rendina, Anthony J

Date Reviewed 09/19/2005

RECEIVED
SEP 2 2 2005
HEARING OFFICE CLERK

(Exhibit - K)