DCC Delaware Correctional Center    Date: 11/05/2004
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

 Inmate Copy

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC |
| **Grievance #** : 8379 | **Grievance Date** : 10/22/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 10/22/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D/Infirmary, Tier D, Cell 191, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On or about 10/22/04 and 10/23/04 i was waken up by 4 officers standing at my door. I was told to come to the door and turn around to be cuffed for a shakedown. I complied. These Officers entered my cell and started striking me with forearms and punches to the chest and stomach. Only 3 of 4 officers took part in the assault. I recognized one officer as Lt. Rispolli. He said , you think you're so smart? You ain't so smart, you're just as dumb as the rest of these spooks. After this assault, these officers left through the back door.

**Remedy Requested** : That this matter be investigated and that it be passed on to the statebpolice and prosecutors office.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Henry, Janice |
| **Grievance Amount :** | |

(Exhibit - M)