DCC - Delaware Correctional Center   Date: 12/28/2004
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: BRATHWAITE, KEVIN C | **SBI#**: 00315294 | **Institution**: DCC |
| **Grievance #**: 9953 | **Grievance Date**: 12/09/2004 | **Category**: Individual |
| **Status**: Unresolved | **Resolution Status**: | **Resol. Date**: |
| **Grievance Type**: Staff Issues | **Incident Date**: 12/09/2004 | **Incident Time**: 10:15 |
| **IGC**: Merson, Lise M | **Housing Location**: Bldg D/Infirmary, Tier D, Cell 191, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Sgt Phillips and Sgt. Stevenson were exiting the informary through the back door. They stopped at my cell door and stated, why don't you come back to the SHU you pussy, all you do is cry like a bitch. It is to be noted that these two Sgt's. assaulted me while I was handcuffed on 10/9/04.

**Remedy Requested:** That this incident be investigated.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance**: NO    **Date Received by Medical Unit**:
**Investigation Sent**:    **Investigation Sent To**: Henry, Janice
**Grievance Amount**:

(Exhibit - N)