April, 25th, 06

To: Peter Dalleo, Clerk

From: Kevin C. Brathwaite

RE: Courts order dated 3-29-06

Dear MR. Dalleo,

I received A notice from your office today directing me to correct the discrepancies in the court ordered Amended Complaint that I filed dated 4-4-06. I do not understand the discrepancies. Would you please explain?

Thank you for your time and attention to this matter.

FILED

APR 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Sincerely



IM: Kevin C. Braithwaite

SBI# 315294  UNIT

**DELAWARE CORRECTIONAL CENTER**

**1181 PADDOCK ROAD**

**SMYRNA, DELAWARE 19977**

WILMINGTON DE 197

26 APR 2006 PM

$ 00.39⁰

02 1P
0002386401  APR 26 2006
MAILED FROM ZIP CODE 19977

Peter Dalleo, Clerk
U.S. District Court
office of the clerk
844 N. King St
Wilmington De-
19801