IN THE United States District Court
District of Delaware

Kevin C. Brathwaite,
    Plaintiff

V.                    C.A. #04-1542-G.M.S.

Thomas Carroll
C/O V. Dunn
    Defendants



FILED
MAY -1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned

## Amended Complaint

For his Amended Complaint Against defendant, C/O V. Dunn per Courts order dated 3-29-06, Plaintiff, Kevin C. Brathwaite states the following:

## Cause of Action

1. Plaintiff, Kevin C. Brathwaite filed his original complaint in December, 2004.

2. IN March, 2005 this Complaint was Amended to include C/O V. Dunn as a defendant

3. On or about November, 4th, 2005 c/o V. Dunn was served by The U.S. Marshals office.

4. In April, 2005, this plaintiff received a court order dated March, 29th, 2006 "permitting him to amend this claim to allege with more particularity, the incident that occurred on December, 15th, 2004."

## STATEMENT OF CLAIM

On December, 15th, 2004 while being housed in the infirmary at the Delaware Correctional Center, Plaintiff, Kevin C. Brathwaite was assaulted with a dangerous weapon by c/o V. Dunn. After this assault took place, this plaintiff attempted to file a grievance to exhaust his administrative remedies, and was told that he was not allowed to file a grievance. c/o V. Dunn, violated this plaintiffs constitutional right to be free from cruel and unusual punishment, by assaulting him with a dangerous weapon

## AFFIDAVIT

I Kevin C. Brathwaite, states that the following is true and correct.

On December, 15th, 2004 while being housed in the infirmary at the Delaware Correctional Center, c/o V. Dunn, came to my cell and sprayed me in my face with mace while I laid on my mattress sound asleep. The area lieutent was notified by officer Ebwelle, and LT. Wallach, responded to the infirmary with two other officers and I was taken out of my cell and escorted to the shower to wash the mace from my face and body. While I was in the shower I was examined by Nurse Jamilla. I was then told by LT. Wallach, that I could not be returned to my cell because the cell was saturated with mace and the cell had to be secured until the next

MORNING. I was taken out of the shower and escorted to a different cell. The next day the internal affairs officer came to the infirmary and took pictures of the cell that was saturated with mace and interviewed witnesses. I filed a grievance regarding this matter and once again my grievance was ignored. And Grievance officer Merson wrote on the back of the grievance, that I was not allowed to file a grievance.

_____
Signature

Timothy J. Mast
Notary
my Commission expires: June 14, 2006

DATE: 26th April 2006

Wherefore, this plaintiff, Kevin C. Brathwaite, respectfully request the following relief:

A. That this honorable court enter a judgement for the plaintiff against this defendant for damages both punitive and actual, in an amount to be proven at trial.

B. For such other and further relief that this court deems appropriate under the circumstances.

### Jury demand

Kevin C. Brathwaite, demands a trial by jury of any issues triable of right by jury.

*Kevin C. Brathwaite*

dated: April, 27th 2006

Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the enclosed amemded complaint to be mailed to the following party, by way of U.S. Postal Service

Ophelia M. Waters, Esq
Atty Gen office
820 N. French St
Wilmington De.
19801

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
19977

dated: 4-28-06

Kevin C. Brathwaite
SBI# 315294  UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter Dalleo, Clerk
U.S. District Court
844 N. King St.
Wilmington DE.
19801

Legal MAIL