August, 20th, 2006

TO: Peter Dalleo, Clerk

From: Kevin C. Brathwaite

RE: Motion to dismiss decision
    04-1542 - G.M.S.

Dear Mr. Dalleo,

My daughter called your office to inquire as to if a decision had been rendered regarding the defendants motion to dismiss. She was told that a decision had in fact been rendered last month. I never received notification from the court regarding this decision. So if a decision has indeed been rendered, would you please send me a copy of the courts order.

Thank you for your time and attention to this matter.

Sincerely

[signature]



IM Kevin C. Brathwaite
SBI# 315294  UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter Dalleo, Clerk
U.S. District Court
844 N. King St. Lockbox-18
Wilmington DE
19801-3570