IN THE United States District Court
District of Delaware

Kevin C. Brathwaite
    Plaintiff

V.

C.A. #04-1542-G.M.S.

Robert Wallace, et.al
    Defendants

Jury trial demaned



FILED
SEP 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Renewal of Motion for Appointment of Counsel

Comes Now, the Plaintiff, Kevin C. Brathwaite, Pro se. And moves this honorable court for appointment of counsel to represent Plaintiff. To support this motion, this Plaintiff offers the following:

1. On or about March, 30th, 2006 this Plaintiff filed a motion for Appointment of Counsel.

2. This motion was denied without prejudice, with a

Notice that allowed this Plaintiff an opportunity to refile the motion after a ruling was made on the defendants motion to dismiss.

3. The defendants motion to dismiss was granted in part and also denied in part, leaving four remaining defendants.

4. This Plaintiff is incarcerated.

5. This Plaintiff is unskilled in civil law.

6. This Plaintiff is locked in his cell twenty four (24) hours per day.

7. The Administration at the Delaware Correctional Center where this Plaintiff is being held limits the access that this Plaintiff has to the Courts and to the law library.

8. This Plaintiff CAN prove every allegation made in his complaint if he is given the proper opportunity to depose the necessary witnesses, which can only be accomplished with the assistance of counsel.

9. The next stages of this case is becoming too complex for this Plaintiff to understand how to proceed.

10. This case has arguable merit in fact and law.

11. Appointment of counsel would serve the best interest of justice.

Wherefore, this Plaintiff prays that this honorable Court appoint counsel to represent him.

DATE: Sept, 9th 2006

Kevin C. Brathwaite
1181 Paddock Rd.

Kevin C. Brathwaite
SBI# 315294  UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Peter Dalleo, Clerk
U.S. District Court  Lockbox-18
844 N. King St
Wilmington DE.
  19801