IN THE United States Distric Cou[rt]
District of Delaware

Kevin C. Brathwaite
    Plaintiff

V.                                          C.A.#04-1542-G.M.S.

Robert Wallace, et. al         Jury trial demanded
    Defendants

FILED
SEP 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>Plaintiff's response to the defendants answer and defenses Carpenter, Wallace, Stevenson and Rispoli.</u>

Now comes the plaintiff, Kevin C. Brathwaite, responding to the defendants answer and defenses.
  To support this motion, this plaintiff offers the following:

1. This plaintiff can prove that every single statement and allegation made in his complaint is 100% factual.

2. IN the defendants answer they continuously lied and blew smoke screens in an attempt to manipulate the court.

3. Every single paragraph in the defendants answer is a blatant lie, and these defendants just show there clear disregard for the viscious assault that took place.

4. The medical reports, witnesses to the assaults statements and testimony cannot be disputed.

5. Through ten (10) years of incarceration this plaintiff has no history of violence.

6. The defendants employment records will show a pattern of assaults upon inmates and conspiracies to cover up their misdeeds.

7. The only way the facts of this case can be proven is if this Plaintiff is granted a trial in this matter so that he can properly present his evidence and testimony by witnesses that were present throughout the entire incident.

Wherefore, this Plaintiff demands that this case be sent to trial and that all relief requested be granted.

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna De.
19977

Dated: Sept, 9th, 2006

## Certificate of Mailing

I Kevin C. Brathwaite, states that I have caused copies of the enclosed Motion to renew motion to appoint counsel and the plaintiffs response to the defendants answer and defenses, to the following parties

Ophelia Waters
Atty Gen Office
820 N. French St
Wilmington De.
19977

Kevin C. Brathwaite
1181 Paddock Rd
Smyrna De
19977

dated: Sept 9th, 2006