IN THE United States District Court
District of Delaware

Kevin C. Brathwaite
    Plaintiff

V.                              CA.# 04-1542-G.M.S

Robert Wallace, et. al     Jury Trial demanded
    Defendants

RD scanned

OCT 24 2006

## Motion to Expidite Proceedings

Comes Now, The Plaintiff, Kevin C. Brathwaite, Pro Se. And Moves this honorable Court for action to Expidite Proceedings.
  To Support this Motion, this Plaintiff offers the following:

1. This Plaintiff has been Suffering from the injuries that resulted from the assault that took place over two years ago, on October, 9th, 2004

2. Over the past two years this plaintiff has made numerous attempts to have his injuries corrected and properly treated.

3. The plaintiff has been told that he is in need of a root canal to correct the damage to his front teeth, which was caused by the assault that took place October, 9th, 2004.

4. The plaintiff was told that the only way he could get a root canal was that if it was approved by the department of Corrections.

5. This plaintiff was seen by the dentist on June, 5th, 2006 and was told that the injury had gone untreated for so long that it has developed an infection.

6. On Sept, 25th, 2006 the plaintiff was seen by the dentist and told that the infection on the front teeth still exist, but authorization for

The root canal still has'nt been granted.

7. As a result of this assault, this plaintiffs fillings have been damaged.

8. This plaintiff is continuosly being told that he is on a waiting list for fillings

9. It's been two years and still this plaintiff has not been treated. He has filed numerous grievances to address these matters and all grievances have been ignored. (See attached exhibits.)

Wherefore, this plaintiff prays that this honorable court expidite these proceedings.

Dated: Oct, 18th, 2006

Kevin C. Brathwaite
1181 Paddock Rd
Smyrna DE.
19977

Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the attached motion to expidite proceedings, to the following party, by was of U.S. Postal Service.

Ophelia Waters, ESQ
Atty Gen Office
820 N. French St
Wilmingtow De.
19801

Kevin C. Brathwaite
1181 Paddock Rd
Smyrn DE
19977

DATE: OCT, 20th, 2006

