**EMERGENCY GRIEVANCE**

FORM #585

**7th REQUEST**

MEDICAL GRIEVANCE

FACILITY: D.C.C.
INMATE'S NAME: Kevin Brathwaite
HOUSING UNIT: S.H.U.

DATE SUBMITTED: 6-18-06
SBI#: 315294
CASE #: 50183

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: Oct, 9th, 2004 thru June, 2006

TYPE OF MEDICAL PROBLEM:

The injury I sustained on Oct, 9th, 2004 as a result of being assaulted by officers while I was handcuffed and shackled, has developed a serious infection and is in need of immediate attention.

GRIEVANT'S SIGNATURE: [signature]
DATE: 6-18-06

ACTION REQUESTED BY GRIEVANT: That I receive a root canal on my injured infected front tooth

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

RECEIVED
JUN 22 2006
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

    ____ Disciplinary Action     ____ Parole Decision     ____ Classification Action

____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

✓ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # 38484

____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

HEARING WAS HELD 6-3-06

_____             7-3-06
Inmate Grievance Chairperson            Date

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/11/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC |
| **Grievance #** : 38424 | **Grievance Date** : 04/19/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 04/19/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 17, Lower, Tier B, Cell 8, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I have submitted six sick call slips and I still haven't bee seen. (Dental)

**Remedy Requested** : That I be seen by dental ASAP.

*[handwritten annotation: NOT entire complaint]*

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 05/11/2006 |
| **Investigation Sent** : 05/11/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount** : | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/11/2006

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC |
| **Grievance #** : 38424 | **Grievance Date** : 04/19/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status:** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/19/2006 | **Incident Time:** |
| **IGC** : Merson, Lise M | **Housing Location:** Bldg 17, Lower, Tier B, Cell 8, Single | |

## INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah          **Date of Report** 05/11/2006

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

Page 2 of 2

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/30/2006

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BRATHWAITE, KEVIN C | SBI# : 00315294 | Institution : DCC |
| Grievance # : 38424 | Grievance Date : 04/19/2006 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/19/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 17, Lower, Tier B, Cell 8, Single | |

## MGC

Date Received : 06/02/2006    Date of Recommendation: 06/30/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Uphold |
| Staff | | Branch, Adriene | Uphold |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

Uphold : 2    Deny : 0    Abstain : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 6/30/2006.
Uphold - Will notify dental about this issue.
S. Sergeant RN- uphold
Inmate supplied with an appeal form. Appeal due Friday 7 July 2006.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/20/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC |
| **Grievance #** : 46948 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 17, Lower, Tier B, Cell 8, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: My front teeth have developed an infection and the dentist told me that I need a root canal which can only be approved by the DOC.

**Remedy Requested** : That I be given a root canal to properly treat the infection in my teeth.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES  **Date Received by Medical Unit :** 06/20/2006
**Investigation Sent :** 06/20/2006  **Investigation Sent To** : Rodweller, Deborah
**Grievance Amount :**

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/20/2006

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BRATHWAITE, KEVIN C | **SBI# :** 00315294 | **Institution :** DCC |
| **Grievance # :** 46948 | **Grievance Date :** 06/08/2006 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 06/08/2006 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single | |

### INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah            **Date of Report** 06/20/2006

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:** _____

**Date**              : _____

**Witness (Officer)** : _____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/20/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC |
| **Grievance #** : 46949 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 17, Lower, Tier B, Cell 8, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I was told today that I would have to wait many months to have three teeth filled. If I have to wait that long, then by the time I am called for fillings the teeth will be even more decayed.

**Remedy Requested** : That I get dental treatment ASAP.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 06/20/2006 |
| **Investigation Sent** : 06/20/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount** : | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/20/2006

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC |
| **Grievance #** : 46949 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single | |

## INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah    **Date of Report** 06/20/2006

**Investigation Report :**

**Reason for Referring:**

Offender's Signature:_____

Date            :_____

Witness (Officer)    :_____

Page 2 of 2