# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Kevin Brathwaite, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 04-1542-GMS |
| | ) |
| Thomas Carroll, Warden, et al., | )    Trial by Jury Demanded |
| | ) |
|     Defendants. | ) |

## STATE DEFENDANT'S MOTION TO DISMISS

State Defendant by and through undersigned counsel, hereby moves this Honorable Court to enter an order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12 (b) (6) for failure to state a claim upon which relief can be granted. In support of this motion, State defendant presents a *Memorandum of Points and Authorities in Support of Her Motion to Dismiss* filed simultaneously herewith.

                                      STATE OF DELAWARE
                                      DEPARTMENT OF JUSTICE

                                      /s/ Ophelia M. Waters
                                      Ophelia M. Waters, I.D. #3879
                                      Deputy Attorney General
                                      820 North French Street, 6th Floor
                                      Wilmington, Delaware 19801
                                      (302) 577-8400
                                      ophelia.waters@state.de.us
                                      Counsel for State Defendant

Dated: October 30, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Kevin Brathwaite, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Thomas Carroll, Warden et al., )<br>)<br>    Defendants. ) | C.A. No. 04-1542-GMS<br><br>Trial by Jury Demanded |

## **ORDER**

**AND NOW**, this _____ day of _____, 200__, *State Defendant Violet Dunn's Motion To Dismiss* in the above-captioned matter having been duly considered, and any opposition thereto, is granted; and,

**IT IS ORDERED** that judgment be and is hereby entered against Plaintiff and in favor of the State Defendant.

_____
The Honorable Gregory M. Sleet, Judge
United States District Court

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on October 30, 2006 she caused the attached *State Defendant Violet Dunn's Motion to Dismiss* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Kevin C. Brathwaite, Inmate
SBI #315294
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

_✓_ Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
ophelia.waters@state.de.us