IN THE United States District Court
District of Delaware

KEVIN C. BRATHWAITE
       PLAINTIFF

V.                                C.A. No. 04-1542-G.M.S.

THOMAS CARROLL, et al
       DEFENDANTS

FILED
JAN 30 2007

## Motion For Discovery

Comes Now, The Plaintiff, Kevin C. Brathwaite, to request that this honorable court order the defendants to turn over the following items for discovery.

1. Any and all information regarding previous assaults on inmates that is in the employment files of all defendants.

2. All incident reports filed by the Nine (9) officers that

responded to building #17 cell-U-8 on October, 9th, 2004 at 9:00 A.M when they were responding to the false emergency.

3. The policies and procedures of protocol when an inmates cell door is opened in the security housing unit (S-H-U) for the inmate to be taken out of his cell.

4. Incident reports filed by all officers that worked in building #17 on October, 9th, 2004. On the 8-4 shift.

5. The policies and procedures of protocol when spraying an inmate with Mace when the inmate is already secured in his cell.

6. A copy of the statements given by inmate Gerron Lindsey on December, 16th, 2004 and January, 9th, 2005

7. Copies of the log book entries that shows that this plaintiff was strip searched and his cell thoroughly searched two (2) hours prior to the assault that took place on December, 15th, 2004.

This plaintiff prays that this honorable court will order these defendants to supply him with this discovery.



Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
19977

Dated: January, 24th, 2007

IM Kevin C. Brathwaite
SBI# 315294 UNIT ____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
Office of the Clerk
844 N. King St. Lock box - 18
Wilmington DE
19801

U.S.M.S
K.B.

MAILED FROM ZIP CODE 19977
JAN 29 2007
$00.630