IN THE UNITED STATES DISTRICT COURT
District of Delaware

KEVIN C. BRATHWAITE
    PLAINTIFF

V.     C.A. No. 04-1542-G.M.S.

Thomas Carroll, et.al
    DEFENDANTS

FILED
JAN 30 2007

## Motion for Depositions

Now comes, the Plaintiff, Kevin C. Brathwaite, requesting that this honorable court order depositions to be taken on the following individuals.

All of these individuals are employed by the Department of Correction, and are assigned to the Delaware Correctional Center, (D.C.C.).

1. C/O Lombardi

2. C/O Turner

3. C/O Troxler

4. SGT. Boston

5. C/O Dodoto

6. C/O Vernon

7. CPL. Burton

8. LT. Savage

These depositions are necessary for the sole purpose of seeking justice.

Kevin C. Brathwaite

Dated: January, 24th, 2007

## Certificate of Service

I Kevin C. Brathwaite, states that I have caused copies of the enclosed Motion for discovery and Motion for depositions to be mailed to the following party by way of U.S. Postal Service.

Ophelia Waters, ESQ
Atty Gen Office
820 N. French St
Wilmington DE.
19801

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
19977

IM/Kevin C. Brathwaite
SBI# 315294 UNIT ____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
Office of the Clerk
844 N. King St. Lock box - 18
Wilmington DE
1980