IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Kevin Brathwaite, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1542-GMS |
| | ) | |
| Robert Wallace, et al., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WHEREAS,** Defendants having requested a motion for protective order pursuant to Federal Rule of Civil Procedure 26; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, this _____ day of _____, 2007, that Defendants' Motion for Protective Order is granted. Defendants shall respond to interrogatories or requests for admission properly filed by Plaintiff within the discovery period previously set forth by this Court's scheduling order.

_____
Gregory M. Sleet
United States District Judge