IN THE United States District Court
District of Delaware

Kevin C. Brathwaite
    Plaintiff

V.                              C.A. No. 04-1542-G.M.S.

Thomas Carroll, et-Al
    Defendants

FILED
FEB -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Amendment to the Motion for Discovery

Now Comes, The Plaintiff, Kevin C. Brathwaite, to Amend the Motion for Discovery to include the following items:

1. The transcripts of the deposition that deputy Attorney general, Eileen Kelly, took on Gerron Lindsey.

This Plaintiff prays that this honorable Court will order these defendants to supply him with this discovery.

*(signature)*

Kevin C. Brathwaite
1181 Paddock Rd
Smyrna DE
19977

Dated: February, 2nd, 2007

Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the enclosed <u>Amendment to the Motion for discovery</u> to be mailed to the following party by way of the U.S. Postal Service.

Ophelia Waters, ESQ
Atty Gen office
820 N. French St
Wilmington DE.
19801

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
19977

INM Kevin C. Brathwaite
SBI# 315294 UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office of the clerk
U.S. District Court       Lockbox-18
844 N. King St.
Wilmington DE.
           19801-3570