# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Kevin Brathwaite, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1542-GMS |
| | ) | |
| Robert Wallace, et al., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

## ORDER

**WHEREAS,** Defendants having requested a motion for protective order pursuant to Federal Rule of Civil Procedure 26(c)(1); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, this _____ day of _____, 2007, that Defendants' Motion for Protective Order is granted.

 

_____
Gregory M. Sleet
United States District Judge