## INMATE HOUSING RULES FOR THE SECURITY HOUSING UNIT

    J. While using the telephone, inmate behavior will be controlled and monitored by the housing unit staff.

XIII. **FOOD SERVICE:** All meals are served in the cells.

    A. All cups, utensils, unconsumed food, and trays shall be returned to the kitchen upon completion of each meal and prior to any inmate movement. Possession of any such item, after a meal is not permitted and will be considered contraband.

    B. Throwing or abuse of any trays, food, etc., shall automatically result in referral for disciplinary action.

    C. No food item is permitted in any cell after a meal.

XIV. **HEADCOUNTS**

    A. Headcounts of the inmate population are conducted at various times during the day.

    B. When headcounts are being conducted, each inmate must be in his cell. All cell doors shall remain closed and secured.

XV. **GENERAL CONDUCT/RULES**

    A. Inmates shall follow the orders of staff at all times. Inmates shall not interfere with or distract staff from performing duties.

    B. Inmates may express their views in a non-disruptive and peaceful manner. Inflammatory speeches, expressing violence, and/or refusing to respond to an order will not be tolerated at any time and are reasons for disciplinary referral.

    C. Inmates shall be handcuffed and shackled whenever leaving their assigned area and escorted by correctional staff to any area which they are destined. Inmates shall be cuffed and un-cuffed with arms to the rear. Inmates must follow the staff's instruction

## INMATE HOUSING RULES FOR THE SECURITY HOUSING UNIT

for handcuffing and shackling process. When the inmate is out of the cell, the door shall be closed at all times. All cell lights shall be turned off at 2330 hours daily.

D. Shouting, horseplay, and/or other conduct disturbing to others shall not be permitted and are reasons for disciplinary referral. Respect for one another will be displayed at all times.

E. Television (determined by Quality of Life Level) (programming and/or entertainment purpose) shall be played within cells utilizing headphones.

F. Any inmate found to be altering or destroying state property or personal property will be referred for disciplinary action. State-issued items shall not be automatically replaced. Any inmate found to be altering personal property may lose the privilege to have personal property.

G. Assaultive or destructive behavior will result in immediate corrective action.

H. Inmates shall be searched whenever being removed or returned to assigned area or at the discretion of staff.

I. Empty containers (bottles, milk cartons, etc.) are not permitted in an inmate's cell.

J. Inmates are not permitted within any cell or tier other than that which is assigned.

K. When an inmate is notified to come out of his cell/area, he must do so immediately; or it will be considered a refusal.

L. All inmates shall become familiar with the Correctional Code of Penal Discipline. A copy is available for review within the Legal Reference Area and/or from the Unit Staff.

M. No inmates shall be allowed to pass anything from cell to cell or tier to tier.