ent  Wednesday  12-15-04  8x4
1501  P/H
1503  chow over
1507  H/c 3500  35/4  Count +14 6(π²/π²/6/8/c²/p/pr⁵)
1521  P/P
1538 Code Green
_____

1550  4-12 Shift  12-15-04 c/o w/Durn on duty

1601
1602*
1631
1635
1644
1655
1705

1720
Trans

1720
1725
1730
1824 In's Michael Keyser + Kevin Brauthate shook down.  1835
      Sgt. Berman  o/o Rones. ct/Dunn. No Contratal.
1840
1900
1911
1936
2000
0343

735
045
00