IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Kevin Brathwaite, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1542-GMS |
| | ) | |
| Marcello Rispoli, et al., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stuart B. Drowos on behalf of Defendants Marcello Rispoli, Robert Wallace, Matthew Stevenson, Stephanie Carpenter and Violet Dunn. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Stuart B. Drowos
        Stuart B. Drowos, ID# 427
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        302-577-8400
        stuart.drowos@state.de.us
        Attorney for State Defendants

Dated: March 2, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on March 2, 2007, she caused the attached *Entry of Appearance* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Kevin C. Brathwaite
SBI #315294
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___ One true copy by facsimile transmission to each recipient

_✓_ Two true copies by first class mail, postage prepaid, to each recipient

___ Two true copies by Federal Express

___ Two true copies by hand delivery to each recipient

/s/ Stuart B. Drowos
Stuart B. Drowos, I.D. #427
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
stuart.drowos@state.de.us