TO: PETER DALLEO, CLERK

FROM: KEVIN C. BRATHWAITE

RE: MOTIONS   C.A. NO. 04-1542-G.M.S.

DATE: MARCH, 1st, 2007

FILED
MAR - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

DEAR MR. DALLEO,
  I filed motions to renew request for appointment of counsel in November, 2006 and I filed a motion for depositions in January, 2007 and other motions. And the state filed a motion to oppose my motion for depositions, and proceeded to file their own motion for depositions. I filed my motions first, but the state had their motion for ~~discove~~ depositions granted on Feb, 28th, 2007. I don't understand how this can possibly be fair. I am the victim in this matter and I have suffered injuries that have resulted in infections and other ongoing pain and

discomfort. But it seems as though the state defendants gets to do whatever they want to do and over step the rules of the court and I'm just sitting here watching an injustice take place. Would someone please tell me how they get to have their motions ruled on ~~ever~~ eventhough I filed mine first. This is very puzzling to me and I don't understand how this can be done in this manner.

Thank you

## Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the enclosed letter to be mailed to the following party by way of the U.S postal Service.

Ophelia Waters
Atty Gen Office
820 N. King St.
Wilmington DE.
19801

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
19977

INM Kevin C. Brathwaite
SBI# 315294  UNIT 5#17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

$00.390
MAR 02 2007
MAILED FROM ZIP CODE 19977

Peter Dalleo, Clerk
Office of the Clerk
U.S. District Court
844 N. King St.
Wilmington DE.
19801