# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Kevin Braithwaite, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1542-GMS |
| | ) | |
| Marcello Rispoli et al., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon the State Defendants' Motion For Enlargement Of Time and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Defendants have until on or before June 1, 2007 in which to file a dispositive motion.

SO ORDERED this _____ day of _____, 2007.

```
                                    _____
                                    The Honorable Gregory M. Sleet
                                    United States District Court Judge
```