IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN BRAITHWAITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | C.A. No. 04-1542-GMS |
| MARCELLO RISPOLI et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR SUMMARY JUDGMENT**

Defendants Robert Wallace, Matt Stevenson, Stephanie Carpenter, Marcello Rispoli and Violet Dunn hereby move for summary judgment pursuant to Fed.R.Civ.P. 56(c) for the reasons set forth in their briefs.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us
Attorneys for Defendants

Dated: June 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN BRAITHWAITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | C.A. No. 04-1542-GMS |
| MARCELLO RISPOLI et al., | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

WHEREAS, Defendants Robert Wallace, Matt Stevenson, Stephanie Carpenter, Marcello Rispoli and Violet Dunn have moved for summary judgment pursuant to Fed.R.Civ.P. 56(c); and

WHEREAS, the Court has reviewed the papers filed in connection with the matter and/or has heard from counsel.

**IT IS SO ORDERED this**_____ **day of** _____ **, 2007**

That the moving Defendants' motion is GRANTED and the clerk is directed to enter judgment in Defendants' favor against the plaintiff.

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007, I electronically filed *Defendants' Motion For Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on June 1, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Kevin C. Braithwaite, Inmate
SBI #315294
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Ophelia M. Waters
Ophelia M Waters, ID#3879
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us