# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 10/9/04 | 0915 | NSG | Asked by c/o to assess I/m after being pepper sprayed. Poured two cartons of milk on face. Complained of minimal Left elbow pain. Has full range of motion. Hand cuff check. Can fit finger between hand and cuff. I/m has no further complaints. — K Hargan LPN |

NAME-Last: Brathwaite, Kevin

Record No. 315294   Room/Bed 17 BU8

Exh. C-1

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse