# INCIDENT REPORT

| | | | |
|---|---|---|---|
| Group#: N/A | Type: Inmate Involved | Incident Date: 10/09/2004 | Time: 16:30 | Confidential: No |

Facility: DCC  Delaware Correctional Center

Followup Required: No

Associated Disciplinary Report #(s): 1013445

Incident Location: Bldg.18 C Tier

Location Description:

Violated Conditions: 1.04/200.209 Damage or Destruction of Property (Over $10)
   1.06/200.203 Disorderly or Threatening Behavior
   2.03/200.106 Creating a Health, Safety or Fire Hazard
   2.06/200.108 Failing to Obey an Order

Description of Incident:

On the above date and approximate time while C-tier in BLDG. #18 was being fed, after inmate Kevin Brathwaite 00315294 had been handed his food tray in CL3, inmate Brathwaite took his food tray and threw it against his cells' door window causing food to become stuck between the windows' screen and outer pexi-glass portion of the window. Brathwaite also threw food on the floor and walls of his isolation cell. Also when the food trays were being collected, inmate Brathwaite refused to hand over his tray. At this time it was also noted by C/O Victor Gonzalez that inmate Brathwaite had also damaged his mattress by ripping portions of foam of the mattress. Inmate Brathwaite had to be removed from his cell by staff and the cell was cleaned by staff. It took staff about a half hour to hose, scrub and mop out the cell. Inmate Brathwaite was seen by medical due to complaints of his shoulder being dislocated and sore ribs. Brathwaite seen by Nure Holly Furne and Nurse Kira Hargan and then returned to his isolation cell in CL3.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A    Date Collected: N/A
Discovered By: N/A    Secured By: N/A

Type of Force Used: [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used    : handcuffs and leg shackles

Immediate Action Taken:
Brathwaite referred to disciplinary hearing.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Victor, Gonzalez | N/A | Correctional Officer |
| Inmate | Kevin, Brathwaite C | 00315294 | N/A |
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |
| Staff | Robert, Wallace J | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Kira, Hargan | N/A | Contractors - Medical |
| Staff | Holly, Furne | N/A | Contractors - Medical |

Reporting Officer: Gonzalez, Victor  (Correctional Officer)    Entered By: Gonzalez, Victor  (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 10/09/2004  Approved by: Mccreanor, Michael  (Shift Commander - Large Inst.)

Comments: Medical states that I/M Brathwaite's medical complaint is unfounded.

Exh. D-1

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# DISCIPLINARY REPORT

**Disciplinary Type:** Class 1          **Housing Unit:** Bldg. 18          **IR#:** 1016344

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00315294 | Brathwaite, Kevin C | DCC | Bldg.18 C Tier | 10/09/2004 | 16:30 |

**Violations:** 1.04/200.209 Damage or Destruction of Property (Over $10), 1.06/200.203 Disorderly or Threatening Behavior, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order

**Witnesses:** 1. N/A          2. N/A          3. N/A

### Description of Alleged Violation(s)

On The Above Date And Approximate Time While C-Tier In Bldg. #18 Was Being Fed, After Inmate Brathwaite Had Been Handed H Food Tray In Isolation Cell Cl3 Inmate Brathwaite Took His Food Tray And Threw It Against His Cells' Door Window Causing Food T Become Stuck Between The Windows' Screen And Outer Pexi-Glass Portion Of The Window. Brathwaite Also Threw Food All Ove His Floor And Walls. When The Food Tray Were Being Collected Inmate Brathwaite Refused To Hand Over His Tray. At This Time Was Also Noted By C/O victor Gonzalez That Inmate Brathwaite Had Also Damaged His Mattress By Ripping Portions Of Foam Of Th Mattress. Inmate Brathwaite Had To Be Removed From His Cell By Staff. Cl3 Was Then Cleaned By Staff. It Took Staff About 3 Minutes To Hose, Scrub And Mop Cl3. Brathwaite Returned To His Cell In Cl3.

**Reporting Officer:** Gonzalez, Victor (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Gonzalez, Victor -Correctional Officer
Referred To Disciplinary Hearing.

### Offender Disposition Details

**Disposition:** N/A          **Date:** N/A          **Time:** N/A          **Cell secured?** No
**Reason:** N/A
**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☒     **Disapproved:** ☐     **Approved By:** Mccreanor, Michael (Shift Commander - Large Inst.)
**Comments:** N/A

### Shift Supervisor Details

**Date Received:**          **Time:**          **Received From:**

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearin

Mccreanor, Michael (Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____          **Offender:** _____
                                                                                Brathwaite, Kevin C

Exh. D-2