IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Kevin Braithwaite            )
                             )
            Plaintiff,       )
                             )   C.A. No. 04-1542-GMS
    v.                       )
                             )
Marcello Rispoli et al.,     )   Trial By Jury Demanded
                             )
            Defendants.      )

### AFFIDAVIT OF STEPHANIE CARPENTER

Stephanie Carpenter, having been duly sworn according to law, deposes and states as follows:

1. I am employed by the State of Delaware, Department of Correction ("DOC") at the Delaware Correctional Center ("DCC") Smyrna, Delaware as a Correctional Sergeant. I have been employed by the DOC since August 10, 2000. My duties include supervising and participating in the maintenance of discipline, order, security and housekeeping of assigned locations and/or unit. Additional duties include periodic shakedowns of buildings and cell blocks to detect contraband and defects in the security system.

2. I make this affidavit based upon personal knowledge.

3. On October 9, 2004, on the 4:00 PM to Midnight shift, I was the Building Sergeant/Lead Worker in Building #18. Any unusual occurrences or incidents during the shift was to be reported to me by Staff working the tiers. At approximately 10:00 PM, I was informed by the tier officers that Plaintiff Kevin Braithwaite ("Braithwaite") had tied a bed sheet to his ceiling light and was proceeding to put the other end around his neck. I

Exh. E-1

responded immediately ordering control to open Braithwaite's cell door. As soon as the cell door opened Braithwaite lunged at me; whereupon, I grabbed my capstun and sprayed Braithwaite in the face. Shortly thereafter, medical assistance was called to examine Braithwaite.

4.    It was subsequently learned that Braithwaite "faked" his suicide in an attempt to be transferred to the infirmary.

*/s/ Stephanie Carpenter*
Stephanie Carpenter

SWORN TO AND SUBSCRIBED before me this 22 day of May, 2007.

_____
Notary

Exh. E-2

1016353

Smyrna Landing Road
SMYRNA DE. 19977
Phone#: 302-653-9261

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 10/09/2004 | Time: 22:25 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center   **Followup Required:** No
**Incident Location:** Bldg.18 C Tier
**Location Description:** SHU #18 CL3
**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
On the above date and approx. time Sgt. Carpenter Stephanie responded to the cell of I/m Braithwaite Kevin SBI #315294 CL3. I/m Braithwaite had a sheet tied to the light cage hanging down around his neck. Sgt. Carpenter called for the cell door to be open. When the cell door opened I/M Braithwaite lunged at Sgt. Carpenter. Sgt. Carpenter sprayed I/m Braithwaite in the face. I/m Braithwaite was then taken out of the cell and seen by medical. I/m Braithwaite was then taken back to the cell stripped out and all linens were taken out of the cell. notified area lt.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A   **Date Collected:** N/A
**Discovered By:** N/A   **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL [ ] CHEMICAL [ ] STUN [ ] OTHER [X] CAPSTUN [ ] NONE
**Restraints Used:** hand cuffs shackels sop's
**Immediate Action Taken:** This report.

## Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Stephanie, Carpenter J | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Casey, Phelps J | N/A | Correctional Officer |
| Staff | Marshall, Moore V IV | N/A | Correctional Officer |
| Staff | Victor, Gonzalez | N/A | Correctional Officer |
| Inmate | Kevin, Brathwaite C | 00315294 | N/A |
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |

**Reporting Officer:** Carpenter, Stephanie J (Co Corporal/Sgt. - Large Inst.)
**Entered By:** Carpenter, Stephanie J (Co Corporal/Sgt. - Large Inst.)

### Approval Information
[X] Approved [ ] Disapproved   Date: 10/10/2004   Approved by: Mccreanor, Michael (Shift Commander - Large Inst.)
**Comments:** N/A

Exh. E-3