# INTERDISCIPLINARY PROGRESS NOTES

NOTES SHOULD BE SIGNED WITH NAME AND TITLE

| DATE | TIME | DISCIPLINE | |
|---|---|---|---|
| 9/10 late entry | 2200 | NSG | C/O's called requesting exam of I/M who was c/o testicular pain, being held in interview room – double-cuffed due to prev shoulder injury. CO's advise had been found w/ contraband earlier + had to be QRT'd. I/M states incident occurred @ ~930 am + was cuffed, arms behind back, causing shoulder "dislocation"(r) + "cracked ribs" l. lat. from being kicked, l. elbow pain (lat. epicondyle), loose teeth from being punched in mouth, l. eyebrow contusion from being struck. Refuses testicular exam but will take b/p v. Advised has Ct. on Wed. + is testifying against DOC staff, thus fears reprisal + for his safety, req. to be moved to infirmary. O. I/m in NAD, appears in no discomfort until examined. Skin warm + dry, no ecchymosis over rib cage, clavicle, @ olecranon/epicondyle. Has small hematoma r. lower lip consistent c bite trauma, also left upper lip – much smaller c no signs of bldg. Tender over clavicle to palpation but |
| | 136/80 88 | | no mobility, signs of fx, ecchymosis, crepitus. Tender to palp. over r. acromion, biceps, clavicle but appears to be exaggerating sx as c/o pain in areas not congruent c mech of injury. Int. rotation – no crepitus, ↑ w/ ROM c min ext rotation – cuffed dll – unable to conduct complete exam. Teeth tender @ r. upper incisor – l. upper front tooth. Hematoma on lip (lower r.), sm. abr. upper l. lip, lungs CTA. A. trauma as above. Wishes to go to infirmary – not nec. medically but can bring up "safety" issue c DOC. P. Will give antibx Motrin. Monitor condition. A. Turner |

NAME-Last: Braithwaite    First: Kevin    Middle:    Attending Physician:

Record No. 315294    Room/Bed:

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse

Exh. F-1

# INTERDISCIPLINARY PROGRESS NOTES

| NAME-Last | First | Middle | Attending Physician | Record No. | Room/Bed | DOB |
|---|---|---|---|---|---|---|
| Braithwaite | Kevin | | | 315294 | | 9/27/02 |

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 10-4-04 | 2300 | USC | Received call from CO that I/M strung self up c̄ his sheet. Admitted to Lt. Rispoli he was not suicidal but wanted to return to Infirmary for his shoulder. Then advised Lt. Rispoli he would hang self in 1/2°. Dep. Warden Burris requiring we transfer I/M to Infirmary. J. McIntyre M.S. advised as well as Dr. Burns. Order for Level 2 watch per Dr. Burns. Infirm. staff advised of DOC's decision. A.Pucki |

INTERDISCIPLINARY PROGRESS NOTES — Exh. F-2