# Infirmary Intake Form

## Nursing Assessment Protocol
Use Progress Notes for Additional Documentation



Inmate Name: BRAITHWAITE, KEVIN
Number: 315294   Date Of Birth: 5-27-62
Gender: M   Facility: DCC
Allergies: NKDA

Date: 10/10/04   Time: 0010
Medications: See MAR
Medications: See MAR
Appearance: ☒ No Distress  ☐ Minimal Distress  ☐ Acute Distress

**SUBJECTIVE:** Chief Complaint: ① rib pain, attempt to "hang" self

Symptoms:
- ☐ Delayed Verbal Response
- ☐ Delayed Motor Response
- ☐ Bleeding / Bruising Behind Ears
- ☐ Uncoordinated Movement
- ☐ Confusion
- ☐ Lack of Attention
- ☐ Memory Loss
- ☐ Vision Changes
- ☐ Loss of Balance
- ☐ Headaches
- ☐ Drowsiness
- ☐ Pain: Where: _____ Scale 1 2 3 4 5
- ☐ Decreased LOC
- ☐ Seizures

**OBJECTIVE:**
Temp: ___ Pulse: 93  Resp: 18  B/P: 149/98  Pulse Ox: ___ WT: ___ Finger Stick: ___

☐ Evidence of trauma
  Head: ___
  Torso: ecchymosis on back
  Extremities: ___

☐ Wounds
  Head: ∅ open
  Torso: wounds
  Extremities: noted

☐ Deformities
  Head: none
  Torso: ___
  Extremities: ___

**Mark and Describe on Diagram**

Legend:
A....Abrasion
B....Bruise
C....Raccoon's Eyes
L....Laceration
R....Rash
O....Other

**ASSESSMENT:**
☐ Critical – Immediate Referral Local Emergency Department
☒ Stable – may house in infirmary
☐ Other: ___

Nurse's Signature and Stamp: Brenda Holwerda RN   Time: 10-10-04

Exh. I-1

First Correctional Medical, Inc. – Proprietary Inform