1300 Phone Call. I/M 4D take
Fisher out for hospital appt.

| | |
|---|---|
| 1348 | Code Green Attn chow |
| Note: | (1) cuffs (1) shackles out with I/m Fisher. |
| 1500 | I/m Fisher returns from hospital |
| 1531 | CODE GREEN |
| Note: | 1605 CHOW SERVED |
| | Relieved by 4/47 |
| 1600 | 4-12 Shift 10-22-04 c/o V Dunn + c/o D Overzyn on duty |
| 1613 | Count to JV Tower (53) 43 + 2A/h, 1-D, 1-C, 2-S-1. 1-2-2, 3-W) 1606 Phone Punch |
| 1615 | Phone Punch |
| 1638 | Code Green |
| 1640 | Phone Punch |
| 1707 | Phone Punch |
| 1720 | Workers Johnson + South back to Bldgs. |
| 1730 | Phone Punch |
| Transfers: | Ray Bryant - Ward 6   To  P/T   1900 |
| | James Gibson - D-193   To  SHU 19  1840 |
| | Clinton Porter - ISO 1   To  D E   1830 |
| 1803 | Phone Punch |
| 1847 | Phone Punch |
| 1847 | I/m Robert Johnson out for Shower |
| 1880 | I/m Michael Keyser shook down. c/o Burns, c/o Overzyn, c/o Dunn  No Contraband |
| 1922 | Phone Punch |
| 1951 | Phone Punch |
| 2000 | Count to JV Tower (40) |
| 2037 | Code Green |
| 2046 | Code Green |
| 2118 | Code Green |
| 2158 | Code Green |
| 2255 | I/m Peritrozzi, Kevin Transferred from P/t To D-193 Level |

Exh. K-1

257

4-12 Shift

Phone Punch

Phone Punch

Count to JV Tower — (41)

Code Green

All level II Rooms Are in order and Have only 1 suicide gown + 1 Blanket except for I/m Robert Jefferson who Has Boxers, per medical instead of diaper To Help Held His dressing. D-199, D-196, D-170 D-191, D-193 (also I/m: Braithwait, Kevin Has Shower Shoe Because of open cut on Bottom of his foot.)

Relieved By 12-8 Shift

C/o Thomas D. White on duty 12×8 shift with 22 Key's 2 radio's 2 talkabouts 2 charger's 5 shackles 2 hand cuff's 1 SOP 1 SCBA H/C = 41 assigned

41 in. 0 out  Phone Punches completed 10-1. 10/23/04

Saturday: R.

| 0034 | N/F JUT With count 41 assigned 41 in 0 out N/F JUT SGT TYSON. |
| 0051 | Phone Punches completed (4) 10-1 |
| 0049 | Code green |
| 0105 | N/F JUT. With count 41 in 0 out N/F JUT SGT TYSON |
| 0110 | Phone Punches completed (4) 10-1 |
| 0130 | Phone Punches completed (4) 10-1 |
| 0201 | Phone Punches completed (4) 10-1 |
| 0204 | N/F JUT with count 41 in 0 out N/F JUT SGT TYSON |
| 0217 | I'm WINN, HILLARD SBI# ▮▮▮▮▮ FROM SHU IR DLU to D-TNE D-197. Head count (42) |

Exh. K-2