TO: Clerks office

FROM: KEVIN C. BRATHWAITE

RE: <u>BRATHWAITE V. Rispoli, et.al</u>
<u>C.A. # 04-1542-G.M.S</u>

DATE: June, 18th, 2007

[FILED JUN 20 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

BD scanned

Dear, clerks,

On or about June, 13th, 2007, I mailed a response to the defendants summary judgement to your office, titled, <u>Motion to oppose summary judgement and proceed to trial</u>. Would you please let me know if you received my motion.

Thank you for your time and attention to this matter.

Sincerely

[signature]

c.c. file

I/M KEVIN C. BRATHWAITE
SBI# 315294   UNIT X
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
OFFICE OF THE CLERK
844 N. KING ST. — Lockbox-18
Wilmington DE
19801