# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

KEVIN BRATHWAITE            )
                            )
                            )
        Plaintiff,          )
                            )
    v.                      )        C. A. No. 04-1542-GMS
                            )
MARCELLO RISPOLI, et al.,   )
                            )
        Defendants.         )

## <u>ORDER</u>

Upon the State Defendants' Motion For Enlargement Of Time and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      The State Defendants have until on or before July 9, 2007 in which to file a Reply Brief.

SO ORDERED this _____ day of _____, 2007.


                                    _____
                                    The Honorable Gregory M. Sleet
                                    United States District Court Judge