TO: Clerks Office

From: Kevin C. Brathwaite

RE: Brathwaite v. Rispoli, et al
C.A.# 04-1542-G-M.S.

DATE: June, 23rd, 2007

Dear Clerk,
    Would you please let me know if you received my response to the defendants Motion for Summary judgement.

Thank you

*[signature]*

C.C. File

## Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the attached letter to be sent to the following party, by way of U.S. Postal Service.

Ophelia Waters, ESQ
820 N. French St.
Wilmington DE
19801

*Kevin C. Brathwaite*
1181 Paddock Rd
Smyrna DE.
19977

dated: 6-23rd, 2007

IM Kevin C. Brathwaite
SBI# 315294  UNIT ___
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





U.S. District Court
office of the clerk
844 N. King St.
Wilmington DE.
19801