Date 8/01/07   Prepared By: _____   Unit 17

| Name | Firm Name | Condition of Mail | Comments | Signature |
|---|---|---|---|---|
| Kevin | Depa of Justice | Opened in presence of inmate | | |
| Brathwaite Wilmot | | Rec'd in Unit Open Condition | | |
| Arthur | Sullivan | Opened in presence of inmate | | |
| Ward | O'Neil | Rec'd in Unit Open Condition | | Ward Jr. |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |

BL8
BL3

Legal Mail Received By _____
Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR

# Incoming Legal/Certified Mail Log Sheet

Date 5/8/07    Prepared By: _____    Unit 17.0

BGB

| Name | Firm Name | Condition of Mail | Comments | Signature |
|---|---|---|---|---|
| Kevin Brathwaite | Dis Co Wilm | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |

Legal Mail Received By _____
Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR

# Incoming Legal/Certified Mail Log Sheet

Date 5/24/07    Prepared By: Cpl Srey    Unit 17

| Name | Firm Name | Condition of Mail | Comments | Signature |
|------|-----------|-------------------|----------|-----------|
| CL5 Gilen Queoto | Supreme at Done De | Opened in presence of inmate / Rec'd in Unit Open Condition | | G.W. |
| 3L8 Kevin Brathwaite | Dis Ct Wilm D | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| CU4 Royal Burns | Circuit Ct Baltimore MD | Opened in presence of inmate / Rec'd in Unit Open Condition | | R.D |
| B12 Chrislopher Herring | Supreme Ct Georgetown De | Opened in presence of inmate / Rec'd in Unit Open Condition | | Christopher Herring |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |

Legal Mail Received By _____

Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR

# Incoming Legal Certified Mail Log Sheet

Date 6/5/07   Prepared By: _Del Shey_   Unit 17

| | Name | Firm Name | Condition of Mail | Comments | Signature |
|---|---|---|---|---|---|
| CU2 | Joseph King | Ashbalay Gezylelrin O | Opened in presence of inmate / Rec'd in Unit Open Condition | | J.K.V |
| BU5 | Demoise Walker | Supreme Ct Dovel O | Opened in presence of inmate / Rec'd in Unit Open Condition | Demoise Walker | |
| CU6 | Maurice Plummer | Prosanor George Levin O | Opened in presence of inmate / Rec'd in Unit Open Condition | | M Plummer |
| CU2 | Joseph King | Hood Film O | Opened in presence of inmate / Rec'd in Unit Open Condition | | J.K.V |
| BL8 | Kevin Braithwaite | Deputy Justice Wilm De | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| DL8 | Darrel Page | Lawless Newlos Sg PA | Opened in presence of inmate / Rec'd in Unit Open Condition | | D. Page |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |

Legal Mail Received By _____

Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR

# Incoming Legal/Certified Mail Log Sheet

Date 6·17·0)    Prepared By: _____    Unit __

| Name | Firm Name | Condition of Mail | Comments | Signature |
|---|---|---|---|---|
| ANIBAL MELENDEZ | USDC wm | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| DONALD BOYER | '' | Opened in presence of inmate / Rec'd in Unit Open Condition | | Donald Boyer |
| CORTNEY BARNES | '' | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| KEVIN BRATHWAITE | '' | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| BRICE HALL | D. TYRRELL NEW CASTLE | Opened in presence of inmate / Rec'd in Unit Open Condition | | Brice Hall |

Left margin annotations: AL 11, AL 12, D#/c, BL8, DU1

Legal Mail Received By _____
Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR

# Incoming Legal/Certified Mail Log Sheet

Date 6/22/07    Prepared By: _____    Unit 17

| Name | Firm Name | Condition of Mail | Comments | Signature |
|------|-----------|-------------------|----------|-----------|
| Kevin Brathwaite | Dis Ct Wilm De | Opened in presence of inmate ✓ / Rec'd in Unit Open Condition | | |
| Bruce Waples | Superior Ct Georgetown DE | Opened in presence of inmate ✓ / Rec'd in Unit Open Condition | Buy up | |
| Roderick Davis | Superior Ct Wilmdl | Opened in presence of inmate / Rec'd in Unit Open Condition | Roderick DJs | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |

BL8
AU11
AU10

Legal Mail Received By _____
                              Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR

# Incoming Legal/Certified Mail Log Sheet

Date 6/21/01  Prepared By M. J MORRISSY  Unit SH 17

| | Name | Firm Name | Condition of Mail | Comments | Signature |
|---|---|---|---|---|---|
| ACII | ANIBAL MELENDEZ | US DIST CT WILM | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| CHC | JAMES ESKRIDGE | DISAB LAW PROG DOVER | Opened in presence of inmate / Rec'd in Unit Open Condition | | James L Eskridge |
| CU4 | ROYAL A DOWNS | MD. PUBL DEF BALT, MD | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| BL8 | KEVIN C BRAITHWAITE | DE DEPT JUS, WILM | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| AUII | BRUCE WARLES | LAWR. SULLIVAN G-TOWN | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| AL4 | LYLE PIERCE | FAMILY CT DE WILM | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |
| | | | Opened in presence of inmate / Rec'd in Unit Open Condition | | |

Legal Mail Received By _____

Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR

## Incoming Legal/Certified Mail Log Sheet

Date: 7-1-07    Prepared By: _(signature)_    Unit: 17

| Name | Firm Name | Condition of Mail | Comments | Signature |
|---|---|---|---|---|
| DH2 Richard Getridge | Rosia Henry | Opened in presence of inmate | | _(signature)_ |
| | | Rec'd in Unit Open Condition | | |
| BL8 Kevin Brathwaite | US Dist w/ms | Opened in presence of inmate | | _(signature)_ |
| | | Rec'd in Unit Open Condition | | |
| 4I1 Anibal Melendez | Morris Jones | Opened in presence of inmate | | _(signature)_ |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |
| | | Opened in presence of inmate | | |
| | | Rec'd in Unit Open Condition | | |

Legal Mail Received By _____
                                    Officer's Signature

Form# 265( Rev 04/02) 2 pt NCR