# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN BRATHWAITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1542-GMS |
| | ) | |
| MARCELLO RISPOLI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon Plaintiff Kevin Brathwaite's Motion For a Temporary Restraining Order and/or Injunctive Relief and Defendant Robert Wallace's Response In Opposition To Plaintiff's Motion and it appearing that good and sufficient notice of Plaintiff's Motion and Defendant's Response has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** that Plaintiff Kevin Brathwaite's Motion is **DENIED**.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet
United States District Court Judge