1/20/00 #9 Lun
Braithwaite

## PHS
### PRISON HEALTH SERVICES INCORPORATED

**DENTAL HEALTH RECORD**    Inmate # 315294

Braithwaite, Kevin C.    Date of Birth 9/27/62

AGE _____  SEX _____

UPPER

(tooth chart 1–16, primary teeth A–J, LINGUAL, primary teeth T–K, 32–17)

LOWER

**DIAGNOSTIC CODE**
- SOLID AREA INDICATES FILLING PRESENT
- ZEBRA STRIPES INDICATE DECAY PRESENT
- VERTICAL LINE INDICATES TO BE EXTRACTED
- "X" INDICATES MISSING TOOTH

**SERVICES PROVIDED** (PLEASE RECORD EACH TREATMENT ON A SEPARATE LINE)

| DATE | TOOTH # | SURFACE | MATERIAL | ANESTH | DESCRIPTION OF WORK | INIT. |
|---|---|---|---|---|---|---|

DATE: __/__/__    INITIAL ORAL EXAMINATION

The initial oral examination of this patient reveals the following medical need for dental treatment (none, moderate, high), psychological/emotional indication for dental treatment (low, moderate, high), dental indication for treatment (low, moderate, high). After a thorough evaluation, an acute need for dental intervention (is, is not) indicated. Treatment will be initiated within the below referenced time frame.

Signature _____

Next Visit _____ months    Dentist (PRINT NAME) _____

Dental Class: (circle one) 11, 12, 21, 22, 31, 32, 41, 42

INSTITUTIONAL DENTAL CARE, INC.
202-832-4156
1-800-543-3052
Fax: 202-269-1672
3100 20th St., NE
Washington, DC 20018

4/16/98  DCC/215  Signed refusal for I.O.E.  J. Battaglia D.A.

2/4/00  CC pain to cold + sweets #9,10 – comp removed + IRM w/ dycal placed. When sensitivity ↓ replace comp.  Kal

1-20-00  #9 - apical abscess – 14 RenVK 500x30. Occlusion adjusted.
NV: eval #9 if ASYM – comp  if SYM – ext
+ comp #10    Kalman

5-16-00  Comp #9, #10, IRM repaired sym much improved! occ adjusted (complete)  Kalman

*SURFACES – M: MESIAL, D: DISTAL, O: OCCLUSAL, L: LINGUAL, I: INCISAL, B: BUCCAL OR LABIAL

Dentist's Initials    Signature

Exh A