# Sick Call                                    MSU

Kevin C. Brathwaite  #315294

## Problem

## Dental

Front tooth very painful, possible infection.

Date - 12-17-00

No sick call slips at MAX

Exh B