**CORRECTIONAL MEDICAL SERVICES**

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Braithwait, Kevin     I.D. #: 315294     Institution: MCS-DCC

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 1-17-01 | | s/c inmate reports pain max ant. #9 + #10 palpation +, #9 percussion ++, PA reveals PAP @ #9. Inmate does not want EXT #9. Explained that the infection will return on + off as long as the tooth remains untreated. Rx: Motrin 600mg X 30 & PenVK 500mg X 30 ordered. | Robinson |
| 3/6/01 | | Inmate called to dental in response to his letters. I again explain the diagnosis of irreversible pulpitis @ #9. Explain that only inhouse treatment is EXT #9. Inmate refuses. Sending inmate out for RCT was refused by CMS administrator Ms Perdue. This procedure is an unapproved procedure. Because problem with #9 is endodontic in nature periostat is not an approved tx. This was also explained to inmate. PenVK 500mg X 30 & Motrin 400mg X 30 ordered. | Robinson |
| 11-21-02 | | SCCC Broken composite #10. Tiny chip missing at ML. Repaired w/ composite A.3. 1% lido w/ 1K 10⁶ epi | Rob |

Exh D