Dental Examination and Tentative Dental Treatment Plan for Kevin C. Brathwaite, #315294

On 7/23/2007, I performed a hard and soft tissue dental examination on Mr. Kevin C. Brathwaite at DCC, Smyrna, DE. Results of this examination are as follows:

**Extra-oral exam:** WNL (within normal limits), no abnormalities noted.

**Intra-oral soft tissue exam:** WNL, no abnormalities noted.

**Hard-tissue exam (dentition):** Missing teeth: #'s 1,4,5, 16,18 and 32.

Filled teeth: 11

Decayed teeth:  #8 (recurrent decay, filling needs replacement)
#10 (decay, needs filling)
#14 (recurrent decay, filling needs replacement)

**Periodontal (gum) exam:** Oral hygiene, fair. I did not perform a full mouth probing, but patient exhibits signs of generalized mild to moderate periodontal disease requiring improved oral hygiene and regular dental scalings(cleanings).

**Radiographs:** 4 bitewing radiographs and 2 periapical radiographs were taken. The bitewing radiographs did not reveal any decay but did show some calculus( hard deposits) between some posterior teeth indicating need for a dental scaling.

Exh. E

**The periapical radiograph of tooth #9 (maxillary left central incisor) exhibited an area of chronic periapical pathology(PAP) indicating a necrotic pulp and need for endodontic(root canal) therapy or extraction.** If left untreated, this asymptomatic lesion could become acute and this patient could experience mild to severe pain and/or swelling (infection).

This treatment plan is based on the dental treatment parameters that CMS has provided. Additional "ideal" treatment, such as fixed crowns, bridges, and periodontal surgery,etc. are beyond the scope of what CMS provides.

Sincerely,

Arnold B. Mann, DDS
Dental Director,
CMS, Delaware