# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN BRATHWAITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1542-GMS |
| | ) | |
| MARCELLO RISPOLI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon Plaintiff Kevin Brathwaite's Motion For Preliminary Injunctive Relief and Defendants' Response In Opposition To Plaintiff's Motion and it appearing that good and sufficient notice of Plaintiff's Motion and Defendants' Response has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** that Plaintiff Kevin Brathwaite's Motion is **DENIED**.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet
United States District Court Judge