IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KEVIN C. BRATHWAITE
   PLAINTIFF

V.      C.A. No. 04-1542-G.M.S

Marcello Rispoli, et. al
   defendants

FILED
AUG - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S RESPONSE TO Defendants
OPPOSITION FOR INJUCTIVE Relief

Comes Now, The Plaintiff, Kevin C. Brathwaite, responding to the defendant's opposition for injuctive relief. For his response, this Plaintiff offers the following:

1. In 2000 this Plaintiff was experiencing discomfort in his front tooth, and submitted a sick call slip to request treatment.

2. A few months later the dentist told this Plaintiff that an infection had developed which needed treatment, root canal or extraction. The dentist proceeded to prescribe an order for Motrin and Penicillin and told this Plaintiff to take the medicine for 14 days, twice per day to treat the infection, and if the penicillin worked then he would get relief. After the prescription ran out, the pain and discomfort was gone.

3. On August, 16th, 2000 this Plaintiff contacted the dental department and told them that the abcess on his gums had disappeared and that he no longer felt pain or discomfort.

4. On or about December, 6th, 2000 this Plaintiff was hit in the mouth by a handball. And after approximately two weeks the abcess reappeared and the pain and discomfort started again. So on

December, 20th, 2000 this Plaintiff submitted another sick call request to see the dentist.

5. On March, 6th, 2001 this Plaintiff was prescribed Motrin and Penicillin once again and told to take them everyday for 14 days, and notify the dental department if the abcess and pain and discomfort goes away.

6. In April, 2001, this Plaintiff contacted the dental department and told them that the abcess had disappeared and the pain and discomfort was gone.

7. From April, 2001 thru October, 9th 2004, this Plaintiff did not have anymore abcess, pain or discomfort until three and a half years later when this assault took place on October, 9th, 2004

8. Now for these defendants to suggest that this Plaintiff just unecessarilly sat around for

three and a half years with an abcess and pain and discomfort in his front teeth is absolutely ridiculous.

9. The fact of this matter is that after this plaintiff completed the penicillin prescription back in 2001, his dental problem, abcess, pain and discomfort was gone. Until the problem was reaggrivated when he was assaulted by these defendants three and a half years later. When this dental problem was reaggrivated by the assault that makes these defendants responsible. See, EVANS V. HENNESSY 934. F. Supp, 127, (D-Del 1996)

10. The bruises to this plaintiff's mouth that he suffered due to the assault is clearly documented and pointed out by the nurse in the illustration in the attached exhibit. And this assault is what reaggrivated this abcess, and pain and discomfort.

11. The tooth, #9 is now crooked, and the reason that the #8 tooth needs to have it's filling replaced is- because the #9 tooth was push against it when this plaintiff was kicked in the mouth while he was on the floor on his stomach shackled and handcuffed.

12. During the "dental exam" 07 July, 23rd, 2007, Dr. Mann told this plaintiff that the #8 tooth was also chipped among other things not mentioned in his "report". Also his "report" is not signed with his signature as it should be.

13. In Dr. Mann's "report" he stated that additional "ideal" treatment are beyond the scope of what C.M.S. provides. But, prison health care administrators nationwide were well advised to study the new C.D.C.R. plan to formulate plans for their own jurisdictions. See, Perez v. Tilton U.S.D.C. No, Cal CA. No. 3:05 CV 5241

(Stipulation order).

14. The outside grievance review board reviewed this plaintiff's grievance appeal and as a result of their investigation and review, the administrative review board granted this plaintiff's appeal. See, ~~all~~ Exhibits attached to the initial motion for injunctive relief. The board upheld the appeal request based on the merits of the grievance.

15. To grant this motion for injuctive relief, not only would the court be enforcing the decision already made at the administrative level, but would also expidite the proper care that this plaintiff should have already received.

Therefore, on these grounds this Plaintiff request that his Motion for injuctive relief be granted and that he receive the proper dental care to correct his dental problems.

*(signature)*

KEVIN C. BRATHWAITE
1181 Paddock Rd.
Smyrna DE.
19977

DATE: July, 31st, 2007

## Certificate of Service

I Kevin C. Brathwaite states that I have caused a copy of the attached, <u>Plaintiffs response to defendants opposition for injuctive relief</u>, to be mailed to the following party by way of U.S. postal service.

Atty Gen office
Ophelia Waters, Esq.
820 N. French St
Wilmington De.
19801

*(signature)*
Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
19977

Date: July, 31st, 2007

I/M: KEVIN C. BRATHWAITE
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S. DISTRICT COURT
OFFICE OF THE CLERK
844 N. KING ST
Wilmington DE.
19801

Lockbox-18