TO: THE Honorable Judge GREGORY M. SLEET

FROM: KEVIN C. BRATHWAITE

RE: Injuctive Relief - PAIN AND SUFFERING
<u>BRATHWAITE V. RISPOLi, et Al</u>
C.A. # 04-1542 - G.M.S.

DATE: December, 26th, 2007

Dear Judge Sleet,

On or about June, 27th, 2007 I filed a motion for injuctive relief in the above titled matter. This issue has always been a matter of PAIN AND SUFFERING. But now it has become a matter of extreme PAIN AND SUFFERING. So at this time I am requesting that a ruling be rendered on this motion for injuctive relief.

Thank you for your time and attention to this very urgent matter.

Sincerely,
[signature]

## Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the attached letter to be sent to the following party by way of the U.S. Postal Service.

Ophelia Waters, Esq.
Atty Gen Office
820 French St.
Wilmington De.
19801

*(signature)*
KEVIN C. BRATHWAITE
1181 Paddock Rd.
Smyrna DE.
19977

DATE: 12-28-07

I/M Kevin C. Brathwaite
SBI# 315294  UNIT Shu17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
Office of the Clerk
844 King St
Wilmington DE.
19801






J.S.M.S.
X-RAY

UNITED STATES POSTAGE
02 1A
0004608975
MAILED FROM ZIPCODE 19977
PITNEY BOWES
$00.41⁰
DEC 30 2007