IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KEVIN C. BRATHWAITE          :

    Plaintiff              :

v.                           : Civil Action No. 04-1542 GMS

SGT. ROBERT WALLACE, et al.  :

    Defendants             :

### ORDER REFERRING MATTER FOR REPRESENTATION

At Wilmington, this __21st__ day of February 2008, the court having determined that the plaintiff is appearing in this matter *pro se* because the plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for the plaintiff by an attorney,

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of the plaintiff to a member of the Federal Civil Panel; and

2. The Court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

                                                _____
                                                CHIEF, UNITED STATES DISTRICT JUDGE



FILED

FEB 2 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE