IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KEVIN C. BRATHWAITE
    PLAINTIFF

    V.            C.A. NO. 04-1542 G.M.S.
                 JURY TRIAL DEMANDED

SGT. ROBERT WALLACE,
SGT. MATT STEVENSON,
AND SGT. STEPHANIE
CARPENTER
    DEFENDANTS



FILED

FEB 29 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR TRIAL DATE

NOW COMES the Plaintiff, Kevin
C. Brathwaite, Pursuant to rule,
40.3 of the local rules, requesting
that this Honorable court set a
trial date for this case to be
heard.
To support this Motion, this
Plaintiff offers the Following:

1. The remaining defendants in this case filed for and was denied a motion to dismiss.

2. The remaining defendants in this case filed for and was denied a motion for summary judgement.

3. Pursuant to local rule, 16.2 (c) trial shall be scheduled to occur within twelve (12) to eighteen (18) months after the filing of the complaint.

   On these grounds, this plaintiff prays that his motion for a trial date will be granted.

KEVIN C. BRATHWAITE
1181 Paddock Rd.
Smyrna DE.
19977

DATE: FEB, 26th, 2008

CERTIFICATE OF SERVICE

I Kevin C. BRATHWAITE, States that I have caused a copy of the Attached MOTION for trial date to be Mailed to the Following party, by way of U.S. Postal Service.

OPhelia waters, ESG
820 N. French St.
Wilmington DE.
19801

KEVIN C. BRATHWAITE
1181 Paddock Rd.
SMyrNA DE
19977

DATE: Feb, 26th, 2008

IM/ KEVIN C. BRATHWAITE

SBI# 315294 UNIT: 17

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT

OFFICE OF THE Clerk

844 KING ST.

WILMINGTON DE.

19801