IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN C. BRATHWAITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. ROBERT WALLACE,<br>SGT. MATT STEVENSON AND<br>SGT. STEPHANIE CARPENTER,<br><br>　　　　Defendant. | C.A. No. 04-1542 GMS |

## ENTRY OF APPEARANCE

　　Please enter the appearance of Susan M. Coletti, Esquire as counsel for plaintiff Kevin C. Brathwaite.

Dated:  May 14, 2008　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　By: */s/ Timothy Devlin*
　　　　　　　　　　　　　　　　Timothy Devlin (#4241)
　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　Wilmington, DE  19899-1114
　　　　　　　　　　　　　　　　(302) 652-5070

　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　*Kevin C. Brathwaite*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2008, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on May 14, 2008, I have Electronically Mailed the document to the following person(s):

**BY E-MAIL**

| | |
|---|---|
| Ophelia Waters, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE  19801<br>Ophelia.waters@state.de.us | Attorneys for Defendants |

                                            */s/ Timothy Devlin*
                                              Timothy Devlin