# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**VIA ECF**

May 14, 2008

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lockbox 19
Wilmington, DE 19801

Re:   *Brathwaite v. Wallace*, et al.
       C.A. No. 04-1542-GMS

Dear Judge Sleet,

I write regarding the above captioned case, *Brathwaite v. Wallace*, C.A. No. 04-1542-GMS, in which I agreed to represent the plaintiff Kevin C. Brathwaite pursuant to a referral from the Federal Civil Panel. Susan Coletti of my office will also participate in the representation, and has filed an appropriate appearance concurrently with this letter. This letter provides a status report following my recent meeting with Mr. Brathwaite to discuss the case.

Mr. Brathwaite recently filed a motion for a trial date. (D.I. 120.) By this letter, we respectfully withdraw that motion at this time, and instead request that pretrial and trial dates be set at the Court's convenience following a discovery period of approximately six months. Mr. Brathwaite has served one set of document requests, but we are informed that no documents have yet been produced by Defendants. We anticipate that the six month period will allow us to supplement such requests, obtain relevant documents, and conduct depositions. We have spoken with counsel for Defendants, and have been informed that the Defendants do not oppose this request for a six-month discovery period.

We are available at the Court's convenience to discuss these scheduling issues or any other issues.

Respectfully,

*/s/ Timothy Devlin*

Timothy Devlin

TXD:jrm

cc:  Ophelia M. Waters, Esq. (via email)