IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN BRATHWAITE., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WALLACE, MATT STEVENSON, and STEPHANIE CARPENTER, <br><br> Defendants. | C. A. No. 04-1542-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 5, 2008, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

- Plaintiff Kevin Brathwaite's First Set of Interrogatories to Defendants (Nos. 1-2);

- Plaintiff Kevin Brathwaite's First Set of Requests for Production of Documents to Defendants (Nos. 1-6).

**BY E-MAIL and HAND DELIVERY**

Ophelia Waters, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE  19801
Ophelia.waters@state.de.us

Stewart B. Drowos, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
Stuart.drowos@state.de.us

Dated: June 5, 2008        FISH & RICHARDSON P.C.

        By: */s/ Susan M. Coletti*
            Timothy Devlin (#4241)
            Susan M. Coletti (#4690)
            919 N. Market Street, Suite 1100
            P.O. Box 1114
            Wilmington, DE 19899-1114
            Telephone: (302) 652-5070
            Facsimile: (302) 652-0607
            Email: tdevlin@fr.com; coletti@fr.com

*Attorneys for Plaintiff*
KEVIN BRATHWAITE

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

In addition, service will be made on the following counsel of record as indicated:

**BY E-MAIL and HAND DELIVERY**

| | |
|---|---|
| Ophelia Waters, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE  19801<br>Ophelia.waters@state.de.us | Attorney for Defendants |
| Stewart B. Drowos, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Stuart.drowos@state.de.us | Attorney for Defendants |

*/s/ Susan M. Coletti*
Susan M. Coletti

1