**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KEVIN BRATHWAITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1542-GMS |
| | ) | |
| ROBERT WALLACE, STEPHANIE | ) | |
| CARPENTER, and MATT STEVENSON | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between counsel for the parties and subject to approval of the Court that the time by which Robert Wallace, Stephanie Carpenter and Matt Stevenson ("State Defendants") shall respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, is hereby extended by thirty (30) days from July 7, 2008, to and including August 6, 2008. The responses to be provided on August 6, 2008 shall include copies of documents as appropriate responsive to Plaintiff Kevin Brathwaite's document requests.

FISH & RICHARDSON P.C.                    STATE OF DELAWARE
                                          DEPARTMENT OF JUSTICE


/s/ Susan Coletti                         /s/ Ophelia M. Waters
Timothy Devlin, ID#4241                   Ophelia M. Waters, ID#3879
Susan Coletti, ID#4690                    Stuart B. Drowos, ID#427
Fish & Richardson P.C.                    Department of Justice
919 N. Market Street, Suite 1100          820 N. French Street
P.O. Box 1114                             6th Floor
Wilmington, DE  19899-1114                Wilmington, DE 19801
(302)652-5070                             (302) 577-8400
                                          ophelia.waters@state.de.us

tdevlin@fr.com; coletti@fr.com                    stuart.drowos@state.de.us


*Attorneys for Plaintiff*                                *Attorney for Defendants*
*Kevin Brathwaite*                                       *Robert Wallace, Stephanie*
                                                         *Carpenter, and Matt Stevenson*

Dated: July 3, 2008


**SO ORDERED** this _____ day of July, 2008.



                                        _____
                                        The Honorable Gregory M. Sleet