# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN BRATHWAITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1542-GMS |
| | ) | |
| ROBERT WALLACE, STEPHANIE | ) | |
| CARPENTER, and MATT STEVENSON | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF INTERROGATORIES

I, Ophelia M. Waters, Deputy Attorney General, hereby certify that on July 28, 2008, *Defendants' First Set of Interrogatories Directed to Plaintiff* was sent by First Class Mail to Ms. Susan Coletti, Esq., and Tim Devlin, Esq., at:

Fish & Richardson, P.C.
919 N. Market Street, Suite #1100
P.O. Box 1114
Wilmington, DE 19899-1114

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Stuart B. Drowos, ID#427
Deputy Attorneys General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us
stuart.drowos@state.de.us
Attorneys for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed *Notice of Service of Defendants' First Set of Interrogatories Directed to Plaintiff* with the Clerk of Court using CM/ECF, which will send notice to Ms. Susan Coletti, Esq., and Tim Devlin, Esq., at:

Fish & Richardson, P.C.
919 N. Market Street, Suite #1100
P.O. Box 1114
Wilmington, DE  19899-1114

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Stuart B. Drowos, ID#427
Deputy Attorneys General
820 N. French St., 6th Floor
Wilmington, DE  19801
(302) 577-8400
ophelia.waters@state.de.us
stuart.drowos@state.de.us
Attorneys for Defendants