IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN BRATHWAITE | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1542-GMS |
| | ) | |
| ROBERT WALLACE, STEPHANIE | ) | |
| CARPENTER, and MATT STEVENSON | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned certifies that on August 6, 2008, she caused the *State Defendants' Response to Plaintiff's First Set of Interrogatories* to be delivered to the following persons in the form and manner indicated:

**Hand Delivery**

Susan Coletti, Esquire
Tim Devlin, Esquire
Fish & Richardson
919 N. Market Street Suite #1100
Wilmington, DE 19801

        **DEPARTMENT OF JUSTICE**
        **STATE OF DELAWARE**

        /s/ Ophelia M. Waters
        Ophelia M. Waters #3879
        Stuart Drowos, #427
        Deputy Attorneys General
        820 N. French St., 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorneys for Defendants

Dated: August 6, 2008

## *CERTIFICATE OF SERVICE*

I hereby certify that on August 6, 2008, I electronically filed *Notice of Service of State Defendants' Response to Plaintiff's First Set of Interrogatories* with the Clerk of Court using CM/ECF, which will send notice to Susan Coletti, Esquire and Tim Devlin, Esquire.

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Stuart Drowos, ID#427
Deputy Attorneys General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us
stuart.drowos@state.de.us