# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN BRATHWAITE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-1542-GMS |
| | ) |
| ROBERT WALLACE, STEPHANIE | ) |
| CARPENTER, and MATT STEVENSON | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned certifies that on August 6, 2008, she caused the *State Defendants' Response to Plaintiff's Request for Production of Documents* to be delivered to the following persons in the form and manner indicated:

**Hand Delivery**

Susan Coletti, Esquire
Tim Devlin, Esquire
Fish & Richardson
919 N. Market Street Suite #1100
Wilmington, DE 19801

                                               **DEPARTMENT OF JUSTICE**
                                               **STATE OF DELAWARE**

                                               /s/ Ophelia M. Waters
                                               Ophelia M. Waters #3879
                                               Stuart Drowos, #427
                                               Deputy Attorneys General
                                               820 N. French St., 6th Floor
                                               Wilmington, DE 19801
                                               (302) 577-8400
                                               Attorneys for Defendants

Dated: August 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, I electronically filed *Notice of Service of State Defendants' Response to Plaintiff's Request for Production of Documents* with the Clerk of Court using CM/ECF, which will send notice to Susan Coletti, Esquire and Tim Devlin, Esquire.

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Stuart Drowos, ID#427
Deputy Attorneys General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us
stuart.drowos@state.de.us