### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN BRATHWAITE )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT WALLACE, STEPHANIE )<br>CARPENTER, and MATT STEVENSON )<br>)<br>Defendants. ) | C. A. No. 04-1542-GMS |

### NOTICE OF SERVICE OF DEFENDANTS' PRODUCTION OF DOCUMENTS' REQUEST DIRECTED TO PLAINTIFF

I, Ophelia M. Waters, Deputy Attorney General, hereby certify that on August 13, 2008, *Defendants' Production of Documents Request Directed to Plaintiff* was sent by First Class Mail to Ms. Susan Coletti, Esq., and Tim Devlin, Esq., at:

Fish & Richardson, P.C.
919 N. Market Street, Suite #1100
P.O. Box 1114
Wilmington, DE 19899-1114

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Stuart B. Drowos, ID#427
Deputy Attorneys General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us
stuart.drowos@state.de.us
Attorneys for Defendants

## *CERTIFICATE OF SERVICE*

It is hereby certified that on August 13, 2008, a *Notice of Service of Defendants' Request for Production of Documents Directed to Plaintiff* was electronically filed with the Clerk of Court using CM/ECF, who will send notice to Susan Coletti, Esq., and Tim Devlin, Esq., at:

Fish & Richardson, P.C.
919 N. Market Street, Suite #1100
P.O. Box 1114
Wilmington, DE  19899-1114

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Stuart B. Drowos, ID#427
Deputy Attorneys General
820 N. French St., 6th Floor
Wilmington, DE  19801
(302) 577-8400
ophelia.waters@state.de.us
stuart.drowos@state.de.us
Attorneys for Defendants