IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN BRATHWAITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1542-GMS |
| ) | |
| ROBERT WALLACE, STEPHANIE ) | |
| CARPENTER, and MATT STEVENSON ) | Trial by Jury Demanded |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between counsel for the parties and subject to approval of the Court that the time by which Kevin Brathwaite ("Plaintiff") shall respond to Defendants' First Set of Interrogatories is hereby extended by thirty (30) days from September 2, 2008, to and including October 2, 2008.

| FISH & RICHARDSON P.C. | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| /s/ Susan M. Coletti | /s/ Ophelia M. Waters |
| Timothy Devlin, ID#4241 | Ophelia M. Waters, ID#3879 |
| Susan M. Coletti, ID#4690 | Stuart B. Drowos, ID#427 |
| Fish & Richardson P.C. | Department of Justice |
| 919 N. Market Street, Suite 1100 | 820 N. French Street |
| P.O. Box 1114 | 6th Floor |
| Wilmington, DE 19899-1114 | Wilmington, DE 19801 |
| (302)652-5070 | (302) 577-8400 |
| | ophelia.waters@state.de.us |
| tdevlin@fr.com; coletti@fr.com | stuart.drowos@state.de.us |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Kevin Brathwaite* | *Robert Wallace, Stephanie Carpenter, and Matt Stevenson* |

Dated: August 28, 2008

**SO ORDERED** this _____ day of August, 2008.

_____
The Honorable Gregory M. Sleet