IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN BRATHWAITE., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WALLACE, MATT STEVENSON, and STEPHANIE CARPENTER, <br><br> Defendants. | C. A. No. 04-1542-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 15, 2008, true and correct copies of **PLAINTIFF KEVIN BRATHWAITE'S RESPONSE TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY E-MAIL**

Ophelia Waters, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
Ophelia.waters@state.de.us

Stewart B. Drowos, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
Stuart.drowos@state.de.us

Dated:  September 15, 2008            FISH & RICHARDSON P.C.


                                                     By:  */s/ Susan M. Coletti*
                                                        Timothy Devlin (#4241)
                                                        Susan M. Coletti (#4690)
                                                        919 N. Market Street, Suite 1100
                                                        P.O. Box 1114
                                                        Wilmington, DE 19899-1114
                                                        Telephone:  (302) 652-5070
                                                        Facsimile:  (302) 652-0607
                                                        Email: tdevlin@fr.com; coletti@fr.com

*Attorneys for Plaintiff*
KEVIN BRATHWAITE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2008, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

In addition, service will be made on the following counsel of record as indicated:

**BY E-MAIL**

| | |
|---|---|
| Ophelia Waters, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Ophelia.waters@state.de.us | Attorney for Defendants |
| Stewart B. Drowos, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Stuart.drowos@state.de.us | Attorney for Defendants |

*/s/ Susan M. Coletti*
Susan M. Coletti

1